AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | | |
|---|---|---|
| Michael Amos, et al | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:20-cv-00007-DMB-JMV |
| Pelicia E. Hall, et al | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pelicia E. Hall, in her official capacity as the Commissioner of the
Mississippi Department of Corrections
c/o Attorney General of the State of Mississippi
Walter Sillers Building
550 High Street, Suite 1200
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lawrence Blackmon
The Blackmon Firm, PLLC
907 West Peace Street
Canton, MS 39046

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: 01/16/2020     s/T A Barr

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-00007-DMB-JMV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Palicia E. Hall c/o A.G.**
was received by me on *(date)* **1-16-2020**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Marilyn Robinson**, who is
designated by law to accept service of process on behalf of *(name of organization)* **MS Attorney General**
on *(date)* **1-16-2020** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **55** for travel and $ **0** for services, for a total of $ **55.00**.

I declare under penalty of perjury that this information is true.

Date: **1-16-2020**

*Server's signature*

**Charles Lindsey**
*Printed name and title*

**PO Box 656 Bundoy, MS 39043**
*Server's address*

**601-941-6348**

RECEIVED
JAN 16 2020
2:05 pm
ATTORNEY GENERAL'S OFFICE