**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| MICHAEL AMOS, PITRELL BRISTER, ANTONIO DAVIS, WILLIE FRIEND, CHARLES GAYLES, DANIEL GUTHRIE, JONATHAN J. HAM, DESMOND HARDY, BILLY JAMES, JR., JUSTIN JAMES, QUENTEN JOHNSON, CHALLIS LEWIS, DEAUNTE LEWIS, LARRY MAXWELL, TERRANCE MCKINNEY, DERRICK PAN, BRANDON ROBERTSON, KURIAKI RILEY, DERRICK ROGERS, TYREE ROSS, H.D. ALEXANDER SCOTT, DEANGELO TAYLOR, LEMARTINE TAYLOR, CONTI TILLIS, DEMARCUS TIMMONS, CARLOS VARNADO, PHILLIP DECARLOS WEBSTER, ADRIAN WILLARD, and CURTIS WILSON, | |
| Plaintiffs, | Civil Action No. 4:20-CV-007-DMB-JMV |
| v. | |
| PELICIA E. HALL, in her official capacity as the Commissioner of the Mississippi Department of Corrections, and MARSHAL TURNER, in his official capacity as the Superintendent of the Mississippi State Penitentiary, | |
| Defendants. | |

1

# MOTION BY PLAINTIFFS
# TO WITHDRAW CERTAIN COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Plaintiffs, MICHAEL AMOS, PITRELL BRISTER, ANTONIO DAVIS, WILLIE FRIEND, CHARLES GAYLES, DANIEL GUTHRIE, JONATHAN J. HAM, DESMOND HARDY, BILLY JAMES, JR., JUSTIN JAMES, QUENTEN JOHNSON, CHALLIS LEWIS, DEAUNTE LEWIS, LARRY MAXWELL, TERRANCE MCKINNEY, DERRICK PAN, BRANDON ROBERTSON, KURIAKI RILEY, DERRICK ROGERS, TYREE ROSS, H.D. ALEXANDER SCOTT, DEANGELO TAYLOR, LEMARTINE TAYLOR, CONTI TILLIS, DEMARCUS TIMMONS, CARLOS VARNADO, PHILLIP DECARLOS WEBSTER, ADRIAN WILLARD, and CURTIS WILSON (hereinafter "Plaintiffs"), and respectfully move this Court for an Order withdrawing Lawrence S. Blackmon of the Blackmon Law Firm, PLLC as counsel of record for Plaintiffs. This withdrawal will not prejudice any party or affect any pre-trial or trial deadlines.

Respectfully submitted this the 23rd day of January, 2020.

/s/ Marcy B. Croft
Marcy B. Croft (MS Bar #10864)
MARON MARVEL BRADLEY ANDERSON
& TARDY LLC
200 South Lamar Street
Jackson, MS 39201
Telephone: (601) 960-8630
Telefax: (601) 206-0119

/s/ Lawrence S. Blackmon
Lawrence S. Blackmon
97 West Peace Street
Post Office Drawer 105
Canton, Mississippi 39046
Telephone: (601) 859-1411

***ATTORNEYS FOR PLAINTIFFS***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 23, 2020, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

                                                           */s/ Marcy B. Croft*
                                                           Marcy B. Croft (MSB# 10864)