# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| MICHAEL AMOS, PITRELL BRISTER, ANTONIO DAVIS, WILLIE FRIEND, CHARLES GAYLES, DANIEL GUTHRIE, JONATHAN J. HAM, DESMOND HARDY, BILLY JAMES, JR., JUSTIN JAMES, QUENTEN JOHNSON, CHALLIS LEWIS, DEAUNTE LEWIS, LARRY MAXWELL, TERRANCE MCKINNEY, DERRICK PAN, BRANDON ROBERTSON, KURIAKI RILEY, DERRICK ROGERS, TYREE ROSS, H.D. ALEXANDER SCOTT, DEANGELO TAYLOR, LEMARTINE TAYLOR, CONTI TILLIS, DEMARCUS TIMMONS, CARLOS VARNADO, PHILLIP DECARLOS WEBSTER, ADRIAN WILLARD, and CURTIS WILSON, | |
| Plaintiffs, | Civil Action No. 4:20-CV-007-DMB JMV |
| v. | **AMENDED CERTIFICATE OF SERVICE** |
| PELICIA E. HALL, in her official capacity as the Commissioner of the Mississippi Department of Corrections, and MARSHAL TURNER, in his official capacity as the Superintendent of the Mississippi State Penitentiary, | |
| Defendants. | |

**AMENDED CERTIFICATE OF SERVICE REGARDING (1) PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [DOC. 13] AND (2) PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [DOC. 14]**

I HEREBY CERTIFY that on January 25, 2020, counsel for Defendants agreed in writing via e-mail to accept service of process in this lawsuit, including the pleadings referenced above, Doc. 13 and Doc. 14, effective midnight tonight. I further certify that a copy of this Amended Certificate of Service will be served upon counsel for Defendants upon filing via email to the address set forth below:

> William Trey Jones, III
> Brunini, Grantham, Grower & Hewes, PLLC
> The Pinnacle Building
> 190 East Capitol St., Suite 100, Jackson, MS 39201
> P.O. Drawer 119, Jackson, MS 39205
> tjones@brunini.com

RESPECTFULLY SUBMITTED, this the 25th day of January, 2020.

   */s/ Marcy B. Croft*
   Marcy B. Croft (MS Bar #10864)
   Carson H. Thurman (MS Bar #104871)

OF COUNSEL:

**MARON MARVEL BRADLEY ANDERSON & TARDY, LLC**
Post Office Box 22803
Jackson, Mississippi 39225-2803
Telephone: 601-812-6630
Facsimile: 601-206-0119
cthurman@maronmarvel.com
mcroft@maronmarvel.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 25, 2020, a copy of the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.

                                             */s/ Marcy B. Croft*

                                             Marcy B. Croft (MS Bar #10864)