**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MICHAEL AMOS, et al.**                                             **PLAINTIFFS**

**V.**                                        **NO. 4:20-CV-7-DMB-JMV**

**TOMMY TAYLOR, et al.**                                     **DEFENDANTS**

**ORDER**

On January 27, 2020, the plaintiffs filed a motion asking the Court to take judicial notice of the fact that "a ninth inmate incarcerated at the Mississippi State Penitentiary, Joshua Norman (age 26), died Sunday, January 26, 2020, in his cell located in Unit 29 at Parchman as the result of an apparent suicide per the Sunflower County Coroner." Doc. #16. Because the request for relief is non-dispositive, and because the defendants did not respond to the motion within the time allowed, the motion [16] is **GRANTED as unopposed**. *See* L.U. Civ. R. 7(b)(3)(E) ("If a party fails to respond to any motion, other than a dispositive motion, within the time allotted, the court may grant the motion as unopposed.").

**SO ORDERED**, this 24th day of February, 2020.

                                                                          **/s/Debra M. Brown**
                                                                          **UNITED STATES DISTRICT JUDGE**