**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MICHAEL AMOS, et al.**                                                       **PLAINTIFFS**

**V.**                                   **NO. 4:20-CV-7-DMB-JMV**

**TOMMY TAYLOR, et al.**                                          **DEFENDANTS**

**ORDER**

On February 21, 2020, the parties filed a joint motion for an order allowing (1) thirty days for the plaintiffs to supplement "the record for purposes of their Emergency Motion for Temporary Restraining Order and Preliminary Injunction" ("Injunction Motion"); (2) thirty days for the defendants to respond to the supplementation; and (3) fifteen days for the plaintiffs to reply to the response. Doc. #53.

Upon consideration, the motion [53] is **GRANTED**. The plaintiffs have thirty days from the date of this order to supplement the briefing and evidence in support of their Injunction Motion. The defendants have thirty days from the date of filing of the supplementation to respond. The plaintiffs have fifteen days from the date of filing of the response to reply.[1]

**SO ORDERED**, this 24th day of February, 2020.

                                                     /s/Debra M. Brown
                                                     **UNITED STATES DISTRICT JUDGE**

---

[1] In the interest of efficiency, the supplementary briefing and evidence shall be deemed to supersede all earlier-filed briefs and evidence. Accordingly, the parties should include all relevant arguments and evidence in their supplemental filings. Any filings that fail to comply with the Court's local rules may be disregarded.