# EXHIBIT H

# Medical Records of Inmate Larry Maxwell (showing repeated visits to medical clinic without receiving treatment)

**Mississippi Department of Corrections**
301 North Lamar Street   Jackson, MS 39201
(601) 359-5600



**01/30/2020 - Appointment Rescheduling: 01/30/2020 Nurse SC; to 01/31/2020 - Not transported to Medical**

**Location of Care: Mississippi State Penitentiary**

**Date Appt rescheduled to occur:** 01/31/2020
**Appointment type rescheduled:** Nurse SC
**Appointment Rescheduled from** 01/30/2020
**Reason for reschedule:** Not transported to Medical

**01/29/2020 - Appointment Rescheduling: 01/29/2020 Nurse SC; to 01/30/2020 - Not transported to Medical**

**Location of Care: Mississippi State Penitentiary**

**Date Appt rescheduled to occur:** 01/30/2020
**Appointment type rescheduled:** Nurse SC

## Mississippi Department of Corrections
301 North Lamar Street   Jackson, MS 39201
(601) 359-5600



**Appointment Rescheduled from** 01/29/2020
**Reason for reschedule:** Not transported to Medical

**01/28/2020 - Appointment Rescheduling: 01/28/2020 Nurse SC; to 01/29/2020 - Not transported to Medical**

**Location of Care: Mississippi State Penitentiary**

**Date Appt rescheduled to occur:** 01/29/2020
**Appointment type rescheduled:** Nurse SC
**Appointment Rescheduled from** 01/28/2020
**Reason for reschedule:** Not transported to Medical

**01/26/2020 - Appointment Rescheduling: 01/26/2020 Nurse SC; to 01/27/2020 - Facility Lockdown**

**Location of Care: Mississippi State Penitentiary**

**Date Appt rescheduled to occur:** 01/27/2020
**Appointment type rescheduled:** Nurse SC
**Appointment Rescheduled from** 01/26/2020
**Reason for reschedule:** Facility Lockdown

**01/25/2020 - Appointment Rescheduling: 01/25/2020 Nurse SC; to 01/26/2020 - Facility Lockdown**

**Location of Care: Mississippi State Penitentiary**

**Date Appt rescheduled to occur:** 01/26/2020
**Appointment type rescheduled:** Nurse SC
**Appointment Rescheduled from** 01/25/2020

**Mississippi Department of Corrections**
301 North Lamar Street   Jackson, MS 39201
(601) 359-5600



**09/03/2019 - Appointment Rescheduling: 09/03/2019 Nurse SC; to 09/04/2019 - Not transported to Medical**

**Location of Care:** Mississippi State Penitentiary

**Date Appt rescheduled to occur:** 09/04/2019
**Appointment type rescheduled:** Nurse SC
**Appointment Rescheduled from** 09/03/2019
**Reason for reschedule:** Not transported to Medical

**Mississippi Department of Corrections**
301 North Lamar Street   Jackson, MS 39201
(601) 359-5600



_____

**07/28/2019 - Appointment Rescheduling: 07/28/2019 Nurse SC; to 07/29/2019 - Not transported to Medical**

**Location of Care: Mississippi State Penitentiary**

**Date Appt rescheduled to occur:** 07/29/2019
**Appointment type rescheduled:** Nurse SC
**Appointment Rescheduled from** 07/28/2019
**Reason for reschedule:** Not transported to Medical

**07/27/2019 - Appointment Rescheduling: 07/27/2019 Nurse SC; to 07/28/2019 - Not transported to Medical**

**Location of Care: Mississippi State Penitentiary**

**Date Appt rescheduled to occur:** 07/28/2019
**Appointment type rescheduled:** Nurse SC
**Appointment Rescheduled from** 07/27/2019
**Reason for reschedule:** Not transported to Medical

**07/26/2019 - Appointment Rescheduling: 07/26/2019 Nurse SC; to 07/27/2019 - Not transported to Medical**

**Location of Care: Mississippi State Penitentiary**

**Date Appt rescheduled to occur:** 07/27/2019
**Appointment type rescheduled:** Nurse SC
**Appointment Rescheduled from** 07/26/2019
**Reason for reschedule:** Not transported to Medical