**EXHIBIT J**

**Proposed Order**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MICHAEL AMOS, *ET AL.***                                      **PLAINTIFFS**

**V.**                                   **Case No. 4:20-CV-007-DMB-JMV**

**TOMMY TAYLOR, *ET AL.***                                  **DEFENDANTS**

## ORDER REQUIRING ACTION AT PARCHMAN TO PROTECT AGAINST COVID-19

HAVING COME before the Court, Plaintiffs, individually, and as putative representatives of the proposed class, pursuant to Rule 65 of the Federal Rules of Civil Procedure, requesting emergency measures to protect against COVID-19 at the Mississippi State Penitentiary at Parchman, Mississippi ("Parchman"), and the Court, having considered the Motion, its accompanying Memorandum, and the submissions and arguments of Defendants, finds that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that:

    a. **Immediate Testing**. Defendants immediately shall implement testing protocols for the identification and containment of COVID-19. These protocols must include the immediate testing of all inmates, Parchman employees, and all other individuals entering Parchman.

    b. **Immediate Screening**. Defendants immediately shall implement protocols to screen each employee or other person entering the facility each and every day to detect individuals with fever over 100 degrees, cough, shortness of breath, recent travel to a high risk country, and/or exposure to someone who is symptomatic or under surveillance for COVID-19.

    c. **Current Inmate Quarantine**. Defendants immediately shall establish non-punitive quarantine for all individuals who test positive for COVID-19, who were directly exposed to individuals who test positive for COVID-19, or who exhibit symptoms of the virus.

    d. **New Inmate Quarantine.** Defendants immediately shall establish non-punitive quarantine for fourteen (14) days for all new inmates entering Parchman to ensure they are not infected before integrating them into the general population.

e. **Institutional Hygiene**. Defendants immediately shall institute protocols to clean and disinfect Parchman at least once daily including, without limitation, all common spaces, highly traveled areas, and cells.

f. **Personal Hygiene**. Defendants immediately shall declassify hand sanitizer as contraband and issue hand sanitizer with at least 60% alcohol, antibacterial soap, antibacterial wipes, and other applicable hygiene products to each inmate free of charge, and shall ensure that replacements are available upon reasonable request.

g. **Limit Contact Visitation**. Defendants shall continue to limit visitation that allows inmates to come into physical contact with visitors, but immediately must implement or increase non-contact visitation methods and opportunities such as video conferencing and/or telephone calls.

h. **Waive Copays**. Defendants immediately shall take steps to waive copays or other costs to inmates for inmate medical evaluations and care related in any way to COVID-19 and/or its symptoms.

i. **Supply Chain**. Defendants immediately shall identify the supplies and other goods and materials upon which Parchman is dependent, such as food, medical supplies, certain medicines, cleaning products, etcetera, and prepare a plan to accommodate shortages, delays or disruptions in the supply chain for these items.

Defendants shall report in writing to the Court within seven (7) days of the date of this Order to apprise the Court of: (1) their progress in implementing each of the foregoing measures; (2) the results of testing of employees and inmates at Parchman including the number of COVID-19 cases at Parchman, if any, in each group; and (3) the measures in place to: (a) quarantine inmates who have tested positive for COVID-19 or who potentially have been exposed and present a high risk for developing COVID-19; and (b) quarantine separately for fourteen (14) days inmates who are transferred to Parchman on or after the date of this Order. Defendants shall update the Court weekly regarding all of the foregoing efforts.

SO ORDERED AND ADJUDGED, this the _____ day of March 2020.

_____
UNITED STATES DISTRICT JUDGE

Prepared by:

Marcy B. Croft (MS Bar #10864)
Carson H. Thurman (MS Bar #104871)
MARON MARVEL BRADLEY ANDERSON  & TARDY LLC
200 South Lamar Street
Jackson, MS 39201
Telephone: (601) 960-8630
Telefax: (601) 206-0119

Thomas G. Bufkin (MS Bar #10810)
CARROLL BUFKIN, PLLC
1076 Highland Colony Parkway
600 Concourse, Suite 125
Ridgeland, MS 39157
Telephone: (601) 982-5011
Telefax: (601) 853-9540

ATTORNEYS FOR PLAINTIFFS