← Search Twitter   Log in   Sign up   •••

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

↻ Marcy Croft Retweeted

**Complex** ✓
@Complex

Yo Gotti has teamed up with the Roc Nation to demand the Mississippi Department of Corrections develop a plan to stop the spread of #CoronaVirus cmplx.co/15534JO



6:26 PM · Mar 13, 2020 · Twitter Web App

**80** Retweets  **438** Likes

**Relevant people**

**Complex** ✓
@Complex    Follow
Making Culture Pop.

**Trends**

**zaayett** @ZforZaayett · Mar 13
Replying to @Complex
Gotti for president!

✨**NaNa**✨🇵🇷🌹 @bksfinest1179 · Mar 13
Replying to @Complex and @RocNation
@YoGotti should team up with @BernieSanders since hes the only one running for president that can help fight in the house & said "During a crisis we must make sure that we care for those who are currently incarcerated and in jails"





Terms   Privacy policy   Cookies   Ads info   More ⌄
© 2020 Twitter, Inc.



Search Twitter

Log in Sign up

Today, we say to the prison-industrial-complex that we are going to bring about real criminal justice reform. We are going to end the ...
berniesanders.com

**duck** @iccy_king17 · Mar 13
Replying to @Complex
🙏🏻

**Eromey** @Eromey1 · Mar 13
Replying to @Complex
BIG HOMMIE RULES @YoGotti

Show more replies

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**Complex** @Complex
Follow
Making Culture Pop.

## Trends

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

← Search Twitter  Log in  Sign up


**Marcy Croft**
@marcybcroft

Don't forget. #Parchman @teamroc
#MSPrisonReformNow



 **Jonathan Allen** @jallen1985 · Mar 16
Does anyone else think it's irresponsible for @msdh to feature a death toll of zero in red font on their #COVID19 webpage?

There are already-infected Mississippians who will die from this virus, as will many Mississippians who aren't yet infected.
msdh.ms.gov/msdhsite/_stat...



9:02 PM · Mar 16, 2020 from Madison, MS · Twitter for iPhone

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

 **Marcy Croft**  Follow
@marcybcroft
Lawyer, Wife, Mom, Tired
#msprisonreformnow #Parchman RTs are not endorsements

 **Team Roc** ✓  Follow
@teamroc
"Not everything that is faced can be changed, but nothing can be changed until it is faced."- James Baldwin

 **Jonathan Allen**  Follow
@jallen1985
@UMichLaw 🏳️‍🌈

**Trends**

Terms  Privacy policy  Cookies  Ads info  More ▾
© 2020 Twitter, Inc.

Case: 4:20-cv-00007-DMB-JMV Doc #: 62-4 Filed: 03/19/20 4 of 10 PageID #: 1078







Search Twitter

Log in Sign up

Marcy Croft Retweeted

**CBS News** @CBSNews

Lawyers demand coronavirus testing for inmates at Mississippi prison cbsn.ws/2w3kZME

9:29 PM · Mar 16, 2020 · Sprinklr

**39** Retweets **110** Likes

**DH** @Used_2B_Sane · Mar 16
Replying to @CBSNews
If you want healthcare as a human right, just get locked up...
3

**Fork It** @fishfanz · Mar 16
Replying to @CBSNews
There's probably more empathy and sympathy for those not committing crimes. Inmates might be a tad down the list. How about those providing front line health care first?
2

**Devil Pup**🇺🇸🐶 @DevilPup74 · Mar 16
Replying to @CBSNews
Seems appropriate. 🤷🏼‍♀️
1

**marty** @tcblues · Mar 16
Replying to @CBSNews
Duh, they ain't going anywhere. People come to them, assisted Living.

**Dyran** @buloy1971 · Mar 16
Replying to @CBSNews
why do they have to test them. do the people outside first. if they get it then so be it.
1

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**CBS News** @CBSNews Follow
Your source for original reporting and trusted news.

## Trends

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

← | Search Twitter | Log in | Sign up | •••

♺ Marcy Croft Retweeted

**Team Roc** ✓
@teamroc

🚨UPDATE🚨 An emergency relief motion has been filed on behalf of #ParchmanPrison inmates amid the global coronavirus outbreak demanding that officials establish quarantines and priority testing/care for vulnerable patients and those showing symptoms.



Lawyers demand coronavirus testing for inmates at Mississippi prison
Lawyers representing inmates at the Mississippi State Penitentiary, known as Parchman, filed a motion on Monday requesting emergency relief amid the glob…
🔗 teamroc.io

10:20 PM · Mar 16, 2020 · Twitter Web App

**10** Retweets    **18** Likes

💬       ♺       ♡       ⬆

**Jonathan Allen** @jallen1985 · Mar 16      ⌄
Replying to @teamroc
When will you post photographs and descriptions from your inspection of the prison?

💬       ♺ 1       ♡ 1       ⬆

**Talkalotent** @talkalotent · Mar 17      ⌄
Replying to @teamroc
That sign should read Mississippi State Plantation.

💬       ♺       ♡       ⬆

**New to Twitter?**
Sign up now to get your own personalized timeline!

| Sign up |

**Relevant people**



**Team Roc** ✓       | Follow |
@teamroc
"Not everything that is faced can be changed, but nothing can be changed until it is faced."- James Baldwin

**Trends**

Terms   Privacy policy   Cookies   Ads info   More ⌄
© 2020 Twitter, Inc.

3/19/2020 Team Roc on Twitter: "🚨UPDATE🚨 An emergency relief motion has been filed on behalf of #ParchmanPrison inmates amid the global c…

Case: 4:20-cv-00007-DMB-JMV Doc #: 62-4 Filed: 03/19/20 8 of 10 PageID #: 1082

Search Twitter

Log in Sign up

**Marcy Croft**
@marcybcroft

had to remind y'all #Parchman @teamroc #msprisonreformnow

**REFORM Alliance** @REFORM · Mar 17

Viruses don't respect borders or prison walls – they can spread everywhere. We need to stop the spread of #coronavirus in prisons before it spreads to our communities.

We need to make prisons, jails, and our communities SAFER #NoPrisonPandemic.

Show this thread

8:27 PM · Mar 17, 2020 from Madison, MS · Twitter for iPhone

**4** Likes

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**Marcy Croft** @marcybcroft Follow
Lawyer, Wife, Mom, Tired #msprisonreformnow #Parchman RTs are not endorsements

**Team Roc** @teamroc Follow
"Not everything that is faced can be changed, but nothing can be changed until it is faced."- James Baldwin

**REFORM Alliance** @REFORM Follow
Reforming the criminal justice system by changing laws and policies while changing hearts and minds #REFORM #FightDifferent

## Trends



