**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MICHAEL AMOS, et al.**                                            **PLAINTIFFS**

**V.**                                            **NO. 4:20-CV-7-DMB-JMV**

**TOMMY TAYLOR, et al.**                                      **DEFENDANTS**

**ORDER**

On February 24, 2020, the Court, on the parties' joint motion, issued an order providing:

> The plaintiffs have thirty days from the date of this order to supplement the briefing and evidence in support of their [January 24, 2020, Emergency Motion for Temporary Restraining Order and Preliminary Injunction]. The defendants have thirty days from the date of filing of the supplementation to respond. The plaintiffs have fifteen days from the date of filing of the response to reply.

Doc. #55. On April 1, 2020, the Court, again on the parties' joint motion, extended the briefing schedule such that "[t]he plaintiffs have until May 1, 2020, to supplement their injunction motion; the defendants have until June 1, 2020, to respond; and the plaintiffs may reply on or before June 16, 2020." Doc. #69 at 2.

On April 24, 2020, the parties filed another joint motion to modify the briefing schedule, asking that the plaintiffs' supplementation deadline be extended until May 22, 2020, that the defendants' response deadline be extended until June 22, 2020, and that the plaintiffs' reply deadline be extended until July 7, 2020. Doc. #80 at 1. As grounds, the parties represent:

> The parties have conferred again and are in agreement that the deadlines relative to the parties' briefing should be extended for good cause again given the continued, well-documented circumstances that the parties and their counsel are facing with regard to COVID-19, including but not limited to Defendants' continued inability to conduct expert inspections of Parchman (which counsel must attend), related travel issues, hotel availability, and other challenges such as ongoing negotiations towards a supplemental document production by Defendants to Plaintiffs.

*Id.* at 3.

Upon consideration, the joint motion [80] is **GRANTED**. The plaintiffs have until May

22, 2020, to supplement their injunction motion; the defendants have until June 22, 2020, to respond; and the plaintiffs have until July 7, 2020, to reply.

**SO ORDERED**, this 27th day of April, 2020.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**