IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MICHAEL AMOS,** *et al.* **PLAINTIFFS**

**VS.** **CIVIL ACTION NO. 4:20-CV-07-DMB-JMV**

**TOMMY TAYLOR,** *et al.* **DEFENDANTS**

**DEFENDANTS' RESPONSE TO PLAINTIFFS' OPPOSED
FOURTH MOTION FOR JUDICIAL NOTICE [DOC. 109]**

Defendants file this Response to Plaintiffs' Opposed Fourth Motion for Judicial Notice of MDOC Deaths [Doc. 109]. In support, Defendants rely on the arguments and authorities set forth in their accompanying Memorandum of Law. For the reasons discussed in their Memorandum of Law, Defendants respectfully request that the Court deny Plaintiffs' motion. Defendants request such other and further relief as the Court deems just and appropriate under the circumstances.

Date: July 6, 2020.

Respectfully submitted,

**TOMMY TAYLOR, in his official capacity as the Interim Commissioner of the Mississippi Department of Corrections, and MARSHAL TURNER, in his official capacity as the Superintendent of the Mississippi State Penitentiary**

By: */s/ Trey Jones*
William Trey Jones, III
One of Their Attorneys

1

OF COUNSEL:

R. David Kaufman (MSB #3526)
dkaufman@brunini.com
William Trey Jones, III (MSB #99185)
tjones@brunini.com
Karen E. Howell (MSB #102243)
khowell@brunini.com
Cody C. Bailey (MSB #103718)
cbailey@brunini.com
Jacob A. Bradley (MSB #105541)
jbradley@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street (39201)
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

Michael J. Bentley (MSB# 102631)
mbentley@bradley.com
Molly M. Walker (MSB# 100689)
mmwalker@bradley.com
Bradley Arant Boult Cummings, LLC
One Jackson Place
188 East Capitol Street, Suite 1000
Post Office Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

## CERTIFICATE OF SERVICE

I, Trey Jones, hereby certify that on July 6, 2020, I caused the foregoing pleading to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and registered participants.

                                          */s/ Trey Jones*
                                          William Trey Jones, III
                                          One of the Attorneys for the Defendants