**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MICHAEL AMOS, et al.**                                                            **PLAINTIFFS**

**V.**                                                        **NO. 4:20-CV-7-DMB-JMV**

**TOMMY TAYLOR, et al.**                                               **DEFENDANTS**

**ORDER**

During a February 3, 2020, hearing in this case, the Court directed the defendants to provide to the Court for in camera inspection a list of all remedial measures undertaken at Parchman. The Court stated that such documentation would be provided to the plaintiffs to the extent it "implicate[s] any of the named plaintiffs." The procedure for this release was memorialized in the April 22, 2020, agreed protective order entered by the Court, which states that "[t]he Court will release th[e] documentation, in whole or in part, to Plaintiffs to the extent the Court deems said release appropriate." Doc. #77 at 3. Given the ongoing nature of these submissions, the Court has determined that the procedure for their submission should be, and is, modified as follows:

    1. On the last Friday of every month, the defendants shall submit to the Court:

        a. Documentation of all remedial measures undertaken at Parchman since their last submission.

        b. A list of the documents in paragraph 1(a), identified by bates number, indisputably related to those areas where the named plaintiffs were housed since February 3, 2019, and other areas to which the plaintiffs have had access.

        c. A list of the documents in paragraph 1(a), identified by bates number, believed to relate *only* to areas where the named plaintiffs were not housed or did not have access since February 3, 2019. Such list should identify the area to which each document relates, along with a certification that no named plaintiffs were

        housed or had access to such area.

2.     On the last Friday of every month, the defendants shall submit to the plaintiffs:

       a. The documents identified in paragraph 1(b).

       b. The list identified in paragraph 1(c).

3.     Within seven days of receiving the list identified in paragraph 1(c), the plaintiffs may submit to the Court and to the defendants objections to such list. Such objections should specifically identify why the allegedly irrelevant documents are discoverable.

**SO ORDERED**, this 7th day of July, 2020.

                                                    **/s/Debra M. Brown**
                                                    **UNITED STATES DISTRICT JUDGE**