**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MICHAEL AMOS, et al.**                                                                      **PLAINTIFFS**

**V.**                                                             **NO. 4:20-CV-7-DMB-JMV**

**TOMMY TAYLOR, et al.**                                                   **DEFENDANTS**

**ORDER**

On July 20, 2020, the defendants filed a motion to substitute four documents[1] for Exhibit 6 to "Defendants' Response in Opposition to Plaintiffs' Supplemental Emergency Motion for Temporary Restraining Order and Preliminary Injunction."[2] Doc. #122. As grounds, the defendants represent that the current Exhibit 6 "inadvertently includes metadata related to redacted portions of the photographs contained therein" and that "[t]he proposed substitute removes that metadata." *Id*. at 1. The defendants further represent that their motion to substitute is unopposed. *Id*.

Upon consideration, the motion to substitute [122] is **GRANTED**. The Clerk of the Court is **DIRECTED** to seal the current Exhibit 6 [118-6]. The four documents attached to the motion to substitute [122-1][122-2][122-3][122-4] will be deemed a part of the defendants' response. On or before July 30, 2020, the defendants shall re-file these four documents as a single docket entry linked to the original response.

**SO ORDERED**, this 28th day of July, 2020.

                                                           **/s/Debra M. Brown**
                                                           **UNITED STATES DISTRICT JUDGE**

---

[1] Docs. #122-1, #122-2, #122-3, #122-4.

[2] Doc. #118-6.