**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MICHAEL AMOS, et al.**                                                         **PLAINTIFFS**

**V.**                                                      **NO. 4:20-CV-7-DMB-JMV**

**TOMMY TAYLOR, et al.**                                             **DEFENDANTS**

## ORDER

The defendants are **DIRECTED** to respond to the plaintiffs' August 11 motion[1] for expedited discovery on or before August 17, 2020. The plaintiffs may reply on or before August 19, 2020.

**SO ORDERED**, this 12th day of August, 2020.

                                                           **/s/Debra M. Brown**
                                                           **UNITED STATES DISTRICT JUDGE**

---

[1] Doc. #128.