# EXHIBIT "C"

# COLLECTIVE EMAIL CORRESPONDENCE WITH COUNSEL

## Jessica L. Rice

| | |
|---|---|
| **From:** | Vincent, Leonard <LVINCENT@mdoc.state.ms.us> |
| **Sent:** | Saturday, May 2, 2020 11:57 AM |
| **To:** | Marcy Croft |
| **Cc:** | Jessica L. Rice; Trey Jones; Mary Clark Joyner; Chan E. McLeod; Carson Thurman; KRISSY NOBILE; Karen Howell; Gary Bufkin; Cody Bailey; David Kaufman; Garrig Shields; Molly Walker; wmanuel@bradley.com |
| **Subject:** | Re: Legal Mail |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Legal mail is opened in front of the inmate to check for contraband. It is not read by the officer. Cameras are not allowed in the units. Officers do not take pictures of their mail

Leonard C. Vincent
General Counsel
Mississippi Department of Corrections
301 North Lamar Street
Suite 301-8
Jackson, MS 39201
lvincent@mdoc.state.ms.us
Office: 601 359 5337
Fax: 601 359 6178
Cell: 662 719 8179
PRIVILEGED AND CONFIDENTIAL COMMUNICATION: The information contained in this electronic message and any attachments to it are intended for the exclusive use of the addressees and may contain confidential attorney-client communication and/or privileged information. If you are not the intended recipient, please destroy all copies of this message and attachments and immediately notify this office by sending a reply e-mail to the sender. Thank you.
Sent from my iPhone

On May 1, 2020, at 6:24 PM, Marcy Croft <MCroft@maronmarvel.com> wrote:

All: We are hearing from families that our mail was finally given to at least some our clients today. Thank you. However, we are also hearing that officers are taking pictures of the contents and envelopes as well as refusing to give our clients the return envelopes we sent with our letter.

We would appreciate it if you would follow up on these complaints to clear up any confusion and ensure that our clients receive the entire contents of the mail we sent them. It is inappropriate for any documentation to be removed from our legal mail.

Thank you.

- Marcy

Marcy Croft | Attorney at Law
D: 601-960-8630 | mcroft@maronmarvel.com


bio<https://www.maronmarvel.com/attorneys/Marcy-Croft> |
vcard<https://www.maronmarvel.com/attorneys/Marcy-Croft/vcard> |
[https://esig365snippets.blob.core.windows.net/images/7E1D9365-6828-4F74-A4BC-9AEFC143F6A8/linkedin-icon.png] <https://www.linkedin.com/company/maron-marvel-bradley-&-anderson>
[https://esig365snippets.blob.core.windows.net/images/7E1D9365-6828-4F74-A4BC-9AEFC143F6A8/mm-logo.gif]
PO Box 22803
Jackson, MS 39225-2803 | M: 601-812-6630 | F: 601-206-0119
www.maronmarvel.com | <http://www.maronmarvel.com/>
[https://esig365snippets.blob.core.windows.net/images/7E1D9365-6828-4F74-A4BC-9AEFC143F6A8/facebook-high4.png] <https://www.facebook.com/MaronMarvel/>
<https://www.facebook.com/MaronMarvel/>


This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this communication is confidential, is subject to the attorney-client privilege, may constitute inside information, and is intended only for the use of the addressee. It is the property of Maron Marvel Bradley Anderson & Tardy LLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.


On Apr 30, 2020, at 10:14 PM, Vincent, Leonard <LVINCENT@mdoc.state.ms.us> wrote:

 I checked and the post office is open and receiving and sending out mail.I was told to give them the name or names of inmates that claim to have had a problem and they would check on it

Leonard C. Vincent
General Counsel
Mississippi Department of Corrections
301 North Lamar Street
Suite 301-8
Jackson, MS 39201
lvincent@mdoc.state.ms.us
Office: 601 359 5337
Fax: 601 359 6178
Cell: 662 719 8179
PRIVILEGED AND CONFIDENTIAL COMMUNICATION: The information contained in this electronic message and any attachments to it are intended for the exclusive use of the addressees and may contain confidential attorney-client communication and/or privileged information. If you are not the intended recipient, please destroy all copies of this message and attachments and immediately notify this office by sending a reply e-mail to the sender. Thank you.

Sent from my iPhone

On Apr 30, 2020, at 8:36 PM, Marcy Croft <MCroft@maronmarvel.com> wrote:

I meant to include everyone on the email below. Resending now.


Marcy Croft
Attorney at Law
Maron Marvel Bradley Anderson & Tardy LLC
PO Box 22803
Jackson, MS 39225-2803
601-812-6630 (Main)
601-960-8630 (Direct)
601-206-0119 (Fax)
mcroft@maronmarvel.com
www.maronmarvel.com<http://www.maronmarvel.com>


This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this communication is confidential, is subject to the attorney-client privilege, may constitute inside information, and is intended only for the use of the addressee. It is the property of Maron Marvel Bradley Anderson & Tardy LLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
On Apr 30, 2020, at 6:27 PM, Marcy Croft <MCroft@maronmarvel.com> wrote:

Trey: Clients are saying they are unable to send and/or receive mail right now. (We sent letters to a number of clients last week.) It's not appropriate to hold their incoming/outgoing mail. Our clients (and everyone else at Parchman) need to be able to receive, read, and send correspondence to/from their attorneys. Could you please check with MDOC and have this issue rectified ASAP? Thank you.

- Marcy

## RE: Lang - MDOC's answer

Cody Bailey [cbailey@brunini.com]
Sent: Tuesday, July 28, 2020 5:06 PM
To: Marcy Croft
Cc: Carson Thurman; Trey Jones [TJones@brunini.com]; Karen Howell [KHowell@brunini.com]; Gary Bufkin
Categories: MDOC Emails
Attachments: Lang - Motion for Extensi~1.docx (23 KB)

---

Marcy, thanks. Sorry I am just now getting back on this. We think a status conference in Amos or Lang would be premature given that the Court has not yet ruled on the motion for TRO/PI and the MDOC Defendants have not yet responded to the complaints. Attached is a rough draft of our motion for extension of time to respond to the Lang complaint and to stay the Rule 16 initial order until after such answer is filed. Right now, it says the Plaintiffs consent to both of these requests, but if Plaintiffs do not consent to Defendants' request to stay the Rule 16 initial order, just let me know and we can make that clarification before filing. We don't mean to be presumptuous on that point. Thanks.

Cody

Cody C. Bailey
E: mailto:cbailey@brunini.com
P: 601-973-8790 F: 601-960-6902

Brunini, Grantham, Grower & Hewes, PLLC
The Pinnacle Building
190 East Capitol St, Suite 100, Jackson, MS 39201
Post Office Drawer 119, Jackson, MS 39205

Confidentiality Statement
The information contained in this electronic message from the law firm of Brunini, Grantham, Grower & Hewes, PLLC is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the
contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (601) 948-3101.

-----Original Message-----
From: Marcy Croft [mailto:MCroft@maronmarvel.com]
Sent: Tuesday, July 28, 2020 10:04 AM
To: Cody Bailey <cbailey@brunini.com>
Cc: Carson Thurman <cthurman@carrollbufkin.com>; Trey Jones <TJones@brunini.com>; Karen Howell <KHowell@brunini.com>; Gary Bufkin <tgb@carrollbufkin.com>
Subject: Re: Lang - MDOC's answer

Cody: I don't have a problem extending the time to answer at all. We can leave it open as we will end up amending both complaints.

We would like to request a status conference with the Court to work on scheduling, discovery, class certification briefing, etc.. Any objection to requesting a conference date from the Court?

- Marcy



Marcy Croft | Attorney at Law
D: 601-960-8630 | mcroft@maronmarvel.com


bio<https://www.maronmarvel.com/attorneys/Marcy-Croft> |
vcard<https://www.maronmarvel.com/attorneys/Marcy-Croft/vcard> |
[https://esig365snippets.blob.core.windows.net/images/7E1D9365-6828-4F74-A4BC-9AEFC143F6A8/linkedin-icon.png] < https://www.linkedin.com/company/maron-marvel-bradley-&-anderson>
[https://esig365snippets.blob.core.windows.net/images/7E1D9365-6828-4F74-A4BC-9AEFC143F6A8/mm-logo.gif]
PO Box 22803
Jackson, MS 39225-2803 | M: 601-812-6630 | F: 601-206-0119
www.maronmarvel.com | <http://www.maronmarvel.com/>
[https://esig365snippets.blob.core.windows.net/images/7E1D9365-6828-4F74-A4BC-9AEFC143F6A8/facebook-high4.png] < https://www.facebook.com/MaronMarvel/>
<https://www.facebook.com/MaronMarvel/>


This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this communication is confidential, is subject to the attorney-client privilege, may constitute inside information, and is intended only for the use of the addressee. It is the property of Maron Marvel Bradley Anderson & Tardy LLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

On Jul 28, 2020, at 9:43 AM, Cody Bailey <cbailey@brunini.com> wrote:

Marcy and Carson,

The MDOC Defendants' response to the Lang complaint is due Thursday. We request an extension of time to respond. Because the Lang lawsuit and the Amos lawsuit present related claims, we would like to be able to file our response to the Lang complaint 30 days after the Court rules on the Amos Motion for TRO/PI. Would you agree to that?

Thanks,
Cody

Cody C. Bailey
E: cbailey@brunini.com<mailto:cbailey@brunini.com>
P: 601-973-8790 F: 601-960-6902


[http://www.brunini.com/wp-content/uploads/2016/06/BGGH-FullLogo.gif]

The Pinnacle Building
190 East Capitol St, Suite 100, Jackson, MS 39201 Post Office Drawer 119, Jackson, MS 39205

www.brunini.com<http://www.brunini.com/>
Bio<http://www.brunini.com/attorneys-94.html> / V-Card<http://www.brunini.com/vcard-94.vcf>

Confidentiality Statement
The information contained in this electronic message from the law firm of Brunini, Grantham, Grower & Hewes, PLLC is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (601) 948-3101.