ARIC JOHNSON 101119



# CHRONIC CARE VISITS

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July  6, 2020*
Page 1
Chronic Care

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ████1978  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

==**03/14/2019 - Chronic Care: HTN, Cardio**==
**Provider:** Antonio Del Castillo MD
**Location of Care:** Mississippi State Penitentiary

**Current Problems (prior to this update):**
NICOTINE DEPENDENCE (AXIS III) (ICD-305.1)
HYPERTENSION (ICD-401.1)

**Current Medications (prior to this update):**

## SUBJECTIVE

**Nursing Assessment for Chronic Care Clinics**
**Vital Signs**
**Height:** 71
**Weight:** 175
**Temperature:** 97
**Temperature site:** tympanic
**Pulse rate:** 83
**Pulse rhythm:** regular
**Respirations:** 20
**Blood Pressure:** 128 / 75 mm Hg
**O2 Sat:** 96

**Signed by:** Juanita Thomas RN, March 14, 2019 11:40 AM
 No past medical history
**Comments:** mother asthma, mother and father diabetes
*Cardiovascular Chronic Care*
**Date of Today's Clinic:** March 14, 2019

**Cardiovascular CC Nursing Assessment**
**Age at onset:** 35- NEW ONSET
 HTN
 Family History

**Nurse Signature:** Juanita Thomas RN, March 14, 2019 11:40 AM

## REVIEW OF SYSTEMS
*Cardiovascular Chronic Care*

**Cardiovascular Provider ROS**
 HTN
 Hyperlipidemia

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 2
Chronic Care

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ▮1978  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

**Complaints:**
**Other:** not taking any meds, his B/P was 128/75
I have reviewed the appropriate labs with the patient.

**Signed by:** Antonio Del Castillo MD, March 14, 2019 11:58 AM

## *HISTORY*

**General**
NAD
**Skin** Clear

**HEENT**
**Head** NC/AT
**Eyes** Sclera white
**Ears** TM's clear
**Nares** Clear
**Throat** Normal
**Stridor** No

**Lung Exam**
**Rt.** CTA
**Lt.** CTA

**Cardiovascular**
**PMI** Normal
**Auscultation** Normal
Pulses (0 - 4+ B=Bruit)
Carotid
**R/L** 2
/ 4
**Radial** 2
/ 4
**Femoral** 2
/ 4
**DP** 2
/ 4

**Neurological**
**Reflexes:** 2+Equal
**Plantar:** Normal
Motor Strength
**Upper Extremities:** Normal
**Lower Extremities:** Normal
**Sensory:** Normal
**Extremeties** Normal
**Joints** Normal

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 3
Chronic Care

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ▮/1978  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

**Abdominal**
**Bowel Sounds** Normal
**Ascites** No
**Hernia** No
Palpation:
 Normal

**Male Genitourinary**
**Comments** refused
**Comments** refused
**Prostate** refused
**Inguinal Hernia** No

**Lymphatic**
**Lymphatic** Normal
**Physical Exam Completed?** Yes

## *ASSESSMENT*
### *Cardiovascular Chronic Clinic Assessment*

**Complications/End Organ Damage**
 Left Ventricular Hypertrophy, Coronary Heart Disease, Cerebrovascular Disease, Peripheral Vascular Disease, Hyperlipidemia, Renal Insufficiency, Congestive Heart Failure

**Plan**
 Educate disease process and other self-management education.
 Life style modification.
 Chronic Care Visit Schedule:  Initial then by disease response classification.
 Cardiovascular Assessment at each visit.
 Weight, BMI, and multiple Blood Pressure assessments on each visit.
 Pharmacological management as indicated by patient response on each visit.
 CBC, Complete Metabolic Panel, Fasting Lipids, Urinalysis, TSH, ECG and Chest X-ray initially.
 CBC, BMP, Fasting Lipids, Urinalysis, and other labs as indicated by response category and guidelines.
 Hyperlipidemia assessment initially and treat to target LDL levels by guidelines.
 Fundoscopic eye exam on each visit.
 Manage congestive heart failure to achieve NYHA functional Class I or II.
 Annual Flu Vaccine.  Pneumonia Vaccine as indicated by guidelines.

**Hypertension**

**Assessment:**
**1.** HTN
**Degree of Control:**
GOOD: < 140 /< 90 Diabetics <130 / < 80 continue current pharmacological therapy, reinforce life style modification and weight loss.  Monthly BP monitoring and Chronic Care Visit every three months times two then every four months.

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 4
Chronic Care

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ▆▆▆1978  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

<u>**Hypertension Treatment Compliance:**</u>
**Diet:** Yes
**Medications:** Yes
**Disease Self Management:** Yes

*PLAN*
**Updated Orders:**
Comprehensive Metabolic Panel (14) [CPT-80053]
CBC with Differential/Platelet [CPT-85025]
EKG [EKG]
Lipid Panel with LDL:HDL Ratio [CPT-80061]
TSH (Thyroid-stimulating Hormone) [CPT-84443]
**Education Reviewed with Inmate:** Nutrition, Exercise, Smoking, Test Results, Medication, Sodium Intake

**Chronic Care Scheduling Request**
**Requested By:** Provider

**Schedule with:  Chronic Care - Cardiovascular**
**Appointment Requested In:** 6 months
**Reason:** good control

**Process Orders**
Check Orders Results:
 BioReference: Order checked:
  -- EKG --  [NO CODE FOUND]
  -- CBC with Differential/Platelet --  [NO CODE FOUND]
Tests Sent for requisitioning (March 14, 2019 12:13 PM):
  03/14/2019: BioReference -- Comprehensive Metabolic Panel (14) [CPT-80053] (signed)
  03/14/2019: BioReference -- CBC with Differential/Platelet [CPT-85025] (signed)
  03/14/2019: BioReference -- EKG [EKG] (signed)
  03/14/2019: BioReference -- Lipid Panel with LDL:HDL Ratio [CPT-80061] (signed)
  03/14/2019: BioReference -- TSH (Thyroid-stimulating Hormone) [CPT-84443] (signed)

**Electronically Signed by Antonio Del Castillo MD on 03/14/2019 at 12:13 PM**
**Electronically Signed by Juanita Thomas RN on 03/14/2019 at 2:02 PM**

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 5
Chronic Care

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ▆▆▆/1978  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 1
Chronic Care

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ███1978  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL**: 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

09/09/2019 - Chronic Care: HTN -- Signed refusal
**Provider:** Juanita Thomas RN
**Location of Care:** Mississippi State Penitentiary

**Current Problems (prior to this update):**
NICOTINE DEPENDENCE (AXIS III) (ICD-305.1)
HYPERTENSION (ICD-401.1)

**Current Medications (prior to this update):**

## SUBJECTIVE

**Nursing Assessment for Chronic Care Clinics**
**Vital Signs**
**Height:** 71

No past medical history
**Comments:** mother asthma, mother and father diabetes

**Nurse's Notes**
Signed refusal
**Nurse Signature:** Juanita Thomas RN, September  9, 2019 12:08 PM

**Electronically Signed by Juanita Thomas RN on 09/09/2019 at 12:08 PM**

Mississippi State Penitentiary
Highway 49 West PO Drawer E Parchman, MS 38738
Phone 662-745-6611x-4104  Fax 662-745-4574

Patient Information For:                    MDOC#:
Housing Loc:

# Refusal of Treatment

To Whom It May Concern:

I, *Aric Johnson* . MDOC #: *101119*

Herewith confirm that I refused the medical attention and/or treatment designated. I further state that I am aware that the treatment and/or service I decline was recommended by duly authorized MDOC/Contracted Medical Vendor personnel. I understand that in refusing to keep the appointment made for me or allow treatment to proceed, that another appointment will not be made for me with regards to this complaint.

I have been made aware of any and all consequences to my health that may occur up to and including death as a result of this refusal.

Medical Service Refused:

_CC HTN_

Remarks:

_I did not fill out a sick call_

_____          _____
Signature of Patient                              9-9-19
                                                  Date/Time

_R. Johnson_____          9-9-19
Signature of Witness                              Date/Time

_____          _____
Signature of Witness                              Date/Time

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
*Page 1*
*Chronic Care*

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ▮▮▮1978  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

<mark>**01/13/2020 - Chronic Care: HTN**</mark>
**Provider:** Miranda Shegog FNP-BC
**Location of Care:** Mississippi State Penitentiary

**Current Problems (prior to this update):**
NICOTINE DEPENDENCE (AXIS III) (ICD-305.1)
HYPERTENSION (ICD-401.1)

**Current Medications (prior to this update):**
KEFLEX 500 MG CAPS (CEPHALEXIN) One tab by mouth bid x 10 days
HYDROCHLOROTHIAZIDE 12.5 MG CAPS (HYDROCHLOROTHIAZIDE) once daily

## *SUBJECTIVE*

**Nursing Assessment for Chronic Care Clinics**
**Vital Signs**
**Height:** 71
**Weight:** 175
**Temperature:** 98.3
**Pulse rate:** 96
**Pulse rhythm:** regular
**Respirations:** 20
**Blood Pressure:** 144 / 79 mm Hg
**O2 Sat:** 98

**Risk Factors**
**Tobacco use:** current
**Alcohol Consumption:** No

**Signed by:** Miranda Shegog FNP-BC, January 13, 2020 12:39 PM
 No past medical history
**Past Family History:** Asthma, Diabetes, Hypertension
**Comments:** mother asthma, mother and father diabetes
*Cardiovascular Chronic Care*
**Date of Today's Clinic:** January 13, 2020

**Cardiovascular CC Nursing Assessment**
**Age at onset:** 35
 HTN
 Family History

**Nurse Signature:** Miranda Shegog FNP-BC, January 13, 2020 12:39 PM

## *REVIEW OF SYSTEMS*

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July  6, 2020*
Page 2
Chronic Care

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ▆▆▆1978  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

## *Cardiovascular Chronic Care*

**Cardiovascular Provider ROS**
 HTN
 Hyperlipidemia

**Complaints:**
**Other:** Here for chonic care. History of HTN, Taking off meds 5-6 months ago. Denies chest pain, SOB, edema, visual disturbnces. Last EKG with BBB, will repeat. CXR, labs ordered today.
 I have reviewed the appropriate labs with the patient.

**Signed by:** Miranda Shegog FNP-BC, January 13, 2020 12:41 PM

## *HISTORY*

**General**
 NAD
**Skin** Clear

**HEENT**
**Head** NC/AT
**Eyes** Sclera white
**Ears** TM's clear
**Nares** Clear
**Throat** Normal
**Stridor** No

**Lung Exam**
**Rt.** CTA
**Lt.** CTA

**Cardiovascular**
**PMI** Normal
**Auscultation** Normal
Pulses (0 - 4+ B=Bruit)
Carotid
**DP** 2+
/ 2+

**Neurological**
**Reflexes:** 2+Equal
**Plantar:** Normal
Motor Strength
**Upper Extremities:** Normal
**Lower Extremities:** Normal
**Sensory:** Normal
**Extremeties** Normal
**Joints** Normal

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 3
Chronic Care

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ▓▓▓1978  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

**Abdominal**
**Bowel Sounds** Normal
Palpation:
 Normal

**Lymphatic**
**Lymphatic** Normal

## *ASSESSMENT*
### *Cardiovascular Chronic Clinic Assessment*

**Plan**
 Educate disease process and other self-management education.
 Life style modification.
 Chronic Care Visit Schedule:  Initial then by disease response classification.
 Cardiovascular Assessment at each visit.
 Weight, BMI, and multiple Blood Pressure assessments on each visit.
 Pharmacological management as indicated by patient response on each visit.
 CBC, Complete Metabolic Panel, Fasting Lipids, Urinalysis, TSH, ECG and Chest X-ray initially.
 CBC, BMP, Fasting Lipids, Urinalysis, and other labs as indicated by response category and guidelines.
 Fundoscopic eye exam on each visit.
 Manage congestive heart failure to achieve NYHA functional Class I or II.
 Annual Flu Vaccine.  Pneumonia Vaccine as indicated by guidelines.

**Hypertension**

**Assessment:**
 **Clinical Status:** Same
**Degree of Control:**
FAIR: 140-160/90-100 Diabetics 130-160/86-105 modify current pharmacological therapy, reinforce life style modification and weight loss.  Weekly BP monitoring and Chronic Care Visit every 3 months.

**Hypertension Treatment Compliance:**
**Diet:** Yes
**Medications:** No
**Disease Self Management:** Yes

## *PLAN*
**Updated Orders:**
BP Checks Weekly [BP Weekly]
**Education Reviewed with Inmate:** Nutrition, Exercise, Smoking, Test Results, Medication, Sodium Intake

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 4
Chronic Care

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ████1978  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

## Chronic Care Scheduling Request

**Schedule with:** **Chronic Care FOLLOW-UP - Cardiovascular**
**Appointment Requested In:** 1 months
**Reason:** HTN

**Electronically Signed by Miranda Shegog FNP-BC on 01/13/2020 at 12:45 PM**

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 1
Chronic Care

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ▆▆▆1978  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

**02/05/2020 - Chronic Care: HTN**
**Provider: Colette Scott MD**
**Location of Care: Mississippi State Penitentiary**

**Current Problems (prior to this update):**
NICOTINE DEPENDENCE (AXIS III) (ICD-305.1) (ICD10-F17.200)
HYPERTENSION (ICD-401.1) (ICD10-I10)

**Current Medications (prior to this update):**
HYDROCHLOROTHIAZIDE 12.5 MG ORAL CAPSULE (HYDROCHLOROTHIAZIDE) once daily

**Chronic Care Follow Up**
**Date of Today's Clinic:** February  5, 2020

**Nursing Assessment**
**Vital Signs**
**Height:** 71
**Weight:** 162
**Temperature:** 98.0
**Temperature site:** tympanic
**Pulse rate:** 83
**Pulse rhythm:** regular
**Respirations:** 20
**Blood Pressure:** 137 / 86 mm Hg
**O2 Sat:** 99

**Nurse Signature:** Poneise Blocker, Med Rec, February  5, 2020 11:44 AM

**General**
 NAD
**Skin** Clear

**HEENT**
**Head** NC/AT
**Eyes** Sclera white

**Lung Exam**
**Rt.** CTA
**Lt.** CTA

**Cardiovascular**
**PMI** Normal
**Ausculatation** Normal
Pulses (0 - 4+ B=Bruit)
Carotid

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 2
Chronic Care

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ▉▉/1978   **RACE:** Black or African American   **SEC LEV:** MEDIUM   **LOC:** A   **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

**Neurological**
**Reflexes:** 2+Equal
Motor Strength
**Upper Extremities:** Normal
**Lower Extremities:** Normal
**Sensory:** Normal
**Extremeties** Normal
**Joints** Normal

**Abdominal**
**Bowel Sounds** Normal
**Ascites** No
Palpation:
 Normal
**Physical Exam Completed?** Yes
 I have reviewed the appropriate labs with the patient.

**Signed by:** Colette Scott MD, February  5, 2020 11:52 AM

**Assessment**
**1.** 137/86
 **Clinical Status: Same**
**Degree of Control:**
GOOD: < 140 /< 90 Diabetics <130 / < 80 continue current pharmacological therapy, reinforce life style modification and weight loss.  Monthly BP monitoring and Chronic Care Visit every three months times two then every four months.

**Compliance:**
**Diet:** Yes
**Medications:** Yes
**Disease Self Management:** Yes
**Overall Assessment** 41 y/o male with controlled HTN
**Overall Plan** Continue current care
**Updated Medications:**
HYDROCHLOROTHIAZIDE 12.5 MG ORAL CAPSULE (HYDROCHLOROTHIAZIDE) Take by mouth once daily

**Education Reviewed with Inmate:** Nutrition, Exercise, Smoking, Test Results, Medication, Sodium Intake

**Chronic Care Scheduling Request**
**Requested By:** Provider

**Schedule with:   Chronic Care - Cardiovascular**
**Appointment Requested In:** 3 months
**Reason:** cc htn

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 3
Chronic Care

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ▉1978  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

**Electronically Signed by Colette Scott MD on 02/05/2020 at 11:55 AM**

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 1
Chronic Care

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ▇1978  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

**03/10/2020 - Chronic Care: FOLLOW UP**
**Provider: Colette Scott MD**
**Location of Care: Mississippi State Penitentiary**

**Current Problems (prior to this update):**
NICOTINE DEPENDENCE (AXIS III) (ICD-305.1) (ICD10-F17.200)
HYPERTENSION (ICD-401.1) (ICD10-I10)

**Current Medications (prior to this update):**
HYDROCHLOROTHIAZIDE 12.5 MG ORAL CAPSULE (HYDROCHLOROTHIAZIDE) Take by mouth once daily

**Chronic Care Follow Up**
**Date of Today's Clinic:** March 10, 2020

**Nursing Assessment**
**Vital Signs**
**Height:** 71
**Weight:** 181
**Temperature:** 98.8
**Temperature site:** oral
**Pulse rate:** 62
**Pulse rhythm:** regular
**Respirations:** 18
**Blood Pressure:** 123 / 79 mm Hg
**O2 Sat:** 99

**Nurse Signature:** Poneise Blocker, Med Rec, March 10, 2020 8:49 AM

**Provider Assessment**
Cardiovascular CC Follow-Up
**Reason for Follow-Up:** Disease Control

**General**
 NAD

**Lung Exam**
**Rt.** CTA
**Lt.** CTA

**Cardiovascular**
**PMI** Normal
**Ausculatation** Normal
Pulses (0 - 4+ B=Bruit)
Carotid

**Neurological**

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 2
Chronic Care

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ▮1978  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

**Extremeties** Normal
**Physical Exam Completed?** Yes
I have reviewed the appropriate labs with the patient.

**Signed by:** Colette Scott MD, March 10, 2020 11:24 AM

**Assessment**
**1.** HTN controlled
**Clinical Status:** Same
**Degree of Control:**
GOOD: < 140 /< 90 Diabetics <130 / < 80 continue current pharmacological therapy, reinforce life style modification and weight loss.  Monthly BP monitoring and Chronic Care Visit every three months times two then every four months.

**Compliance:**
**Diet:** Yes
**Medications:** Yes
**Disease Self Management:** Yes
**Overall Assessment** 41 y/o male with good control of HTN
**Overall Plan** Continue HCTZ 12.5 mg daily

**Chronic Care Scheduling Request**
**Requested By:** Provider

**Schedule with:  Chronic Care - Cardiovascular**
**Appointment Requested In:** 3 months
**Reason:** cc  htn

**Electronically Signed by Colette Scott MD on 03/10/2020 at 4:34 PM**

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July  6, 2020*
Page 1
Chronic Care

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ▆▆▆1978  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

<mark>**06/03/2020 - Chronic Care: HTN**</mark>
**Provider:** Miranda Shegog FNP-BC
**Location of Care:** Mississippi State Penitentiary

**Current Problems (prior to this update):**
NICOTINE DEPENDENCE (AXIS III) (ICD-305.1) (ICD10-F17.200)
HYPERTENSION (ICD-401.1) (ICD10-I10)

**Current Medications (prior to this update):**
HYDROCHLOROTHIAZIDE 12.5 MG ORAL CAPSULE (HYDROCHLOROTHIAZIDE) Take by mouth once daily

## SUBJECTIVE

**Nursing Assessment for Chronic Care Clinics**
**Vital Signs**
**Height:** 71
**Weight:** 180
**Temperature:** 98.4
**Pulse rate:** 59
**Pulse rhythm:** regular
**Respirations:** 19
**Blood Pressure:** 132 / 74 mm Hg
**O2 Sat:** 98

**Risk Factors**
**Tobacco use:** current
  **Year started:** 14 y/o
**Cigarettes:** 1/2
**Cigars:** 20
**Alcohol Consumption:** No

**Signed by:** Miranda Shegog FNP-BC, June  3, 2020 12:40 PM
**Past Medical History:** Hypertension, Surgeries
 No past medical history
**Comments:** Appendix removed at 10 y/o
**Past Family History:** Diabetes, Hypertension, Surgeries
**Comments:** mother asthma, cancer. mother and father diabetes, HTN. Brother with HTN, diabetes.
*Cardiovascular Chronic Care*
**Date of Today's Clinic:** June  3, 2020

**Cardiovascular CC Nursing Assessment**
**Age at onset:** 35
 HTN
 Family History

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July  6, 2020*
Page 2
Chronic Care

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ▮1978  **RACE:** Black or African American   **SEC LEV:** MEDIUM   **LOC:** A   **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

## *REVIEW OF SYSTEMS*
### *Cardiovascular Chronic Care*

**Cardiovascular Provider ROS**
 HTN
 Hyperlipidemia

**Complaints:**
 I have reviewed the appropriate labs with the patient.

**Signed by:** Miranda Shegog FNP-BC, June  3, 2020 4:00 PM

## *HISTORY*

**General**
 NAD
**Skin** Clear

**HEENT**
**Head** NC/AT
**Eyes** Sclera white
**Ears** TM's clear
**Nares** Clear
**Throat** Normal
**Stridor** No

**Lung Exam**
**Rt.** CTA
**Lt.** CTA

**Cardiovascular**
**Auscultation** Normal
Pulses (0 - 4+ B=Bruit)
Carotid
**DP** 2+
*I* 2+

**Neurological**
Motor Strength
**Upper Extremities:** Normal
**Lower Extremities:** Normal
**Extremeties** Normal
**Joints** Normal

**Abdominal**
**Bowel Sounds** Normal

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 3
Chronic Care

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ▓▓/1978  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

**Lymphatic**
**Lymphatic** Normal
**Physical Exam Completed?** Yes

## *ASSESSMENT*
### *Cardiovascular Chronic Clinic Assessment*

**Plan**
Educate disease process and other self-management education.
Life style modification.
Chronic Care Visit Schedule:  Initial then by disease response classification.
Cardiovascular Assessment at each visit.
Weight, BMI, and multiple Blood Pressure assessments on each visit.
Pharmacological management as indicated by patient response on each visit.
CBC, Complete Metabolic Panel, Fasting Lipids, Urinalysis, TSH, ECG and Chest X-ray initially.
CBC, BMP, Fasting Lipids, Urinalysis, and other labs as indicated by response category and guidelines.
Hyperlipidemia assessment initially and treat to target LDL levels by guidelines.
Fundoscopic eye exam on each visit.
Manage congestive heart failure to achieve NYHA functional Class I or II.
Annual Flu Vaccine.  Pneumonia Vaccine as indicated by guidelines.

**Hypertension**

**Assessment:**
**Clinical Status:** Same
**Degree of Control:**
GOOD: < 140 /< 90 Diabetics <130 / < 80 continue current pharmacological therapy, reinforce life style modification and weight loss.  Monthly BP monitoring and Chronic Care Visit every three months times two then every four months.

**Hypertension Treatment Compliance:**
**Diet:** Yes
**Medications:** Yes
**Disease Self Management:** Yes

## PLAN
**Education Reviewed with Inmate:** Nutrition, Exercise, Smoking, Test Results, Medication, Sodium Intake

## Chronic Care Scheduling Request

**Schedule with:   Chronic Care - Cardiovascular**

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July  6, 2020*
Page 4
Chronic Care

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ▮▮▮▮1978  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL**: 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

**Appointment Requested In:** 6 months
**Reason:** HTN

**Electronically Signed by Miranda Shegog FNP-BC on 06/03/2020 at 4:03 PM**
**Electronically Signed by Lucretia Turner CMA on 06/04/2020 at 8:33 AM**

# BLOOD PRESSURE CHECKS

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 1
Nurse Note

## ARIC L JOHNSON
**41 Years Old  Male  DOB:** ▮▮▮▮1978  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

**02/05/2020 - Nurse Note: BP Check - F/U**
**Provider: Poneise Blocker, Med Rec**
**Location of Care: Mississippi State Penitentiary**

**Blood Pressure:** 137/86 mm Hg

## Pulse Rate
Pulse Rate #1: 78 Pulse Rhythm #1: regular

**Nurse's Notes**
Nurse Signature, Date and Time: Poneise Blocker, Med Rec, February  5, 2020 12:10 PM

**Electronically Signed by Poneise Blocker, Med Rec on 02/05/2020 at 12:10 PM**

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 1
Nurse Note

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ▮▮▮1978  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

**02/10/2020 - Nurse Note: BP Check - F/U**
**Provider: Ashly Alford LPN**
**Location of Care: Mississippi State Penitentiary**

**Blood Pressure:** 132/84 mm Hg

**Pulse Rate**
Pulse Rate #1: 78 Pulse Rhythm #1: regular

**Nurse's Notes**
Nurse Signature, Date and Time: Ashly Alford LPN, February 10, 2020 7:41 AM

**Electronically Signed by Ashly Alford LPN on 02/10/2020 at 7:41 AM**

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July  6, 2020*
Page 1
Nurse Note

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ▇▇▇1978   **RACE:** Black or African American   **SEC LEV:** MEDIUM   **LOC:** A   **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

**02/27/2020 - Nurse Note: BP Check - F/U**
**Provider: Calvin Stewart RN**
**Location of Care: Mississippi State Penitentiary**

**Blood Pressure:** 135/83 mm Hg

## Pulse Rate
Pulse Rate #1: 56 Pulse Rhythm #1: regular

**Nurse's Notes**
Nurse Signature, Date and Time: Calvin Stewart RN, February 27, 2020 1:11 PM

**Electronically Signed by Calvin Stewart RN on 02/27/2020 at 1:12 PM**

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July  6, 2020*
Page 1
Nurse Note

**ARIC L JOHNSON**
**41 Years Old  Male  DOB:** ▉1978  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED**
**CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

**03/02/2020 - Nurse Note: BP Check - F/U**
**Provider: Calvin Stewart RN**
**Location of Care: Mississippi State Penitentiary**

**Blood Pressure:** 120/80 mm Hg

**Pulse Rate**
Pulse Rate #1: 64 Pulse Rhythm #1: regular

**Nurse's Notes**
Nurse Signature, Date and Time: Calvin Stewart RN, March  2, 2020 6:32 PM

**Electronically Signed by Calvin Stewart RN on 03/02/2020 at 6:32 PM**

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July  6, 2020*
Page 1
Nurse Note

## ARIC L JOHNSON
**41 Years Old  Male  DOB:** ▉1978  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

**MDOC #:** 101119

**03/09/2020 - Nurse Note: BP Check - F/U**
**Provider: Calvin Stewart RN**
**Location of Care: Mississippi State Penitentiary**

**Blood Pressure:** 126/88 mm Hg

## Pulse Rate
Pulse Rate #1: 76 Pulse Rhythm #1: regular

**Nurse's Notes**
Nurse Signature, Date and Time: Calvin Stewart RN, March  9, 2020 2:07 PM

**Electronically Signed by Calvin Stewart RN on 03/09/2020 at 2:07 PM**

# MEDICATION REFILLS

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E Parchman, MS 38738
Phone: 662-745-6611x-4104   Fax: 662-745-4574

*January 14, 2020*
*Page 1*

**Patient Information For:** ARIC L JOHNSON       **MDOC#:** 101119
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

# Receipt of KOP Medications

01/14/2020

**Inmate Name:** ARIC L JOHNSON

**MDOC #:** 101119

**KOP Medications Received:** _Hctz 125mg. #30_

**Date Received:** _____

I verify that I have received the KOP medications named above.


_____        1-16-20
Inmate Signature               Date

_____        1-16-20
Signature of Health Care Staff Dispensing Medicaton(s)     Date

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E Parchman, MS 38738
Phone: 662-745-6611x-4104   Fax: 662-745-4574

February 7, 2020
Page 1

**Patient Information For:** ARIC L JOHNSON        **MDOC#:** 101119
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

# Receipt of KOP Medications

02/07/2020

**Inmate Name:** ARIC L JOHNSON

**MDOC #:** 101119

**KOP Medications Received:** _Hctz 12.5mg #30_

_____

_____

_____

_____

_____

**Date Received:** _____

I verify that I have received the KOP medications named above.

_Aric J_____          _2-8-2020_____
Inmate Signature                              Date

_L. Stone_____          _2-8-20_____
Signature of Health Care Staff Dispensing Medicaton(s)      Date

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E Parchman, MS 38738
Phone: 662-745-6611x-4104   Fax: 662-745-4574

*March 23, 2020*
Page 1

**Patient Information For:** ARIC L JOHNSON          **MDOC#:** 101119
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

# Receipt of KOP Medications

03/23/2020

**Inmate Name:** ARIC L JOHNSON

**MDOC #:** 101119

**KOP Medications Received:** HCTZ 12.5 mg. #30

_____

_____

_____

_____

_____

**Date Received:** 3/23/20

I verify that I have received the KOP medications named above.

_____          3-23-2020
Inmate Signature                          Date

_____          3/23/20
Signature of Health Care Staff Dispensing Medication(s)          Date

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E Parchman, MS 38738
Phone: 662-745-6611x-4104   Fax: 662-745-4574

*April 27, 2020*
Page 1

**Patient Information For:** ARIC L JOHNSON          **MDOC#:**  101119
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

# Receipt of KOP Medications

04/27/2020

**Inmate Name:** ARIC L JOHNSON

**MDOC #:** 101119

**KOP Medications Received:** _HCTZ 12.5 mg. #30_

_____

_____

_____

_____

_____

**Date Received:** _____

I verify that I have received the KOP medications named above.

_____          4/28/20
Inmate Signature                                                Date

_____          4/28/20
Signature of Health Care Staff Dispensing Medicaton(s)          Date

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E Parchman, MS 38738
Phone: 662-745-6611x-4104   Fax: 662-745-4574

**Patient Information For:** ARIC L JOHNSON       **MDOC#:** 101119
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0047

# Receipt of KOP Medications

06/03/2020

**Inmate Name:** ARIC L JOHNSON

**MDOC #:** 101119

**KOP Medications Received:** HCTz 12.5 mg. # 30

**Date Received:** 6 | 3 | 20

I verify that I have received the KOP medications named above.

_Inmate Signature_

Inmate Signature                                   Date    6-3-20

Signature of Health Care Staff Dispensing Medicaton(s)    Date   6/3/20

KURIAKI RILEY #110851

# MENTAL HEALTH DOCUMENTATION

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 1
Infirmary

**KURIAKI DEMETRIUS RILEY**
**42 Years Old  Male  DOB:** ▉▉▉1977   **RACE:** Black or African American   **SEC LEV:** MEDIUM   **LOC:** A   **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

**05/11/2020 - Infirmary: Short Stay Adm**
**Provider:** Shauna Nguyen PA
**Location of Care:** Mississippi State Penitentiary

## Short Stay Admission
**Admission Date:** 05/11/2020
**Admission Time:** 1900
**Admitting Provider:** Glissen
**Comments regarding family history:** Mother had a heart transplant, father committed suicide while he was incarcerated
**Past Medical History:** Hypertension
**Comments regarding past medical history:** Hypertension and tobacco use, substance use of ICE
**Surgeries** Yes
    **Type:** left sided chest tube for empyema
**Chief Complaint:** suicidal ideastions
## Physical Exam
**General appearance:** WDWN African american male in NAD

### Eyes
**External:** nonicteric sclera, pupils were round and reactive

### Ears, Nose and Throat
**Hearing:** within normal range

### Musculoskeletal
**Gait and station:** normal gait
**RUE:** full ROM
**LUE:** Full ROM
**RLE:** Full ROM
**LLE:** full ROM

### Respiratory
**Auscultation:** Clear, able to speak in full sentences without any SOB

### Cardiovascular
**Carotid arteries:** No JVD appreiciated

### Skin
**Inspection:** normal without any lacerations or obvious bruising

### Neurologic
**Cranial nerves:** CN 2-12 intact
**Overall Assessment** Mr. Riley is a 42 y/o male with PMHx of HTN and osteoarthritis who presents to infirmary for complaints of suicidal ideation. He states he has been having these thoughts for over a week. He states he was planning on using a sheet to hang himself. He denies any family stressors but states that his relationships with others in the zone is poor. He states he had a period in the past in which he was on medications for depression

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
*Page 2*
*Infirmary*

**KURIAKI DEMETRIUS RILEY**
**42 Years Old  Male  DOB:** ████1977  **RACE:** Black or African American   **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

but does not recall what medication or whe.

Past social: single, has a 24 year old daughter, working in logging for >15 years, long term smoker 30ppy, admits to using ICE about two weeks ago

-Suicidal ideations (denies auditory or visual hallucinations)
-Hypertension
-Prediabetes with (HgA1c of 5.8 in 1/2020)
-Long term smoker
**Overall Plan** -admit for short stay for suicidial ideations
-he is on suicide precautions although his complaints sound more like security issues however he is not discussing particular matters
-Draw labs, he has a history of anemia from unknown source and is prediabetic.

## Orders
**Updated Orders:**
Added new Test order of CBC with Diff (0053-9) - Signed
Added new Test order of INR/PT (0137-0) - Signed
Added new Test order of Reticulocyte Count (0141-2) - Signed
Added new Test order of PSA Free + Total (2088-3) - Signed
Added new Test order of Vitamin B12 (0160-2) - Signed
Added new Test order of TSH W/ Reflex To Free T4 (A518-3) - Signed
Added new Service order of Suicide Precautions - Admission (SUICPREADMIT) - Signed
Added new Service order of MSP 24H Observation Admit to Hospital (MSP24HOBS) - Signed
Added new Service order of Regular Diet (RegularDiet) - Signed
Added new Service order of Suicide Precautions - Admission (SUICPREADM) - Signed

**Process Orders**
Check Orders Results:
    BioReference: ABN not required for this insurance.
Tests Sent for requisitioning (May 12, 2020 12:34 PM):
    05/11/2020: BioReference -- CBC with Diff [0053-9] (signed)
    05/11/2020: BioReference -- INR/PT [0137-0] (signed)
    05/11/2020: BioReference -- Reticulocyte Count [0141-2] (signed)
    05/11/2020: BioReference -- PSA Free + Total [2088-3] (signed)
    05/11/2020: BioReference -- Vitamin B12 [0160-2] (signed)
    05/11/2020: BioReference -- TSH W/ Reflex To Free T4 [A518-3] (signed)

**Electronically Signed by Shauna Nguyen PA on 05/12/2020 at 12:40 PM**
**Electronically Signed by James Glisson Site Med. Dir. on 05/12/2020 at 12:50 PM**

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 1
Mental Health

**KURIAKI DEMETRIUS RILEY**
**42 Years Old  Male  DOB:** ▓▓▓1977  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851


**05/12/2020 - Mental Health: Crisis Treatment Plan**
**Provider: May J Leflore PhD LPC NCC**
**Location of Care: Mississippi State Penitentiary**

## Mental Health Crisis Treatment Plan - Suicide Watch

**Today's date:** 05/12/2020

**Primary MH Psych MD or NP:** Evelyn Dunn, PMHNP-BC
**Primary MHP:** May Leflore, Ph.D., LPC, NCC

**Problem List:**
DJD, SPINE (ICD-721.90) (ICD10-M47.9)
Hx of ANTISOCIAL PERSONALITY DISORDER (AXIS II)
HYPERTENSION (ICD-401.1) (ICD10-I10)

**Current Meds:**
LISINOPRIL-HYDROCHLOROTHIAZIDE 20-25 MG ORAL TABLET (LISINOPRIL-HYDROCHLOROTHIAZIDE) one tab by mouth qday
AMLODIPINE BESYLATE 10 MG ORAL TABLET (AMLODIPINE BESYLATE) one tab by mouth qday
NORTRIPTYLINE HCL 25 MG CAPS (NORTRIPTYLINE HCL) take 1 tab  by mouth at bedtime DOT; Route: ORAL
VITAMINS A & D  OINT (VITAMINS A & D) apply to the affected area once  a day 5 packs month; Route: EXTERNAL
COLACE 100 MG ORAL CAPSULE (DOCUSATE SODIUM) take one cap by mouth daily; Route: ORAL
IBUPROFEN 400 MG ORAL TABLET (IBUPROFEN) take one tab by mouth tid with food; Route: ORAL
THERAPEUTIC 0.5 % EXTERNAL SHAMPOO (COAL TAR EXTRACT) Wash hair 3 times per week; may refill 1; Route: EXTERNAL


**Precipitating Events:** During interview with patient, patient stated, "My life is in danger. They are going to kill me. I'm going to hang myself. I told my lawyer that I was going to kill myself. They moved all the old guys to D Building". Patient did not respond to why they wanted to kill him.

**Signs of Risk:** Verbal threaten of suicide, and had a plan. Security Issues in the housing unit

**Patient Strategies to Reduce Risks:** Alleviate the suicidal impulses and ideations and return to highest level of previous daily functioning.
Identify and express feelings and thoughts that trigger suicidal thoughts during each session
Identify and express strengths that will help maintain positive outlook while incarcerated over the next 30 days


**Staff Interventions:** Evaluate inmate for the need for medication and prescribe medication as appropriate will risks and benefits fully explained.
Assist in identification of reasons for continuing to choose to live or reasons to choose not to kill self.

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July  6, 2020*
Page 2
Mental Health

**KURIAKI DEMETRIUS RILEY**
**42 Years Old  Male  DOB:** ████1977  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

Signature: _____

**Electronically Signed by May J Leflore PhD LPC NCC on 05/12/2020 at 12:45 PM**

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 1
Infirmary

**KURIAKI DEMETRIUS RILEY**
**42 Years Old  Male  DOB:** ████1977  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

**05/14/2020 - Infirmary: Discharge - Provider**
**Provider: Shauna Nguyen PA**
**Location of Care: Mississippi State Penitentiary**

## Provider - Hospital and Infirmary Discharge Summary
**Date of Admission:**
September 26, 2019 3:35 PM (09/26/2019 4:38:50 PM)
**Estimated Date of Discharge:** 05/14/2020
**Hospital/Infirmary:** MSP
**Medical Provider:** Shauna Nguyen PA-C
**Admission Diagnosis**
DJD, SPINE (ICD-721.90) (ICD10-M47.9)
Hx of ANTISOCIAL PERSONALITY DISORDER (AXIS II)
HYPERTENSION (ICD-401.1) (ICD10-I10)

**Discharge Diagnosis**
DJD, SPINE (ICD-721.90) (ICD10-M47.9)
Hx of ANTISOCIAL PERSONALITY DISORDER (AXIS II)
HYPERTENSION (ICD-401.1) (ICD10-I10)

**Current Medications**
LISINOPRIL-HYDROCHLOROTHIAZIDE 20-25 MG ORAL TABLET (LISINOPRIL-HYDROCHLOROTHIAZIDE) one tab by mouth qday
AMLODIPINE BESYLATE 10 MG ORAL TABLET (AMLODIPINE BESYLATE) one tab by mouth qday
NORTRIPTYLINE HCL 25 MG CAPS (NORTRIPTYLINE HCL) take 1 tab  by mouth at bedtime DOT; Route: ORAL
VITAMINS A & D  OINT (VITAMINS A & D) apply to the affected area once  a day 5 packs month; Route: EXTERNAL
COLACE 100 MG ORAL CAPSULE (DOCUSATE SODIUM) take one cap by mouth daily; Route: ORAL
IBUPROFEN 400 MG ORAL TABLET (IBUPROFEN) take one tab by mouth tid with food; Route: ORAL
THERAPEUTIC 0.5 % EXTERNAL SHAMPOO (COAL TAR EXTRACT) Wash hair 3 times per week; may refill 1; Route: EXTERNAL

**Operations/Procedures/Consultations:** Mental health
**Medical Classification (Medical) on Discharge:** 1
**LOC (Psychiatry) on Discharge:** A

## Follow-Up
**Condition on Discharge:** Improved
**Brief HPI:** Mr. Riley is a 42 y/o male with PMHx of HTN and osteoarthritis who presents to infirmary for complaints of suicidal ideation. He states he has been having these thoughts for over a week. He states he was planning on using a sheet to hang himself. He denies any family stressors but states that his relationships with others in the zone is poor. He states he had a period in the past in which he was on medications for depression but does not recall what medication or whe.
 He was admitted to infirmary and placed on suicide precautions. He was seen by mental health. Mr. Riley continued to make statements about wanting to kill himself because people were going to hurt him in his zone. He neglected to tell behavoiral health or medical staff exactly what the issue was on the zone and why he was fearful for his safety. He denied other symptoms of depression including sleep disturbances or appetite changes. He was

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 2
Infirmary

**KURIAKI DEMETRIUS RILEY**
**42 Years Old  Male  DOB:** ▮▮▮1977  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

given an RVR for putting his penis out of cell opening and attempting to masterbate infront of one of the guards.

General: tall thin AA male in NAD
CV: RRR
Respiratory: Clear, breathing comfortably
Psych: AOx4
Ext: moves all extremities

At this time he is safe and stable for discharge. He is not a threat to himself and has not made any suicidal gestures.

He does have labs currently pending including a TSH and PSA. Discussed if these were abnormal he will be called back to discuss with him

**Mass**
Height: 74 inches  pounds

**Vital Signs**
 mm Hg

**Electronically Signed by Shauna Nguyen PA on 05/14/2020 at 8:27 AM**

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 1
Mental Health

**KURIAKI DEMETRIUS RILEY**
**42 Years Old  Male  DOB:** ▮▮▮▮1977  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

**05/16/2020 - Mental Health: Psychiatric Visit**
**Provider: Evelyn Dunn PMHNP-BC**
**Location of Care: Mississippi State Penitentiary**

**Psych visit type** Other
**Subjective:**
**SUBJECTIVE / Chief Complaint:** Mr. Riley, a 42 y/o AAM, is seen for f/u to discharge of suicide observation. He was on suicide observation May 11, 2020 and discharged May 12, 2020. Review of records, he reported suicidal thoughts with plans to hang self. There are vague reports that he has problems with peers on the zone, peers trying to kill him. Records also indicate he reported recently used drugs, to include ICE a few weeks prior. He is mildly elevated at interview; however, pleasant/cooperative. He describes recent admission to suicide observation as, "was at 42, was going to kill myself" - this comment with a smile/playful. He shifts to he is tryin to leave MSP and transfer closer to home. Reports he is trying to get back to Meridian. Reports he has been in x18 years and has x30 years left. He is a LOC A - no indications for a mental health transfer. He is now medium custody. Longstanding hx on long-term - his upgrade to medium custody is a milestone. He is offered positive feedback to this progress. He is encouraged to continue to work to improve behaviors. Primary hx consistent with ASPD issues. If he exhibited mood/thought disturbances recently that contributed to his reported sxs that resulted in admission to suicide observation - highly likely related to his substance use. No mood/thought disturbances presented at interview. No reported issues with peers. Discussed daily activities, reports he is trying to get moved to Unit 28 to allow for a job.

**Objective:**
**Current medications**
LISINOPRIL-HYDROCHLOROTHIAZIDE 20-25 MG ORAL TABLET (LISINOPRIL-HYDROCHLOROTHIAZIDE) one tab by mouth qday
AMLODIPINE BESYLATE 10 MG ORAL TABLET (AMLODIPINE BESYLATE) one tab by mouth qday
NORTRIPTYLINE HCL 25 MG CAPS (NORTRIPTYLINE HCL) take 1 tab  by mouth at bedtime DOT; Route: ORAL
VITAMINS A & D   OINT (VITAMINS A & D) apply to the affected area once  a day 5 packs month; Route: EXTERNAL
COLACE 100 MG ORAL CAPSULE (DOCUSATE SODIUM) take one cap by mouth daily; Route: ORAL
IBUPROFEN 400 MG ORAL TABLET (IBUPROFEN) take one tab by mouth tid with food; Route: ORAL
THERAPEUTIC 0.5 % EXTERNAL SHAMPOO (COAL TAR EXTRACT) Wash hair 3 times per week; may refill 1; Route: EXTERNAL

**Current Problem List**
DJD, SPINE (ICD-721.90) (ICD10-M47.9)
Hx of ANTISOCIAL PERSONALITY DISORDER (AXIS II)
HYPERTENSION (ICD-401.1) (ICD10-I10)

**Attention:** Alert
**Attitude:** Appropriate
**Appearance:** Clean
**Behavior:** Calm
**Speech:** Normal
**Mood:** Euthymic
**Affect:** Appropriate
**Thought:** Coherent
**Hallucinations:** Denied

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 2
Mental Health

**KURIAKI DEMETRIUS RILEY**
**42 Years Old  Male  DOB:** ▮▮▮▮1977   **RACE:** Black or African American   **SEC LEV:** MEDIUM   **LOC:** A   **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

**Delusions:** Denied
**Ideation:** Denied
**Insight:** Fair
**Judgment:** Fair
**Orientation:** Person, Place, Time

**Assessment**

**Plan**
1. RTC as needed.

**Total AIMS Score**

**Electronically Signed by Evelyn Dunn PMHNP-BC on 05/18/2020 at 10:47 PM**
**Electronically Signed by Emma Brownlow MHP on 05/19/2020 at 8:34 AM**
**Electronically Signed by May J Leflore PhD LPC NCC on 05/20/2020 at 8:00 AM**

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 1
Mental Health

**KURIAKI DEMETRIUS RILEY**
**42 Years Old  Male  DOB:** ████1977  **RACE:** Black or African American   **SEC LEV:** MEDIUM   **LOC:** A   **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

**05/18/2020 - Mental Health: Suicide Precautions Follow Up:/Face to Face**
**Provider: Emma Brownlow MHP**
**Location of Care: Mississippi State Penitentiary**

**Current Problems (prior to this update):**
DJD, SPINE (ICD-721.90) (ICD10-M47.9)
Hx of ANTISOCIAL PERSONALITY DISORDER (AXIS II)
HYPERTENSION (ICD-401.1) (ICD10-I10)

**Current Medications (prior to this update):**
LISINOPRIL-HYDROCHLOROTHIAZIDE 20-25 MG ORAL TABLET (LISINOPRIL-HYDROCHLOROTHIAZIDE) one tab by mouth qday
AMLODIPINE BESYLATE 10 MG ORAL TABLET (AMLODIPINE BESYLATE) one tab by mouth qday
NORTRIPTYLINE HCL 25 MG CAPS (NORTRIPTYLINE HCL) take 1 tab  by mouth at bedtime DOT; Route: ORAL
VITAMINS A & D  OINT (VITAMINS A & D) apply to the affected area once  a day 5 packs month; Route: EXTERNAL
COLACE 100 MG ORAL CAPSULE (DOCUSATE SODIUM) take one cap by mouth daily; Route: ORAL
IBUPROFEN 400 MG ORAL TABLET (IBUPROFEN) take one tab by mouth tid with food; Route: ORAL
THERAPEUTIC 0.5 % EXTERNAL SHAMPOO (COAL TAR EXTRACT) Wash hair 3 times per week; may refill 1; Route: EXTERNAL

**Mental Health Note**
**Reason for Visit:** Office Visit
**Subjective:** I'm doing alright, but I am still having suicidal thoughts. These people and the area where I am, I just want to be at peace. I am trying to go back to Meridian, MS, Wilkison Co.."
Objective:
**Attention:** Alert
**Attitude:** Appropriate
**Appearance:** Clean
**Behavior:** Calm
**Speech:** Soft
**Mood:** Depressed
**Affect:** Appropriate
**Thought:** Coherent
**Hallucinations:** Denied
**Delusions:** Denied
**Ideation:** Suicidal
**Insight:** Fair
**Judgment:** Good
**Sleep:** Normal
**Appetite:** Normal
**Orientation:** Person, Place, Time
**Vital Signs**

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July  6, 2020*
Page 2
Mental Health

**KURIAKI DEMETRIUS RILEY**
**42 Years Old  Male  DOB:** ▮▮▮▮1977  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

**Prior Problems:** DJD, SPINE (ICD-721.90) (ICD10-M47.9) --
Hx of ANTISOCIAL PERSONALITY DISORDER (AXIS II) --
HYPERTENSION (ICD-401.1) (ICD10-I10) --

**Recommendations:** No psychiatric intervention needed at this time. Patient was seen by the NP on 5/16/2020. Patient reported that he is still exhibiting suicidal ideations. Patient denied delusions/hallucinations, when asked, this date. The patient exhibited no signs distress. Patient is exhibiting security issues. Patient was referred to security/Captain Townsend. Patient was educated on access to medical care and patient was advised to complete a sick call when need arrives.

**Mental Health Tracking**
**Psychiatrist:** Evelyn Dunn, PMHNP-BC

**Electronically Signed by Emma Brownlow MHP on 05/18/2020 at 4:15 PM**

**05/19/2020 - Append: Suicide Precautions Follow Up:/Face to Face**
**Provider: Emma Brownlow MHP**
**Location of Care: Mississippi State Penitentiary**

05/18/2020 continued

MHP consulted with watch Commander to speak with patient concerning said security issues.

**Electronically Signed by Emma Brownlow MHP on 05/19/2020 at 10:55 AM**

# CHRONIC CARE VISITS

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 1
Chronic Care

**KURIAKI DEMETRIUS RILEY**
**42 Years Old** **Male** **DOB:** ████1977  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

**10/21/2019 - Chronic Care: cchtn**
**Provider:** Antonio Del Castillo MD
**Location of Care:** Mississippi State Penitentiary

**Current Problems (prior to this update):**
Hx of ANTISOCIAL PERSONALITY DISORDER (AXIS II) (DS4-301.7)
HYPERTENSION (ICD-401.1)

**Current Medications (prior to this update):**
LISINOPRIL-HYDROCHLOROTHIAZIDE 20-25 MG TABS (LISINOPRIL-HYDROCHLOROTHIAZIDE) one tab by mouth qday
AMLODIPINE BESYLATE 10 MG TABS (AMLODIPINE BESYLATE) one tab by mouth qday
IBUPROFEN 800 MG TABS (IBUPROFEN) take 1 tab  by mouth TID with Food as needed for pain
CALCIUM ANTACID 500 MG CHEW (CALCIUM CARBONATE ANTACID) take 2 tabs by mouth TID as needed
* SPIROMETRY--MAY KEEP AT BEDSIDE Spirometry q hr while a wake; instruct pt to breath in 10 x per hr; discard in 30 days

## SUBJECTIVE

**Nursing Assessment for Chronic Care Clinics**
**Vital Signs**
**Height:** 74
**Weight:** 185
**Temperature:** 96.9
**Temperature site:** tympanic
**Pulse rate:** 68
**Pulse rhythm:** regular
**Respirations:** 20
**Blood Pressure:** 141 / 81 mm Hg
**O2 Sat:** 99

**Risk Factors**
 Non-Smoker
**Cigarettes:** 5 rolls per day
**Alcohol Consumption:** No

**Past Medical History:** Hypertension
***Cardiovascular Chronic Care***
**Date of Today's Clinic:** October 21, 2019

**Cardiovascular CC Nursing Assessment**
**Age at onset:** 24 y/o
**Previous Infirmary/Hospital Admission Date:**
September 26, 2019 3:35 PM (09/26/2019 4:38:50 PM)
 HTN

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 2
Chronic Care

**KURIAKI DEMETRIUS RILEY**
**42 Years Old  Male  DOB:** ▇▇▇1977  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

## REVIEW OF SYSTEMS
### Cardiovascular Chronic Care

**Cardiovascular Provider ROS**
 HTN

**Complaints:**
**Other:** compliant to his meds
 I have reviewed the appropriate labs with the patient.

**Signed by:** Antonio Del Castillo MD, October 21, 2019 1:48 PM

## HISTORY

**General**
 NAD
**Skin** Clear

**HEENT**
**Head** NC/AT
**Eyes** Sclera white
**Fundoscopic Exam - Left** Normal
**Ears** TM's clear
**Nares** Clear
**Throat** Normal
**Stridor** No

**Lung Exam**
**Rt.** CTA
**Lt.** CTA

**Cardiovascular**
**PMI** Normal
**Auscultation** Normal
Pulses (0 - 4+ B=Bruit)
Carotid
**R/L** 2
/ 4
**Radial** 2
/ 4
**Femoral** 2
/ 4
**DP** 2
/ 4

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

**KURIAKI DEMETRIUS RILEY**
**42 Years Old  Male  DOB:** ▊1977  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

**Neurological**
**Reflexes:** 2+Equal
**Plantar:** Normal
Motor Strength
**Upper Extremities:** Normal
**Lower Extremities:** Normal
**Sensory:** Normal
**Extremeties** Normal
**Joints** Normal

**Abdominal**
**Bowel Sounds** Normal
**Ascites** No
**Hernia** No
Palpation:
 Normal

**Lymphatic**
**Lymphatic** Normal
**Physical Exam Completed?** Yes

## *ASSESSMENT*
### *Cardiovascular Chronic Clinic Assessment*

<u>**Complications/End Organ Damage**</u>
 Left Ventricular Hypertrophy, Coronary Heart Disease, Cerebrovascular Disease, Peripheral Vascular Disease, Hyperlipidemia, Renal Insufficiency, Congestive Heart Failure

<u>**Plan**</u>
 Educate disease process and other self-management education.
 Life style modification.
 Chronic Care Visit Schedule:  Initial then by disease response classification.
 Cardiovascular Assessment at each visit.
 Weight, BMI, and multiple Blood Pressure assessments on each visit.
 Pharmacological management as indicated by patient response on each visit.
 CBC, BMP, Fasting Lipids, Urinalysis, and other labs as indicated by response category and guidelines.
 Hyperlipidemia assessment initially and treat to target LDL levels by guidelines.
 Fundoscopic eye exam on each visit.
 Manage congestive heart failure to achieve NYHA functional Class I or II.
 Annual Flu Vaccine.  Pneumonia Vaccine as indicated by guidelines.

**Hypertension**

<u>**Assessment:**</u>
**1.** HTN
**Degree of Control:**

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 4
Chronic Care

**KURIAKI DEMETRIUS RILEY**
**42 Years Old  Male  DOB:** ▮▮▮1977  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

FAIR: 140-160/90-100 Diabetics 130-160/86-105 modify current pharmacological therapy, reinforce life style modification and weight loss.  Weekly BP monitoring and Chronic Care Visit every 3 months.

**Hypertension Treatment Compliance:**
**Diet:** Yes
**Medications:** Yes
**Disease Self Management:** Yes

## *PLAN*
**Updated Orders:**
CBC with Differential/Platelet [CPT-85025]
Comprehensive Metabolic Panel (14) [CPT-80053]
Hemoglobin A1C [CPT-83036]
Lipid Panel with LDL:HDL Ratio [CPT-80061]
EKG [EKG]
**Education Reviewed with Inmate:** Nutrition, Exercise, Smoking, Test Results, Medication, Sodium Intake

### Chronic Care Scheduling Request
**Requested By:** Provider

**Schedule with:  Chronic Care - Cardiovascular**
**Appointment Requested In:** 3 months
**Reason:** HTN -  fair control

### Process Orders
Check Orders Results:
    BioReference: ABN not required for this insurance.
Tests Sent for requisitioning (October 21, 2019 1:54 PM):
    01/09/2020: BioReference -- CBC with Differential/Platelet [CPT-85025] (signed)
    01/09/2020: BioReference -- Comprehensive Metabolic Panel (14) [CPT-80053] (signed)
    01/09/2020: BioReference -- Hemoglobin A1C [CPT-83036] (signed)
    01/09/2020: BioReference -- Lipid Panel with LDL:HDL Ratio [CPT-80061] (signed)
    01/09/2020: BioReference -- EKG [EKG] (signed)

**Electronically Signed by Antonio Del Castillo MD on 10/21/2019 at 1:54 PM**

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 1
Chronic Care

**KURIAKI DEMETRIUS RILEY**
**42 Years Old  Male  DOB:** ███1977  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

**10/21/2019 - Chronic Care: cchtn**
**Provider:** Antonio Del Castillo MD
**Location of Care:** Mississippi State Penitentiary

**Current Problems (prior to this update):**
Hx of ANTISOCIAL PERSONALITY DISORDER (AXIS II) (DS4-301.7)
HYPERTENSION (ICD-401.1)

**Current Medications (prior to this update):**
LISINOPRIL-HYDROCHLOROTHIAZIDE 20-25 MG TABS (LISINOPRIL-HYDROCHLOROTHIAZIDE) one tab by mouth qday
AMLODIPINE BESYLATE 10 MG TABS (AMLODIPINE BESYLATE) one tab by mouth qday
IBUPROFEN 800 MG TABS (IBUPROFEN) take 1 tab  by mouth TID with Food as needed for pain
CALCIUM ANTACID 500 MG CHEW (CALCIUM CARBONATE ANTACID) take 2 tabs by mouth TID as needed
* SPIROMETRY--MAY KEEP AT BEDSIDE Spirometry q hr while a wake; instruct pt to breath in 10 x per hr; discard in 30 days

## *SUBJECTIVE*

**Nursing Assessment for Chronic Care Clinics**
**Vital Signs**
**Height:** 74
**Weight:** 185
**Temperature:** 96.9
**Temperature site:** tympanic
**Pulse rate:** 68
**Pulse rhythm:** regular
**Respirations:** 20
**Blood Pressure:** 141 / 81 mm Hg
**O2 Sat:** 99

**Risk Factors**
 Non-Smoker
**Cigarettes:** 5 rolls per day
**Alcohol Consumption:** No

**Past Medical History:** Hypertension
*Cardiovascular Chronic Care*
**Date of Today's Clinic:** October 21, 2019

**Cardiovascular CC Nursing Assessment**
**Age at onset:** 24 y/o
**Previous Infirmary/Hospital Admission Date:**
September 26, 2019 3:35 PM (09/26/2019 4:38:50 PM)
 HTN

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 2
Chronic Care

**KURIAKI DEMETRIUS RILEY**
**42 Years Old  Male  DOB:** ▇▇▇1977  **RACE:** Black or African American   **SEC LEV:** MEDIUM   **LOC:** A   **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

## *REVIEW OF SYSTEMS*
### *Cardiovascular Chronic Care*

**Cardiovascular Provider ROS**
 HTN

**Complaints:**
**Other:** compliant to his meds
 I have reviewed the appropriate labs with the patient.

**Signed by:** Antonio Del Castillo MD, October 21, 2019 1:48 PM

## *HISTORY*

**General**
 NAD
**Skin** Clear

**HEENT**
**Head** NC/AT
**Eyes** Sclera white
**Fundoscopic Exam - Left** Normal
**Ears** TM's clear
**Nares** Clear
**Throat** Normal
**Stridor** No

**Lung Exam**
**Rt.** CTA
**Lt.** CTA

**Cardiovascular**
**PMI** Normal
**Auscultation** Normal
Pulses (0 - 4+ B=Bruit)
Carotid
**R/L** 2
**/** 4
**Radial** 2
**/** 4
**Femoral** 2
**/** 4
**DP** 2
**/** 4

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July  6, 2020*
Page 3
Chronic Care

**KURIAKI DEMETRIUS RILEY**
**42 Years Old  Male  DOB:** ████1977   **RACE:** Black or African American   **SEC LEV:** MEDIUM   **LOC:** A   **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

**Neurological**
**Reflexes:** 2+Equal
**Plantar:** Normal
Motor Strength
**Upper Extremities:** Normal
**Lower Extremities:** Normal
**Sensory:** Normal
**Extremeties** Normal
**Joints** Normal

**Abdominal**
**Bowel Sounds** Normal
**Ascites** No
**Hernia** No
Palpation:
 Normal

**Lymphatic**
**Lymphatic** Normal
**Physical Exam Completed?** Yes

## ASSESSMENT
### Cardiovascular Chronic Clinic Assessment

**Complications/End Organ Damage**
 Left Ventricular Hypertrophy, Coronary Heart Disease, Cerebrovascular Disease, Peripheral Vascular Disease, Hyperlipidemia, Renal Insufficiency, Congestive Heart Failure

**Plan**
 Educate disease process and other self-management education.
 Life style modification.
 Chronic Care Visit Schedule:  Initial then by disease response classification.
 Cardiovascular Assessment at each visit.
 Weight, BMI, and multiple Blood Pressure assessments on each visit.
 Pharmacological management as indicated by patient response on each visit.
 CBC, BMP, Fasting Lipids, Urinalysis, and other labs as indicated by response category and guidelines.
 Hyperlipidemia assessment initially and treat to target LDL levels by guidelines.
 Fundoscopic eye exam on each visit.
 Manage congestive heart failure to achieve NYHA functional Class I or II.
 Annual Flu Vaccine.  Pneumonia Vaccine as indicated by guidelines.

**Hypertension**

**Assessment:**
**1.** HTN
**Degree of Control:**

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 4
Chronic Care

**KURIAKI DEMETRIUS RILEY**
**42 Years Old  Male  DOB:** ████/1977  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

FAIR: 140-160/90-100 Diabetics 130-160/86-105 modify current pharmacological therapy, reinforce life style modification and weight loss.  Weekly BP monitoring and Chronic Care Visit every 3 months.

**Hypertension Treatment Compliance:**
**Diet:** Yes
**Medications:** Yes
**Disease Self Management:** Yes

## *PLAN*
**Updated Orders:**
CBC with Differential/Platelet [CPT-85025]
Comprehensive Metabolic Panel (14) [CPT-80053]
Hemoglobin A1C [CPT-83036]
Lipid Panel with LDL:HDL Ratio [CPT-80061]
EKG [EKG]
**Education Reviewed with Inmate:** Nutrition, Exercise, Smoking, Test Results, Medication, Sodium Intake

## Chronic Care Scheduling Request
**Requested By:** Provider

**Schedule with:  Chronic Care - Cardiovascular**
**Appointment Requested In:** 3 months
**Reason:** HTN -  fair control

## Process Orders
Check Orders Results:
    BioReference: ABN not required for this insurance.
Tests Sent for requisitioning (October 21, 2019 1:54 PM):
    01/09/2020: BioReference -- CBC with Differential/Platelet [CPT-85025] (signed)
    01/09/2020: BioReference -- Comprehensive Metabolic Panel (14) [CPT-80053] (signed)
    01/09/2020: BioReference -- Hemoglobin A1C [CPT-83036] (signed)
    01/09/2020: BioReference -- Lipid Panel with LDL:HDL Ratio [CPT-80061] (signed)
    01/09/2020: BioReference -- EKG [EKG] (signed)

**Electronically Signed by Antonio Del Castillo MD on 10/21/2019 at 1:54 PM**

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 1
Chronic Care

**KURIAKI DEMETRIUS RILEY**
**42 Years Old  Male  DOB:** ▮▮▮/1977  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

**01/09/2020 - Chronic Care: 01/04/2020 - med refill, foot powder/cream; CC HTN done**
**Provider:** Angela Brown APN-BC
**Location of Care:** Mississippi State Penitentiary

## Mass
Height: 74 inches    Weight: 180 pounds
**BMI:** 23.19
   BSA (m2): 2.08

## Vital Signs
BP:       115 / 77 mm Hg
SpO2 %: 98 Room Air
Temp:    97.6  oral
Pulse:    68 regular
Resp:     18

**VS by** Kelly Mckinney LPN

## Interdisciplinary Progress Note
Wt: **180** lbs.  T: **97.6** deg F.  T site: **oral**  P: **68**  Rhythm: **regular**  R: **18**  BP: **115/77**
**Other:** S: CC HTN
O: Alert x 3; NAD; No oral Lesions; Conjunctiva clear
Neg Goiter; External Ears no leisons
Nares clear and patent; Lungs clear
BS present, abd soft non tender; neg enlarged liver or spleen; neg hernia
Normal S1, S2; no murmur; +2 radial and pedal pulses
Full ROM x 4; neg crepitus; neg obvious deformity or edema
Skin: clear no rash; no s/s infection
CN II- XII intact; neg acute deficits; sensation intact
Gait steady
A/P: CC HTN
Follow guidlelines for CC per protocol
E: report concerns/fill out sick call if needed/
review EMR/order meds if needed
counsel con't meds/tx plan

## *SUBJECTIVE*

## Nursing Assessment for Chronic Care Clinics
**Vital Signs**
**Height:** 74
**Weight:** 180
**Temperature:** 97.6
**Temperature site:** oral
**Pulse rate:** 68
**Pulse rhythm:** regular

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July  6, 2020*
Page 2
Chronic Care

**KURIAKI DEMETRIUS RILEY**
**42 Years Old Male DOB:** ▓▓/1977  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

**Respirations:** 18
**Blood Pressure:** 115 / 77 mm Hg
**O2 Sat:** 98

**Risk Factors**
 Non-Smoker
**Cigarettes:** 5 rolls per day
**Alcohol Consumption:** No

**Signed by:** Angela Brown APN-BC, January  9, 2020 8:02 AM

## *PLAN*

**Updated Medications:**
LISINOPRIL-HYDROCHLOROTHIAZIDE 20-25 MG TABS (LISINOPRIL-HYDROCHLOROTHIAZIDE) one tab by mouth qday
AMLODIPINE BESYLATE 10 MG TABS (AMLODIPINE BESYLATE) one tab by mouth qday
TOLNAFTATE 1 % CREA (TOLNAFTATE) apply to feet bid x 30 days profile
CALCIUM ANTACID 500 MG  CHEW (CALCIUM CARBONATE ANTACID) Take 2 tablets by mouth 3 times daily prn heartburn; #60 tabs/mo; may refill x 3
SEBEX 2-2 % SHAM (SALICYLIC ACID-SULFUR) Use 3 times a week for washing scalp. Let sit 5 minutes before rinsing. (1 bottle every 2 months)

**Education Reviewed with Inmate:** Nutrition, Exercise, Smoking, Test Results, Medication, Sodium Intake

## Appointment Scheduling Request

**Schedule with:**   **Chronic Care - Cardiovascular**
**Appointment Requested In:** 3 months
**Reason:** HTN

**Chronic Care:** Chronic Care - Cardiovascular
Schedule with:   Chronic Care - Cardiovascular
Appointment Requested In:
**Months:** 3
**Reason:** HTN

## Sick Call Nursing - Common Healthcare Problems -- use with paper sick call requests

**Referral Source:** Inmate Sick Call Request
**Indicated on Paper Request** Medical
**Chief Sick Call Chief Complaint:** med refill, foot powder/cream
**Inmate dated SCR for:** 01/04/2020
**SCR Received:** 01/04/2020
**Date Seen:** 01/09/2020

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 3
Chronic Care

## KURIAKI DEMETRIUS RILEY

**42 Years Old  Male  DOB:** ███1977  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

**Electronically Signed by Angela Brown APN-BC on 01/09/2020 at 8:03 AM**

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July  6, 2020*
Page 1
Chronic Care

**KURIAKI DEMETRIUS RILEY**
**42 Years Old  Male  DOB:** ▇▇1977  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

**04/07/2020 - Chronic Care: HTN**
**Provider:** Angela Brown APN-BC
**Location of Care:** Mississippi State Penitentiary

**Current Problems (prior to this update):**
DJD, SPINE (ICD-721.90) (ICD10-M47.9)
Hx of ANTISOCIAL PERSONALITY DISORDER (AXIS II)
HYPERTENSION (ICD-401.1) (ICD10-I10)

**Current Medications (prior to this update):**
LISINOPRIL-HYDROCHLOROTHIAZIDE 20-25 MG ORAL TABLET (LISINOPRIL-HYDROCHLOROTHIAZIDE) one tab by mouth qday
AMLODIPINE BESYLATE 10 MG ORAL TABLET (AMLODIPINE BESYLATE) one tab by mouth qday
CALCIUM ANTACID 500 MG ORAL TABLET CHEWABLE (CALCIUM CARBONATE ANTACID) Take 2 tablets by mouth 3 times daily prn heartburn; #60 tabs/mo; may refill x 3
SEBEX 2-2 % EXTERNAL SHAMPOO (SALICYLIC ACID-SULFUR) Use 3 times a week for washing scalp. Let sit 5 minutes before rinsing. (1 bottle every 2 months)
IBUPROFEN 400 MG ORAL TABLET (IBUPROFEN) take one tab by mouth q 8 hours with food x 60 days; Route: ORAL
NORTRIPTYLINE HCL 25 MG CAPS (NORTRIPTYLINE HCL) take 1 tab  by mouth at bedtime DOT; Route: ORAL
VITAMINS A & D  OINT (VITAMINS A & D) apply to the affected area once  a day; Route: EXTERNAL

*SUBJECTIVE*

**Nursing Assessment for Chronic Care Clinics**
**Vital Signs**
**Height:** 74
**Weight:** 208
**Temperature:** 97.7
**Temperature site:** tympanic
**Pulse rate:** 84
**Pulse rhythm:** regular
**Respirations:** 20
**Blood Pressure:** 142 / 82 mm Hg
**O2 Sat:** 98

**Risk Factors**
 Non-Smoker
**Cigarettes:** 5 rolls per day
**Alcohol Consumption:** No

**Signed by:** Angela Brown APN-BC, April  7, 2020 3:22 PM
**Past Medical History:** Hypertension
*Cardiovascular Chronic Care*

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 2
Chronic Care

**KURIAKI DEMETRIUS RILEY**
**42 Years Old  Male  DOB:** ▮/1977   **RACE:** Black or African American   **SEC LEV:** MEDIUM   **LOC:** A   **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

**Date of Today's Clinic:** April  7, 2020

**Cardiovascular CC Nursing Assessment**
**Age at onset:** 24 y/o
**Previous Infirmary/Hospital Admission Date:**
September 26, 2019 3:35 PM (09/26/2019 4:38:50 PM)
 HTN

**Nurse Signature:** Angela Brown APN-BC, April  7, 2020 3:22 PM

## *REVIEW OF SYSTEMS*
### *Cardiovascular Chronic Care*

**Cardiovascular Provider ROS**
 HTN

**Complaints:**
 I have reviewed the appropriate labs with the patient.

**Signed by:** Angela Brown APN-BC, April  7, 2020 3:22 PM

## *PLAN*
**Updated Medications:**
VITAMINS A & D   OINT (VITAMINS A & D) apply to the affected area once  a day 5 packs month; Route:
EXTERNAL

## Chronic Care Scheduling Request
**Requested By:** Provider

**Schedule with:   Chronic Care - Cardiovascular**
**Appointment Requested In:** 3 months
**Appointment Requested In:**  First Available
**Reason:** HTN

## Interdisciplinary Progress Note
**Wt: 208** lbs.  **T: 97.7** deg F.  T site: **tympanic**  **P: 84**  Rhythm: **regular**  **R: 20**  **BP: 142/82**
**Other:** S: CC HTN
O: Alert x 3; NAD; No oral Lesions; Conjunctiva clear
Neg Goiter; External Ears no leisons
Nares clear and patent; Lungs clear
BS present, abd soft non tender; neg enlarged liver or spleen; neg hernia
Normal S1, S2; no murmur; +2 radial and pedal pulses

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 3
Chronic Care

**KURIAKI DEMETRIUS RILEY**
**42 Years Old  Male  DOB:** ███1977  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 4
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE A, BED 0009

**MDOC #:** 110851

Full ROM x 4; neg crepitus; neg obvious deformity or edema
Skin: clear no rash; no s/s infection
CN II- XII intact; neg acute deficits; sensation intact
Gait steady
A/P: CC HTN
Follow guidlelines for CC per protocol
E: report concerns/fill out sick call if needed/
review EMR/order meds if needed
counsel con't meds/tx plan

**Electronically Signed by Angela Brown APN-BC on 04/07/2020 at 3:25 PM**

# MEDICATION REFILLS

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E Parchman, MS 38738
Phone: 662-745-6611x-4104  Fax: 662-745-4574

*October 10, 2019*
*Page 1*

**Patient Information For:** KURIAKI DEMETRIUS RILEY    **MDOC#:** 110851
**Housing Loc:** MSP, HOSPITAL, EAST WARD, BED 225B

# Receipt of KOP Medications

10/10/2019

**Inmate Name:** KURIAKI DEMETRIUS RILEY

**MDOC #:** 110851

**KOP Medications Received:** Norvax 10mg #60

IBU 800 mg #60

Lisinopril.Hctz 20-25m #60

Tums 500mg #150

**Date Received:** 10 11 19

I verify that I have received the KOP medications named above.

_Kuriaki Riley_
Inmate Signature

10-11-19
Date

_(signature)_
Signature of Health Care Staff Dispensing Medicaton(s)

10/11/19
Date

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E Parchman, MS 38738
Phone: 662-745-6611x-4104   Fax: 662-745-4574

*December 9, 2019*
Page 1

**Patient Information For:** KURIAKI DEMETRIUS RILEY          **MDOC#:** 110851
**Housing Loc:** MSP, UNIT 29, BLD H, ZONE A, BED 0002

# Receipt of KOP Medications

12/09/2019

**Inmate Name:** KURIAKI DEMETRIUS RILEY

**MDOC #:** 110851

**KOP Medications Received:** Amlodipine 10 mg. #30
Calcium Antacid 500 mg. #150
Ibuprofen 800 mg. #30
Lisinopril-HCTZ 20-25mg. #30

**Date Received:** _____

I verify that I have received the KOP medications named above.

*Kuriaki Riley*
Inmate Signature

12-10-19
Date

*Brooks LPN*
Signature of Health Care Staff Dispensing Medicaton(s)

12/10/19
Date

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E Parchman, MS 38738
Phone: 662-745-6611x-4104  Fax: 662-745-4574

*January 10, 2020*
Page 1

**Patient Information For:** KURIAKI DEMETRIUS RILEY          **MDOC#:**  110851
**Housing Loc:** MSP, UNIT 29, BLD K, ZONE B, BED 0151

# Receipt of KOP Medications

01/10/2020

**Inmate Name:** KURIAKI DEMETRIUS RILEY

**MDOC #:** 110851

**KOP Medications Received:** Amlodipine 10 mg. #30
Calcium Antacid 500 mg. #100
Lisinopril+HCTZ 20-25 mg. #30
Sebex Shampoo

**Date Received:** 1/14/20

I verify that I have received the KOP medications named above.

_Kuriaki Riley_
Inmate Signature

_1-14-20_
Date

_K. [signature]_
Signature of Health Care Staff Dispensing Medicaton(s)

_1/14/20_
Date

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E Parchman, MS 38738
Phone: 662-745-6611x-4104   Fax: 662-745-4574

*February 3, 2020*
Page 1

**Patient Information For:** KURIAKI DEMETRIUS RILEY          **MDOC#:** 110851
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE B, BED 0161

# Receipt of KOP Medications

02/03/2020

**Inmate Name:** KURIAKI DEMETRIUS RILEY

**MDOC #:** 110851

**KOP Medications Received:** Amlodipine 10 mg. #30
Calcium Antacid 500 mg. #60
Lisinopril-HCTZ 20-25 mg. #30
Selsex Shampoo

**Date Received:** _____

I verify that I have received the KOP medications named above.

*Kuriaki Riley*
Inmate Signature

2-6-20
Date

Signature of Health Care Staff Dispensing Medicaton(s)

Date

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E Parchman, MS 38738
Phone: 662-745-6611x-4104   Fax: 662-745-4574

*February 25, 2020*
Page 1

**Patient Information For:** KURIAKI DEMETRIUS RILEY          **MDOC#:** 110851
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE B, BED 0161

# Receipt of KOP Medications

02/25/2020

**Inmate Name:** KURIAKI DEMETRIUS RILEY

**MDOC #:** 110851

**KOP Medications Received:** _Normze (Dy  #30_
_Tum 500 chew    #60_
_Clinoprel Hhz  20/25y   #30_
_Sebex Shmpoo  2-2 & 8m_

**Date Received:** _____

I verify that I have received the KOP medications named above.


_Kuruaikll  Riley_
Inmate Signature

_2-25-20_
Date


Signature of Health Care Staff Dispensing Medicaton(s)

_1/25/20_
Date

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E Parchman, MS 38738
Phone: 662-745-6611x-4104   Fax: 662-745-4574

March 19, 2020
Page 1

**Patient Information For:** KURIAKI DEMETRIUS RILEY          **MDOC#:** 110851
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE B, BED 0176

# Receipt of KOP Medications

03/19/2020

**Inmate Name:** KURIAKI DEMETRIUS RILEY

**MDOC #:** 110851

**KOP Medications Received:** _Norvasc 10mg #30_

_Tums 500mg #60_

_Lisinopril HCTH 20-25mg #30_

_Vit Gmin A-D 1m_

**Date Received:** _____

I verify that I have received the KOP medications named above.

_Kuriaki Riley_
**Inmate Signature**

_3-21-20_
Date

_3-21-20_
Date

**Signature of Health Care Staff Dispensing Medication(s)**

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E Parchman, MS 38738
Phone: 662-745-6611x-4104   Fax: 662-745-4574

*April 27, 2020*
Page 1

**Patient Information For:** KURIAKI DEMETRIUS RILEY          **MDOC#:** 110851
**Housing Loc:** MSP, UNIT 30, BLD A, ZONE B, BED 0176

# Receipt of KOP Medications

04/27/2020

**Inmate Name:** KURIAKI DEMETRIUS RILEY

**MDOC #:** 110851

**KOP Medications Received:** _Morusc. way  #30_
_Tum 500mg  #60_
_Ibu 400mg  #90_
_Disopil-Hctz 10-25 mg  #90_
_Selsuy Shampoo 2-2% Shu_

**Date Received:** _____

I verify that I have received the KOP medications named above.

_Kuriaki Riley_
Inmate Signature

_4-28-20_
Date

_[signature]_
Signature of Health Care Staff Dispensing Medicaton(s)

_4/28/20_
Date

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E Parchman, MS 38738
Phone: 662-745-6611x-4104  Fax: 662-745-4574

*May 14, 2020*
Page 1

**Patient Information For:** KURIAKI DEMETRIUS RILEY     **MDOC#:** 110851
**Housing Loc:** MSP, HOSPITAL, SOUTH WARD, BED 213

# Receipt of KOP Medications

05/14/2020

**Inmate Name:** KURIAKI DEMETRIUS RILEY

**MDOC #:** 110851

**KOP Medications Received:**

| | |
|---|---|
| RILEY, KURIAKI  110851<br>LISINOPRIL-HCTZ 20-25 MG TAB<br>NGUYEN, PA, S   MSCH<br>Start:05/14/20  Stop:05/21/20<br>225B | TAKE ONE TABLET(S)<br>BY MOUTH DAILY<br>#7 |
| RILEY, KURIAKI  110851<br>AMLODIPINE 10MG TAB UD<br>NGUYEN, PA, S   MSCH<br>Start:05/14/20  Stop:05/21/20<br>225B | TAKE ONE TABLET(S)<br>BY MOUTH DAILY<br>#7 |
| RILEY, KURIAKI  110851<br>DOCUSATE SODIUM 100MG CAP<br>NGUYEN, PA, S   MSCH<br>Start:05/14/20  Stop:05/21/20<br>225B | TAKE ONE CAPSULE(S)<br>BY MOUTH DAILY<br>#7 |

**Date Received:** _____

I verify that I have received the KOP medications named above.

X _Kuriaki Riley_ _____      _5-14-20_
Inmate Signature                                      Date

_Debbie Stenson_ _____      _5/14/20_
Signature of Health Care Staff Dispensing Medicaton(s)      Date

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E Parchman, MS 38738
Phone: 662-745-6611x-4104   Fax: 662-745-4574

*May 18, 2020*
Page 1

**Patient Information For:** KURIAKI DEMETRIUS RILEY          **MDOC#:** 110851
**Housing Loc:** MSP, UNIT 30, BLD B, ZONE A, BED 0034

# Receipt of KOP Medications

05/18/2020

**Inmate Name:** KURIAKI DEMETRIUS RILEY

**MDOC #:** 110851

**KOP Medications Received:** _Norvuz 10mg_ #30
_Doxusite 100mg  #30_
_Lisnopul-Hctz 20-25mg  #30_
_(Vitamin A-D  0 an_

**Date Received:** 5|19|20

I verify that I have received the KOP medications named above.

_Kuriaki Riley_
Inmate Signature

5-19-20
Date

_(signature)_
Signature of Health Care Staff Dispensing Medicaton(s)

5|19|20
Date

PHILLIP WEBSTER 157916

EYE DOCTOR VISIT

MEDICATION RECEIPT-EYE DROPS

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E  Parchman, MS 38738
662-745-6611x-4104

*July 6, 2020*
Page 1
Optometry

**PHILLIP D WEBSTER**
**32 Years Old  Male  DOB:** ████ 1988  **RACE:** Black or African American  **SEC LEV:** MEDIUM  **LOC:** A  **MED CL:** 1
**Housing Loc:** MSP, UNIT 29, BLD F, ZONE A, BED 0010

**MDOC #:** 157916

**08/29/2019 - Optometry: Exam**
**Provider: Wilburn Lord Jr OD**
**Location of Care: Mississippi State Penitentiary**

## Vision Data

**Visual Acuity:**
**SC 6M:**
**OD:** 20/20-1 **OS:** 20/20 **Comments:** Pt feels like something that is put in the water makes his eyes burn, water. Two other guys on the zone have the same complaint. No history of allergies.

## Entrance Tests
**Pupils:**
 ERRL (-) APD
**EOM:**
 From OU
**Confrontation Fields:**
 Full OU
**Lids, Lashes, Lacrimal**
**OD:** Normal
**OS:** Normal
**Tear Film**
**OD:** Normal
**OS:** Normal
**Cornea**
**OD:** Normal
**OS:** Normal
**Bulbar Conjunctiva**
**OD:** Injection
**OS:** Injection
**Palpebral Conjunctiva**
**OD:** Normal, Injection
**OS:** Normal, Injection
**Sclera**
**OD:** Normal
**OS:** Normal

## Lens
**OD:** Normal
**OS:** Normal

## Goldman Tonometry
**OD:** 13mmHg **OS:** 16mmHg @
:
 235  pm
 tonopen

**Mississippi State Penitentiary**
Highway 49 West PO Drawer E Parchman, MS 38738
Phone: 662-745-6611x-4104   Fax: 662-745-4574

*August 30, 2019*
Page 1

Patient Information For: PHILLIP D WEBSTER          MDOC#: 157916
Housing Loc: MSP, UNIT 29, BLD G, ZONE A, BED 0013

# Receipt of KOP Medications

08/30/2019

Inmate Name: PHILLIP D WEBSTER

MDOC #: 157916

KOP Medications Received: _Eye wash solution      118mL_ _____

_____

_____

_____

_____

Date Received: _____

I verify that I have received the KOP medications named above.

_____          8/31/19
Inmate Signature                               Date

_____          8/31/19
Signature of Health Care Staff Dispensing Medicaton(s)   Date