# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**MICHAEL AMOS** *et al***.**                                                                                                **PLAINTIFFS**

**VS.**                                     **CIVIL ACTION NO. 4:20-cv-00007-DMB-JMV**

**NATHAN "BURL" CAIN,** *Commissioner*
*of the Mississippi Department of Corrections***,** *et al***.**                             **DEFENDANTS**

## ORDER GRANTING PLAINTIFFS' UNOPPOSED
## MOTION FOR SUBSTITUTION OF PARTIES

Before the Court is the Unopposed Motion [Doc. 167] of Plaintiffs to substitute named Defendants pursuant to Fed. R. Civ. P. 25(d). The motion is unopposed by Defendants.

Upon consideration, the Court finds that the Motion [Doc. 167] is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Nathan "Burl" Cain, the current Commissioner of the Mississippi Department of Corrections, is hereby substituted as a party defendant in lieu of defendant Tommy Taylor, the former Commissioner of the Mississippi Department of Corrections. Further, Timothy Morris, the current Superintendent of the Mississippi State Penitentiary, is hereby substituted as a party defendant in lieu of defendant Marshal Turner, the former Superintendent of the Mississippi State Penitentiary.

**SO ORDERED** this the 21st day of October, 2020.

                                                           /s/ Jane M. Virden
                                                          **UNITED STATES MAGISTRATE COURT JUDGE**

Submitted by:

 */s/ Jessica L. Rice*
Marcy B. Croft (MS Bar 10864)
Jessica L. Rice (MS Bar 105722)
MARON MARVEL BRADLEY ANDERSON
 & TARDY LLC
200 South Lamar Street
Jackson, MS 39201
Telephone: (601) 960-8630
Telefax: (601) 206-0119

Carson H. Thurman (MSB #104871)
Thomas G. Bufkin (MSB #10810)
CARROLL BUFKIN, PLLC
1076 Highland Colony Parkway
600 Concourse, Suite 125
Ridgeland, MS 39157
Telephone: 601-982-5011
Facsimile: 601-853-9540
*Counsel for Plaintiffs*

Agreed to by:

*/s/ Cody C. Bailey*
R. David Kaufman (MSB #3526)
William Trey Jones (MSB #99185)
Karen E. Howell (MSB #1022433)
Cody C. Bailey (MSB #103718)
Jacob A. Bradley (MSB #105541)
BRUNINI, GRANTHAM, GROWER, &
HEWES, PLLC
The Pinnacle Building, Suite 100
190 E. Capitol Street (39201)
Post Office Drawer 119
Jackson, Mississippi 39205
*Counsel for Defendants*