**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MICHAEL AMOS, et al.**                                                     **PLAINTIFFS**

**V.**                                                                      **NO.: 4:20-cv-7-DMB-JMV**

**NATHAN "BURL" CAIN, et al.**                                      **DEFENDANTS**

## ORDER

This matter is before the court *sua sponte* for the purpose of staying all existing deadlines for any responsive pleadings/briefs due as of today or to come due within the earlier of (1) sixty (60) days from today or (2) the entry of an order directing otherwise by the court. In the interest of clarity, this court's order will stay the following:

1. MDOC's responsive pleading to the amended complaints in both consolidated actions (4:20-cv-7 [22] and 4:20-cv-30 [6]);

2. Plaintiffs' response to Centurion's Motion to Dismiss in the member case *Lang, et. al. v. Taylor, et. al.*, 4:20-cv-30 [65]; and

3. Any response to the Motion for Temporary Restraining Order [71] in the *Lang* case.

Further, the court will require, at two-week intervals, telephone status conferences with all counsel of record, including representatives of the law firms of record. The first such status conference is set for 3 p.m. on May 4, 2021. Notice will follow as to call-in instructions.

**SO ORDERED** this, the 27th day of April, 2021.

                                                                /s/ Jane M. Virden
                                                            **UNITED STATES MAGISTRATE JUDGE**