# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**MICHAEL AMOS, et al.**                                               **PLAINTIFFS**

**V.**                                                      **NO. 4:20-CV-7-DMB-JMV**

**NATHAN BURL CAIN, et al.**                                          **DEFENDANTS**

*Consolidated With*

**DARRAN LANG, et al.**                                                **PLAINTIFFS**

**V.**                                                     **NO. 4:20-CV-30-DMB-JMV**

**JEWORSKI MALLET, et al.**                                           **DEFENDANTS**

## **ORDER**

This matter is before the Court *sua sponte* to clarify the representation of each plaintiff in these consolidated cases and for further consideration of certain impending deadlines.

As concerns the docket accurately reflecting which lawyers and/or firms are presently representing or seek to withdraw from representing a plaintiff(s) in these consolidated actions, the Court will require the following:

1) On or before July 5, 2021, any attorney of record (including law firm), who seeks to withdraw from representation of any *Amos* or *Lang* plaintiff, must file a motion to do so in accordance with all applicable federal civil and local federal civil rules. Inasmuch as a client has up to 17 days (14 days plus three days for mailing) from service of a motion to withdraw in which to file an objection to a proposed withdrawal, counsel must either: a) indicate in the certificate of service accompanying the motion to withdraw that service of the motion on the client has been made; b) include in the motion to withdraw a written consent from the client

to counsel's withdrawal; or c) attach to the motion as an exhibit any writing counsel contends clearly reflects the client's consent to the attorney's or firm's withdrawal. Unless and until counsel has sought and obtained an order permitting their withdrawal from representation of any plaintiff, that attorney, including any firm, will remain counsel of record for that plaintiff and will be responsible for complying with all orders and scheduling deadlines in the case.

2) As for any lawyer or firm who represents a plaintiff in these actions, but the docket does not accurately reflect such representation, that lawyer or firm shall file, by June 30, 2021, a notice of appearance as to that client.

As for impending deadlines, Defendants' responsive pleadings to the amended complaints in these consolidated actions (4:20cv7 [22] and 4:20cv30 [6]); Plaintiffs' response to Defendant Centurion of Mississippi, LLC's motion to dismiss filed in the *Lang* case (4:20cv30 [65]); and any response to Plaintiff Hamp's Motion for TRO filed in *Lang* (4:20cv30 [71]), will be due no later than 60 days from today (by August 23, 2021).

So ordered this 23rd day of June, 2021.

/s/ Jane M. Virden
U.S. Magistrate Judge