**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MICHAEL AMOS, et al.**                                                                    **PLAINTIFFS**

**V.**                        **NO. 4:20-CV-7-DMB-JMV**

**NATHAN "BURL" CAIN, et al.**                                               **DEFENDANTS**

*consolidated with*

**DARRAN LANG, et al.**                                                      **PLAINTIFFS**

**V.**                        **NO. 4:20-CV-30-DMB-JMV**

**NATHAN "BURL" CAIN, et al.**                                           **DEFENDANTS**

## ORDER OF RECUSAL

The undersigned district judge recuses herself from these consolidated cases. The Clerk of Court is directed to reassign these consolidated cases to another district court judge.

**SO ORDERED**, this 20th day of September, 2021.

                                                            **/s/Debra M. Brown**
                                                            **UNITED STATES DISTRICT JUDGE**