# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| **MICHAEL AMOS, et al.** | **PLAINTIFFS** |
| V. | NO. 4:20-CV-7-SA-JMV |
| **NATHAN BURL CAIN, et al.** | **DEFENDANTS** |

*Consolidated With*

| | |
|---|---|
| **DARRAN LANG, et al.** | **PLAINTIFFS** |
| V. | NO. 4:20-CV-30-SA-JMV |
| **JEWORSKI MALLET, et al.** | **DEFENDANTS** |

## ORDER

The parties will have fourteen (14) days from the date of this order to submit to chambers a plan for conducting the case through the class certification stage. The plan should include consideration of the date for amendments to pleadings/joinder of parties; deadlines for designation of experts, if any, on the class certification issue; the types and number/amount of discovery sought; time to complete discovery on the class certification issue; a deadline for *Daubert* motions, if any, to challenge experts designated on class certification; and deadlines for filing the class certification motion, response, and reply.

The parties are informed that class certification discovery is all that is permitted at the class certification stage provided, however, that merits discovery may overlap (a question may be relevant on both issues); and, if so, it will be permitted at the class certification stage. The Court will take into consideration any proposed deadlines timely submitted in accordance with this order before entering a case management order to govern this matter through the class certification stage. To assist with your proposal of relevant deadlines and related matters, the

Court has attached a generic form of a scheduling order that you may, but are not required to, use in submitting your proposals. Finally, the Court anticipates setting deadlines for responsive pleadings to Plaintiffs' complaints and to Brymon Hamp's TRO motion within the body of the CMO it enters in these consolidated cases.

    So ordered this 29th day of October, 2021.

                                                /s/ Jane M. Virden
                                                U.S. Magistrate Judge