# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| **MICHAEL AMOS, et al.** | **PLAINTIFFS** |
| V. | NO. 4:20-CV-7-SA-JMV |
| **NATHAN BURL CAIN, et al.** | **DEFENDANTS** |

*Consolidated With*

| | |
|---|---|
| **DARRAN LANG, et al.** | **PLAINTIFFS** |
| V. | NO. 4:20-CV-30-SA-JMV |
| **JEWORSKI MALLET, et al.** | **DEFENDANTS** |

## ORDER

By Order dated October 29, 2021, the Court requested that within fourteen (14) days from the date of that order the parties submit to chambers a plan for conducting the case through the class certification stage. The Court received a timely submission from the parties, but it appears the same was submitted without the participation of Mr. Charles Gayles, a pro se plaintiff. The Court has not received a proposed scheduling order from Mr. Gayles. Because the parties' proposed submission was not satisfactory in certain respects, and in an effort to allow Mr. Gayles another opportunity to submit a proposed scheduling order for the Court's consideration,

IT IS, THEREFORE, ORDERED that within fourteen (14) days of the date of this order, the parties may submit a proposed revised copy of the attached scheduling order form. The parties are hereby advised that the Court will enter a scheduling order without consideration of any untimely submission.

So ordered this 19th day of November, 2021.

/s/ Jane M. Virden
U.S. Magistrate Judge