**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MICHAEL AMOS, et al.
PLAINTIFFS**

**V.**  **NO. 4:20-CV-7-SA-JMV**

**NATHAN BURL CAIN, et al.
DEFENDANTS**

*Consolidated With*

**DARRAN LANG, et al.
PLAINTIFFS**

**V.**  **NO. 4:20-CV-30-SA-JMV**

**JEWORSKI MALLET, et al.
DEFENDANTS**

**ORDER REGARDING UNOPPOSED NOTICE OF WITHDRAWAL OF PLAINTIFFS' EXHIBIT [DOC. 301-1] AND NUNC PRO TUNC SUBSTITUTION**

HAVING COME before the Court, the Parties, who, after receiving the Court's instructions, request by stipulation that the Court enter this order pertaining to Plaintiffs' unopposed notice of withdrawal and *nunc pro tunc* substitution.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiffs' Exhibit [Doc. 301-1] is hereby withdrawn and Exhibit 1 attached to Plaintiffs' Unopposed Notice of Withdrawal of Plaintiffs Exhibit and Nunc Pro Tunc Substitution [Doc. 303-1] shall be substituted for same *nunc pro tunc*.

SO ORDERED, this the 6th day of January, 2022.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE