IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MICHAEL AMOS, et al.      PLAINTIFFS

v.      CIVIL ACTION NO. 4:20-CV-7-SA-JMV

NATHAN BURL CAIN, et al.      DEFENDANTS

*Consolidated with*

DARRAN LANG, et al.      PLAINTIFFS

v.      CIVIL ACTION NO. 4:20-CV-30-SA-JMV

JEWORSKI MALLET, et al.      DEFENDANTS

ORDER

Now before the Court is Plaintiff Kedric Steele's Motion for TRO/Preliminary Injunction [294]. Steele filed the Motion [294] in his *pro se* capacity, despite being represented by counsel.

Although all parties in federal courts possess a statutory right to "plead and conduct their own cases personally or by counsel," this Court has previously prohibited parties who are represented by counsel from also filing *pro se* pleadings. 28 U.S.C. § 1654; *see Howard v. Epps*, 2010 WL 2640231, at *1 (N.D. Miss. June 28, 2010); *see also U.S. v. Hodges*, 2016 WL 7339884, at *1 (E.D. Tex. Nov. 9, 2016) (noting, in a criminal case, that a defendant does not have the right to hybrid representation).

Because Steele is represented by counsel, the Court will not consider his *Pro Se* Motion [294]. That Motion [294] is hereby denied *without prejudice*. If Steele elects to proceed *pro se* in this action, he may refile the Motion or counsel may file such a Motion on his behalf.

SO ORDERED, this the 10th day of January, 2022.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE