# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| **MICHAEL AMOS, et al.** | **PLAINTIFFS** |
| **V.** | **NO. 4:20-CV-7-SA-JMV** |
| **NATHAN BURL CAIN, et al.** | **DEFENDANTS** |
| *Consolidated With* | |
| **DARRAN LANG, et al.** | **PLAINTIFFS** |
| **V.** | **NO. 4:20-CV-30-SA-JMV** |
| **JEWORSKI MALLET, et al.** | **DEFENDANTS** |

## DEFENDANTS' MOTION TO DISMISS 197 PLAINTIFFS

Defendants Nathan "Burl" Cain, in his official capacity as Commissioner of the Mississippi Department of Corrections ("MDOC"), Jeworski Mallett, in his official capacity as the Deputy Commissioner of Institutions of MDOC, Timothy Morris, in his official capacity as the Superintendent of the Mississippi State Penitentiary at Parchman ("MSP"), Donald Faucett, in his official capacity as Chief Medical Officer of MDOC, Lee Simon, in his official capacity as the Warden of Area I of MSP, Tracy McDonald, in her official capacity as the Warden of Area II of the MSP, and Sonja Stanciel, in her official capacity as Chief of Security of MSP ("Defendants"), file this Motion to Dismiss the claims of 197 of the 277 named Plaintiffs on the bases that these named Plaintiffs have not sufficiently alleged and cannot prove the existence of a live case or controversy, and they have not adequately prosecuted their claims as directed by the Court and cannot do so.

In support, Defendants rely on their accompanying memorandum of law and the Declaration of Jeworski Mallett with attached inmate housing histories, which is attached as

1

Exhibit 1 to this Motion. For the Court's convenience, Defendants have also attached the following appendices relating to the categories of Plaintiffs discussed in the accompanying memorandum:

- Appendix 1 – Admittedly Transferred Plaintiffs
- Appendix 2 – Omitted Plaintiffs
- Appendix 3 – *Pro Se* Plaintiffs
- Appendix 4 – Transferred *Pro Se* Plaintiffs
- Appendix 5 – Nonprosecution Plaintiffs
- Appendix 6 – Plaintiffs Not Subject to Dismissal by this Motion

Based on these materials, Defendants respectfully request that the Court dismiss with prejudice all claims by the following 197 Named Plaintiffs:

1. Andrew Alexander
2. Jamar Allen
3. Michael Amos
4. Cedric Andrews
5. Christopher Ballard
6. John Henry Barnett
7. Kevin Boyd
8. Roger Boyd
9. Nicholas Brooks
10. Charles Brown
11. Frederick Brown
12. Marlon Bruce
13. Caleb Buckner
14. Johnathan Burns
15. Keyshun Burnside
16. Dillon Callaway
17. Gregory Canerdy
18. Michael Cannon
19. Carlos Carter
20. Ted Dewayne Cauthen
21. Lebarron Chatman
22. Johnathan Clark
23. Wesley Clayton
24. Demario Coleman
25. Nathan Collier
26. Johnny Colton
27. Donte Conner
28. James Cox
29. Walter Dennis Cox
30. Nicholas Crawford
31. Charles Cross
32. Dustin Crump
33. Ricky Darden
34. Antonio Davis
35. Erphon Davis
36. John Davis
37. Antonio Davis
38. Jonathan Davis
39. Anthony Day
40. Henry Dennis
41. Joseph Dennis
42. James Dooley
43. Wendell Duncan
44. James Durr
45. Chancellor Eaton
46. Jamie Elaire

2

47. Lorenzo Evans
48. Ray Evans
49. Nigel Farmer
50. Antron Finklea
51. Troy James Ford
52. Willie Friend
53. Ricky Frierson
54. Isaac Garner
55. Terrence Gatlin
56. Charles Gayles
57. Brandon Gilmore
58. Joseph Glenn
59. Antonio Goldman
60. Kenneth Gowdy
61. Tyler Graham
62. William Green
63. Stephen Grisham
64. Dantavious Hairston
65. Jonathan J. Ham
66. Justin Hammons
67. Brymon Hamp
68. Desmond Hardy
69. Carlos Henderson
70. Jonathan Herrington
71. Gregory Hicks
72. Jenarian Hill
73. Joseph Holiday
74. Quincy Holmes
75. Antonio Hoover
76. Kewan Hosey
77. Alchello House
78. George Hudson
79. Nathaniel Jackson
80. William Jackson
81. Justin James
82. Billy James Jr.
83. Michael A. Jamison
84. Shun January
85. Dennis Jobe
86. Calip Johnson
87. Sellers Johnson
88. Shaquille Johnson
89. Xavier Johnson
90. Quenten Johnson
91. Alexander Jones
92. Michael Jones
93. Frederick Jordan
94. Juarez Keyes
95. Corderrius King
96. Newton Knight
97. Darren Lang
98. Malcom Lathan
99. Justin Lease
100. Billy Lee
101. Legrane Lenox
102. Deaunte Lewis
103. Curtis Lipsey
104. Alvin Luckett
105. Jimmie Magee
106. Ted Mangum
107. Chad Marshall
108. Adrian Martin
109. Bradley Mask
110. Larry Maxwell
111. Kentures McCoy
112. Jesse McCuin
113. Terrance McKinney
114. Kristopher Meisenholder
115. Tyler Miller
116. Charles Miles
117. Sammy Miller
118. Bobby Mitchell
119. Bobby Montson
120. Ivery Moore
121. Eris Moore
122. Alex Morris
123. Bennie Motten
124. Timothy Myers
125. Brian Nettles
126. Victor Otempong
127. Cory Page
128. Derrick Pam

3

| | | | |
|---|---|---|---|
| 129. | Travis Partee | 164. | Jammichael Strong |
| 130. | Jeremiah Patterson | 165. | Darwin Strahan |
| 131. | Terry Pierce | 166. | Cordarius Strong |
| 132. | Casimir Poe | 167. | James Sudduth |
| 133. | Wilfred Powell | 168. | Michael Tarvin |
| 134. | Mario Ragland | 169. | Demarquis Tate |
| 135. | Marcus Ramsey | 170. | Deangelo Taylor |
| 136. | Michael Ray | 171. | Lemartine Taylor |
| 137. | Joseph Lee Reese | 172. | Charlie Taylor |
| 138. | Russell Reich | 173. | Keith Thayer |
| 139. | Jerry Rice | 174. | Christopher Thomas |
| 140. | James Richards | 175. | Eric Thomas |
| 141. | Emanuel Richardson | 176. | Raymond K. Thomas |
| 142. | Tyredius Roberts | 177. | Kevin Thomas |
| 143. | Brandon Robertson | 178. | Mark Thomas |
| 144. | Quincy Robertson | 179. | Conti Tillis |
| 145. | Derrick Rogers | 180. | Airick Toins |
| 146. | Ronaldo Rogers | 181. | Qy'Darrious Towns |
| 147. | Kendrick Ross | 182. | Zarek Tyler |
| 148. | Leon Ruffin Jr. | 183. | Kendrick Tyson |
| 149. | Dominico Saddler | 184. | Carlos Varnado |
| 150. | Charles Daniel Scrimpshire | 185. | Marcus Vaughn |
| 151. | Daryl Shinn | 186. | Linnox Walker |
| 152. | Phillip Shumaker | 187. | Johnny Wallace |
| 153. | Lonnie Sims | 188. | John Fitzgerald Ware |
| 154. | Herman Sipp Jr. | 189. | Antwune Washington |
| 155. | Tyler Smith | 190. | Corey James Wells |
| 156. | Christopher Smith | 191. | Efrem Whitfield |
| 157. | Robert Sylvester Smith | 192. | Adrian Willard |
| 158. | Frederick Spires | 193. | Daniel Williams |
| 159. | Lynn Spurlock | 194. | Mario Williams |
| 160. | Keion Stanfield | 195. | Curtis Wilson |
| 161. | Joseph Stanford | 196. | Joe Womack |
| 162. | Remington Steele | 197. | Dominico Young |
| 163. | Keith M. Steinmetz | | |

For the reasons stated in the accompanying memorandum, Defendants respectfully request that the Court dismiss the above 197 named Plaintiffs with prejudice. Defendants request such other and further relief as the Court deems just and proper.

Date: January 14, 2022.

                        **NATHAN "BURL" CAIN, in his official capacity as Commissioner of the MDOC; JEWORSKI MALLETT, in his official capacity as Deputy Commissioner of Institutions for MDOC; TIMOTHY MORRIS, in his official capacity as Superintendent of MSP; DONALD FAUCETT, in her official capacity as Chief Medical Officer of MDOC; LEE SIMON, in his official capacity as Area I Warden at MSP; TRACY McDONALD, in her official capacity as Area II Warden at MSP; and SONJA STANCIEL, in her official capacity as Chief of Security at MSP**

By: */s/ Cody C. Bailey*
     One of Defendants' Attorneys

OF COUNSEL:

R. David Kaufman (MSB #3526)
dkaufman@brunini.com
William Trey Jones, III (MSB #99185)
tjones@brunini.com
Karen E. Howell (MSB #102243)
khowell@brunini.com
Cody C. Bailey (MSB #103718)
cbailey@brunini.com
Jacob A. Bradley (MSB #105541)
jbradley@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street (39201)
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

## CERTIFICATE OF SERVICE

I, Cody C. Bailey, hereby certify that on January 14, 2022, I caused the foregoing pleading to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that I have served the following individuals *via* United States Mail, postage prepaid, to their last known address:

Charles Gayles
East Mississippi Correctional Facility
10641 Highway 80 W,
Meridian, MS 39307

Andrew Alexander
Inmate No. 149044
Marshall County Correctional Facility
Post Office Box 5188
Holly Springs, MS 38634-5188

Andrew Alexander[1]
1232 White Street
Cleveland, MS 38732

Gregory Canerdy
Inmate No. 140445
TCCF
415 U.S. Highway 49 North,
Tutwiler, MS 38963

Gregory Keith Canerdy
370 Nabors Drive
Ripley, MS 38663

Wesley Clayton
2504 45th Avenue
Meridian, MS 39307

Wesley Clayton
421 Spring Street
Morton, MS 38117

Donte Conner
3918 Atascocita Road, #735
Humble, Texas 77396

Donte Conner
850 Lindhburg Drive
Jackson, MS 39202

Dustin Crump
P.O. Box 175
Burnsville, MS 38833

Dustin Crump
1453 County Road 2
Hickory Flat, MS 38633

Antonio Davis
Inmate No. 193095
Mississippi State Penitentiary
P.O. Box 1057
Parchman, MS 38738

Antonio Davis
825 3rd
Marks, MS 38646

---

[1] In an attempt to ensure receipt, Defendants have included additional addresses on file with MDOC where available to supplement those addresses used by Plaintiffs' counsel. *See* [Docs. 229, 235].

Jonathan Davis
Inmate No. 185848
Central Mississippi Correctional Facility
Post Office Box 88550
Pearl, MS 39208

James Dooley
Inmate No. 106270
East Mississippi Correctional Facility
10641 Highway 80 W
Meridian, MS 39307

Chancellor Eaton
62 Timber Bluff Drive
Lumberton, MS 39455

Isaac Garner
819 West 5th Street
Bogalusa, LA 70427

Antonio Goldman
Inmate No. L2050
Mississippi State Penitentiary
Post Office Box 1057
Parchman, MS 38738

Stephen Grisham
Inmate No. 143104
Mississippi State Penitentiary
Post Office Box 1057
Parchman, MS 38738

Justin Hammons
Inmate No. M5574
Mississippi State Penitentiary
Post Office Box 1057
Parchman, MS 38738

Desmond Hardy
Inmate No. 145959
TCCF
415 U.S. Highway 49 North
Tutwiler, MS 38963

Desmond Hardy
841 Campbell Street
Greenville, MS 38701

Kewan Hosey
1163 Acorn Drive

Kewan Hosey
15732 Southfork Road

Gulfport, MS 39503　　　　　　　　　　　　　　　Gulfport, MS 39503

Alchello House
Inmate No. R7564
Mississippi State Penitentiary
Post Office Box 1057
Parchman, MS 38738

Dennis Jobe
Inmate No. W1201
Mississippi State Penitentiary
Post Office Box 1057
Parchman, MS 38738

Quenten Johnson　　　　　　　　　　　　　　　Quenten Johnson
1971 Shady Lane Drive　　　　　　　　　　　　6059 Waverly Drive
Jackson, MS 39204　　　　　　　　　　　　　　Jackson, MS 39206

Michael Jones　　　　　　　　　　　　　　　　Michael Jones
1511 Lebee Road, Apt. 82　　　　　　　　　　　82 Levee Road
Corinth, MS 38834　　　　　　　　　　　　　　Corinth, MS 38834

Frederick Jordan
Inmate No. 51817
Marion CCF
503 South Main Street
Columbia, MS 39429

Deaunte Lewis
Inmate No. 131851
Central Mississippi Correctional Facility
Post Office Box 88550
Pearl, MS 39208

Jimmie Magee　　　　　　　　　　　　　　　　Jimmie Magee
484 Basslaird Road　　　　　　　　　　　　　　18 B Easterling Lane
Prentiss, MS 39474　　　　　　　　　　　　　　Prentis, MS 39474

Larry Maxwell　　　　　　　　　　　　　　　　Larry Maxwell
2407 Senator Street　　　　　　　　　　　　　　952 Reazes Street
Mobile, Alabama 36606　　　　　　　　　　　　Jackson, MS 39204

Kentures McCoy　　　　　　　　　　　　　　　Kentures McCory
373 Green Street　　　　　　　　　　　　　　　Winston County Jail
Macon, MS 39341　　　　　　　　　　　　　　　P.O. Box 470
　　　　　　　　　　　　　　　　　　　　　　　Louisville, MS 39339

8

Kristopher Meisenholder
30049 Wren Village Drive
Aberdeen, MS 39730

Kristopher Meinsenholder
309 McDuffie Cemetery Road
Hamilton, MS 39746

Tyler Miller
3679 Clarkson Road
Eupora, MS 39744

Tyler Miller
855 Fame Church Road
Eupora, MS 39744

Sammy Miller
18065 Apple Ridge, Apt. 3621
Dallas, TX 75287

Sammy Miller
1220 Wanda Drive
Greenville, MS 38701

Bobby Mitchell
7006 Okolona Terrace
Okolona, MS 38860

Bobby Mitchell
815 West High Ext.
Aberdeen, MS 39730

Alex Morris
2944 S. Green Street, Apt. 68
Tupelo, MS 38801

Alex Morris
1505 North Green Street
Tupelo, MS 38801

Timothy Myers
115 Harvard Avenue
Mansfield, Ohio 44906

Timothy Myers
1496 Paradise View Road
Mansfield, Ohio 44901

Cory Page
1540 Coleman Road
Thaxton, MS 38871

Cory Page
723 CR 75
New Albany, MS 38652

Jeremiah Patterson
603 Deering Street
Cleveland, MS 38732

Jeremiah Patterson
2405 Danny Street
Tupelo, MS 38801

Marcus Ramsey
2111 Buena Vista Street
Pascagoula, MS 39567

Marcus Ramsey
1160 Judge Sekul Avenue Apt. 131
Biloxi, MS 39530

Michael Ray
1523 Westbrook Road
Caledonia, MS 39740

James Richards
94 Main Street
Mt. Morris, NY 14510

James Richards
P.O. Box 26
Boyle, MS 38730

Brandon Robertson

Inmate No. 153126
Central Mississippi Correctional Facility
Post Office Box 88550
Pearl, MS 39208

Quincy Robertson
5967 East 72nd Street, Apt. 2107
Tulsa, OK 74136

Quincy Robertson
819 Sasse Street
Clarksdale, MS 38614

Charles Daniel Scrimpshire
1007 Tower Road
Moselle, MS 39459

Phillip Shumaker
Inmate No. 116724
Mississippi State Penitentiary
Post Office Box 1057
Parchman, MS 38738

Christopher Smith
Inmate No. M1876
Mississippi State Penitentiary
Post Office Box 1057
Parchman, MS 38738

Robert Sylvester Smith
1227 37th Street
Gulfport, MS 39501

Keion Stanfield
Inmate No. 201969
Wilkinson County Correctional Center
Post Office Box 1889
Woodville, MS 39669

Jammichael Strong
Inmate No. 137169
George-Greene CCF
154 Industrial Park Rd.
Lucedale, MS 39452

Cordarius Strong
Inmate No. 216927
East Mississippi Correctional Facility
10641 Highway 80 W,
Meridian, MS 39307

James Sudduth
Inmate No. 144850
Mississippi State Penitentiary
Post Office Box 1057
Parchman, MS 38738

Michael Tarvin
Inmate No. 13584
Mississippi State Penitentiary
Post Office Box 1057
Parchman, MS 38738

Charlie Taylor
Post Office Box 343
Mound Bayou, MS 38762

Keith Thayer
75 Orchard Lane
McMinnville, TN 37110

Kevin Thomas
1157 E. Randville Drive
Palatine, IL 60074

Mark Thomas
2613 Green Tee Road
Tupelo, MS 38801

Zarek Tyler
251 Holley Street
Biloxi, MS 39530

Kendrick Tyson
Inmate No. 81280
Mississippi State Penitentiary
Post Office Box 1057
Parchman, MS 38738

>*/s/ Cody C. Bailey*
> One of the Attorneys for the Defendants