IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MICHAEL AMOS, et al.                                                                                   PLAINTIFFS

v.                                                                        CIVIL ACTION NO. 4:20-CV-7-SA-JMV

NATHAN BURL CAIN, et al.                                                                            DEFENDANTS

ORDER

In a previous Order and Memorandum Opinion [363], the Court, among other things, terminated numerous Plaintiffs as parties in this case. One of the Plaintiffs terminated as a result of that Order [363] was Michael Amos. Because Michael Amos is no longer a party in this case, the Clerk of Court is hereby directed to amend the style of this case to *Pitrell Brister, et al. v. Nathan Burl Cain, et al*.

SO ORDERED, this the 1st day of March, 2022.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE