# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**PITRELL BRISTER, ET AL.** **PLAINTIFFS**

**V.** **NO. 4:20-CV-7-SA-JMV**

**NATHAN BURL CAIN, ET AL.** **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

Before the court is the parties' Joint Motion for Stay of Existing Deadlines. [377]. The parties request that the court stay this action and all deadlines set forth in the Class Certification Scheduling Order for 90 days so that settlement discussions may proceed between the parties. Having considered the matter and being notified this is a joint motion, the court finds that the motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** for 90 days and all upcoming deadlines in the Class Certification Scheduling Order by 90 days. If negotiations fail to produce a settlement in 90 days, the parties will resume litigation under the Class Certification Scheduling Order with the following deadlines: Defendants' expert designation deadline of August 18, 2022; a discovery deadline of September 29, 2022; a *Daubert* motion deadline of October 20, 2022; and a class-certification motion deadline of November 24, 2022.

**SO ORDERED** this, the 6th day of May, 2022.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**