IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MICHAEL AMOS, et al.     PLAINTIFFS

v.     CIVIL ACTION NO. 4:20-CV-7-SA-JMV

NATHAN BURL CAIN, et al.     DEFENDANTS

### ORDER

Now before the Court are two Motions [388, 389] filed by Plaintiff Kedric Steele. Specifically, Steele filed a Motion to Show Cause [388] and Motion for TRO/Preliminary Injunction [389]. Despite being represented by counsel, Steele filed the Motions [388, 389] in a *pro se* capacity.

This Court has previously advised Steele (along with various other Plaintiffs) that filing documents in a *pro se* capacity while represented by counsel is prohibited. *See* [363] at p. 16. In its previous Order [363], the Court denied Steele's *pro se* filings as procedurally improper. The same analysis is applicable here. Steele's *Pro Se* Motions [388, 389] are DENIED.

SO ORDERED, this the 4th day of October, 2022.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE