## EXHIBIT 1

0DCCROFHZ0EPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Housing History
### January 11, 2023

**Date From:** 02/03/2019        **Date To:** 01/11/2023

**Offender Name:** BRISTER, PITRELL
**ID:** 208459
**SID:**

**Booking #:** A        **Booking Date:** 03/07/2017 11:44:00

**Facility:** CENTRAL MISSISSIPPI COUNTY JAIL

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| HINDS CJ | 08/09/2018 12:39:00 | 05/14/2019 17:30:00 |

**Facility:** CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF R&C, ZONE G, BED 133T | 05/14/2019 17:30:00 | 06/04/2019 11:02:00 |

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 06/04/2019 11:02:00 | 06/04/2019 17:04:00 |
| UNIT 29, BLD I, ZONE A, BED 0068 | 06/04/2019 17:04:00 | 06/14/2019 13:33:00 |
| UNIT 30 | 06/14/2019 13:33:00 | 06/14/2019 13:46:00 |
| UNIT 30, BLD A, ZONE B, BED 0184 | 06/14/2019 13:46:00 | 06/20/2019 10:56:00 |

**Facility:** CHICKASAW CCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CHICKASAW CCF | 06/20/2019 10:56:00 | 06/20/2019 14:08:00 |
| CHICK CRCF POD 2, BED 0017 | 06/20/2019 14:08:00 | 10/08/2019 09:52:00 |

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 10/08/2019 09:52:00 | 10/08/2019 09:55:00 |
| UNIT 29 | 10/08/2019 09:55:00 | 10/08/2019 11:19:00 |
| UNIT 29, BLD G, ZONE A, BED 0024 | 10/08/2019 11:19:00 | 02/05/2020 17:20:00 |
| UNIT 29, BLD H, ZONE B, BED 0096 | 02/05/2020 17:20:00 | 02/21/2020 09:22:00 |

**Facility:** TALLAHATCHIE CCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| TALLAHATCHIE CCF | 02/21/2020 09:22:00 | 12/03/2020 13:07:00 |

**Facility:** BOLIVAR CCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| BOLIVAR CCF | 12/03/2020 13:07:00 | 12/03/2020 14:46:00 |
| BCCF ST DORM 4, BED 0035 | 12/03/2020 14:46:00 | 05/13/2021 13:20:00 |

| | Housing Start Date: | Housing End Date: |
|---|---|---|
| BCCF ST DORM 4, BED 0016 | 05/13/2021 13:20:00 | 11/19/2021 10:25:00 |
| **Facility: MSP** | | |
| **Housing Location:** | **Housing Start Date:** | **Housing End Date:** |
| MSP | 11/19/2021 10:25:00 | 11/19/2021 14:31:00 |
| UNIT 29, BLD C, ZONE B, BED 0102 | 11/19/2021 14:31:00 | 11/29/2021 14:53:00 |
| UNIT 29, BLD H, ZONE A, BED 0033 | 11/29/2021 14:53:00 | 01/20/2022 18:30:00 |
| UNIT 29, BLD C, ZONE B, BED 0117 | 01/20/2022 18:30:00 | 02/01/2022 11:44:00 |
| MSP | 02/01/2022 11:44:00 | 02/01/2022 13:09:00 |
| **Facility: ALCORN CCF** | | |
| **Housing Location:** | **Housing Start Date:** | **Housing End Date:** |
| ALCORN CCF | 02/01/2022 13:09:00 | 02/01/2022 13:15:26 |
| ALCORN CCF POD 5E, BED 0049 | 02/01/2022 13:15:26 | 02/01/2022 14:39:00 |
| ALCORN CCF POD 5E, BED 0049 | 02/01/2022 14:39:00 | 03/31/2022 00:44:00 |
| ALCORN CCF POD 5E, BED 0002 | 03/31/2022 00:44:00 | [CURRENT] |

ODCCROFHZ0EPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Housing History
### January 11, 2023

**Date From:** 02/03/2019        **Date To:** 01/11/2023

**Offender Name:** ROSS, TYREE SHAWN
**ID:** K9384
**SID:**

**Booking #:** D        **Booking Date:** 01/19/2018 16:17:00

Facility: MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| UNIT 29, BLD B, ZONE B, BED 0053 | 10/05/2018 15:45:00 | 02/27/2019 18:02:00 |
| UNIT 29, BLD I, ZONE A, BED 0030 | 02/27/2019 18:02:00 | 04/08/2019 14:33:00 |
| UNIT 30, BLD B, ZONE B, BED 0144 | 04/08/2019 14:33:00 | 04/08/2019 14:35:00 |
| UNIT 30, BLD D, ZONE B, BED 0141 | 04/08/2019 14:35:00 | 04/11/2019 12:37:00 |

Facility: BOLIVAR CCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| BOLIVAR CCF | 04/11/2019 12:37:00 | 04/11/2019 16:00:00 |
| BCCF ST DORM 5, BED 0014 | 04/11/2019 16:00:00 | 06/19/2019 10:26:00 |

Facility: MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 06/19/2019 10:26:00 | 06/19/2019 16:05:00 |
| UNIT 29, BLD F, ZONE B, BED 0066 | 06/19/2019 16:05:00 | 07/03/2019 13:16:00 |
| MSP | 07/03/2019 13:16:00 | 07/03/2019 13:31:00 |

Facility: CARROLL CCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CARROLL CCF | 07/03/2019 13:31:00 | 07/03/2019 15:30:00 |
| CARROLL CCF ZONE C, BED 0054 | 07/03/2019 15:30:00 | 07/12/2019 00:00:00 |
| CARROLL CCF ZONE C, BED 0027 | 07/12/2019 00:00:00 | 08/01/2019 00:00:00 |
| CARROLL CCF ZONE C, BED 0030 | 08/01/2019 00:00:00 | 09/05/2019 10:44:00 |
| CARROLL CCF ZONE A, BED 0039 | 09/05/2019 10:44:00 | 10/02/2019 08:41:00 |
| CARROLL CCF ZONE A, BED 0040 | 10/02/2019 08:41:00 | 11/20/2019 00:00:00 |
| CARROLL CCF ZONE A, BED 0055 | 11/20/2019 00:00:00 | 12/19/2019 08:13:00 |

Facility: MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 12/19/2019 08:13:00 | 12/19/2019 14:41:00 |
| UNIT 29, BLD G, ZONE A, BED 0031 | 12/19/2019 14:41:00 | 02/10/2020 17:00:00 |
| UNIT 29, BLD B, ZONE B, BED 0078 | 02/10/2020 17:00:00 | 02/24/2020 09:27:00 |

**Facility: TALLAHATCHIE CCF**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| TALLAHATCHIE CCF | 02/24/2020 09:27:00 | 10/09/2020 14:21:00 |

**Facility: SOUTH MISSISSIPPI COUNTY JAIL**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| LAMAR CJ | 10/09/2020 14:21:00 | 11/18/2020 15:05:00 |

**Facility: MSP**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 11/18/2020 15:05:00 | 11/18/2020 15:11:00 |
| MSP | 11/18/2020 15:11:00 | 11/18/2020 15:58:00 |
| UNIT 29, BLD A, ZONE B, BED 0065 | 11/18/2020 15:58:00 | 12/02/2020 17:33:00 |
| UNIT 29, BLD H, ZONE B, BED 0138 | 12/02/2020 17:33:00 | 12/21/2020 18:29:00 |
| UNIT 29, BLD C, ZONE A, BED 0029 | 12/21/2020 18:29:00 | 03/06/2021 10:51:00 |
| UNIT 30, BLD C, ZONE B, BED 0141 | 03/06/2021 10:51:00 | 07/20/2021 18:29:00 |
| HOSPITAL, SOUTH WARD, BED 209 | 07/20/2021 18:29:00 | 07/23/2021 17:47:00 |
| UNIT 29 | 07/23/2021 17:47:00 | 07/23/2021 18:27:00 |
| UNIT 29, BLD L, ZONE A, BED 0006 | 07/23/2021 18:27:00 | 08/17/2021 16:46:00 |
| UNIT 29, BLD G, ZONE B, BED 0114 | 08/17/2021 16:46:00 | 08/20/2021 19:00:00 |
| UNIT 29, BLD L, ZONE A, BED 0034 | 08/20/2021 19:00:00 | 09/08/2021 14:40:00 |
| UNIT 29, BLD C, ZONE B, BED 0082 | 09/08/2021 14:40:00 | 12/07/2021 20:16:00 |
| UNIT 29, BLD L, ZONE A, BED 0064 | 12/07/2021 20:16:00 | 12/10/2021 15:46:00 |
| UNIT 29, BLD L, ZONE A, BED 0058 | 12/10/2021 15:46:00 | 01/18/2022 10:08:00 |

**Facility: WILKINSON CCF**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| WILKINSON CCF | 01/18/2022 10:08:00 | 01/19/2022 10:55:00 |
| WCCF BUILDING D, POD B, BED 110U | 01/19/2022 10:55:00 | 01/21/2022 16:04:00 |
| WCCF BUILDING D, POD B, BED 110L | 01/21/2022 16:04:00 | 01/25/2022 10:00:00 |
| WCCF BUILDING D, POD B, BED 110U | 01/25/2022 10:00:00 | 01/27/2022 14:29:00 |
| WCCF BUILDING D, POD B, BED 110L | 01/27/2022 14:29:00 | 06/02/2022 14:15:00 |
| WCCF BUILDING A, BED 203U | 06/02/2022 14:15:00 | 06/15/2022 13:00:00 |
| WCCF BUILDING D, POD C, BED 205U | 06/15/2022 13:00:00 | 08/25/2022 00:00:00 |

**Facility: SOUTH CC**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| FORREST CC | 08/25/2022 00:00:00 | [CURRENT] |

0DCCROFHZ0EPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Housing History

### January 11, 2023

**Date From:** 02/03/2019          **Date To:** 01/11/2023

**Offender Name:** SCOTT, H.D. ALEXANDER
**ID:**          117837
**SID:**

**Booking #:** A          **Booking Date:** 02/15/2006 14:32:00          **Release Date:** 12/26/2018 08:54:00

**Facility:** NORTH MISSISSIPPI COUNTY JAIL

| Housing Location: | Housing Start Date: | Housing End Date: |
| --- | --- | --- |
| TALLAHATCHIE CJ | 04/25/2018 06:00:00 | 04/25/2018 06:00:00 |

**Booking #:** B          **Booking Date:** 06/04/2019 17:31:00

**Facility:** NORTH MISSISSIPPI COUNTY JAIL

| Housing Location: | Housing Start Date: | Housing End Date: |
| --- | --- | --- |
| TALLAHATCHIE CJ | 06/04/2019 17:32:00 | 06/12/2019 17:08:00 |

**Facility:** CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
| --- | --- | --- |
| CMCF QB, BLD C, ZONE B, BED 0087 | 06/12/2019 17:08:00 | 07/01/2019 00:00:00 |
| CMCF R&C, ZONE E, BED 100B | 07/01/2019 00:00:00 | 07/08/2019 00:45:00 |
| CMCF QB, BLD C, ZONE B, BED 0045 | 07/08/2019 00:45:00 | 08/21/2019 11:26:00 |

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
| --- | --- | --- |
| MSP | 08/21/2019 11:26:00 | 08/21/2019 17:05:00 |
| UNIT 29, BLD L, ZONE A, BED 0068 | 08/21/2019 17:05:00 | 01/05/2020 00:00:00 |
| UNIT 29, BLD G, ZONE A, BED 0007 | 01/05/2020 00:00:00 | 02/05/2020 18:24:00 |
| UNIT 29, BLD I, ZONE B, BED 0086 | 02/05/2020 18:24:00 | 02/20/2020 09:29:00 |

**Facility:** TALLAHATCHIE CCF

| Housing Location: | Housing Start Date: | Housing End Date: |
| --- | --- | --- |
| TALLAHATCHIE CCF | 02/20/2020 09:29:00 | 12/15/2020 10:08:00 |

**Facility:** HOLMES CCF

| Housing Location: | Housing Start Date: | Housing End Date: |
| --- | --- | --- |
| HOLMES CCF | 12/15/2020 10:08:00 | 12/15/2020 11:15:00 |
| HCCF ZONE B, BED 0039 | 12/15/2020 11:15:00 | 08/10/2021 09:38:00 |
| HCCF ZONE B, BED 0016 | 08/10/2021 09:38:00 | 12/29/2021 08:40:00 |

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
| --- | --- | --- |

| | | |
|---|---|---|
| MSP | 12/29/2021 08:40:00 | 12/29/2021 14:20:00 |
| UNIT 29 | 12/29/2021 14:20:00 | 12/29/2021 15:50:00 |
| UNIT 29, BLD H, ZONE B, BED 0107 | 12/29/2021 15:50:00 | 12/29/2022 11:13:00 |

**Facility:** CHICKASAW CCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CHICKASAW CCF | 12/29/2022 11:13:00 | 12/29/2022 11:16:00 |
| CHICKASAW CCF | 12/29/2022 11:16:00 | 12/29/2022 11:17:00 |
| CHICK CRCF POD 5, BED 0006 | 12/29/2022 11:17:00 | [CURRENT] |

0DCCROFHZ0EPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Housing History
### January 11, 2023

**Date From:** 02/03/2019          **Date To:** 01/11/2023

**Offender Name:** WEBSTER, PHILLIP D
**ID:** 157916
**SID:**

**Booking #:** A          **Booking Date:** 04/28/2010 13:32:00

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
| --- | --- | --- |
| UNIT 29, BLD G, ZONE A, BED 0013 | 04/04/2017 21:31:00 | 09/16/2019 16:19:00 |
| UNIT 29, BLD F, ZONE A, BED 0010 | 09/16/2019 16:19:00 | 01/03/2020 00:00:00 |
| UNIT 32, BLD B, ZONE A5, BED 0225 | 01/03/2020 00:00:00 | 01/07/2020 17:20:00 |
| UNIT 29, BLD F, ZONE A, BED 0010 | 01/07/2020 17:20:00 | 08/27/2020 20:01:00 |
| UNIT 29, BLD C, ZONE A, BED 0006 | 08/27/2020 20:01:00 | 09/03/2020 00:00:00 |
| UNIT 29, BLD C, ZONE A, BED 0007 | 09/03/2020 00:00:00 | 09/03/2020 00:00:00 |
| UNIT 29, BLD C, ZONE A, BED 0005 | 09/03/2020 00:00:00 | 10/15/2020 17:33:00 |
| UNIT 29, BLD C, ZONE A, BED 0068 | 10/15/2020 17:33:00 | 04/05/2021 19:16:00 |
| UNIT 29, BLD L, ZONE A, BED 0034 | 04/05/2021 19:16:00 | 04/07/2021 12:25:00 |
| UNIT 29, BLD L, ZONE A, BED 0014 | 04/07/2021 12:25:00 | 04/29/2021 18:05:00 |
| UNIT 29, BLD L, ZONE A, BED 0054 | 04/29/2021 18:05:00 | 06/17/2021 23:23:00 |
| UNIT 29, BLD G, ZONE A, BED 0048 | 06/17/2021 23:23:00 | 06/20/2021 00:00:00 |
| UNIT 29, BLD G, ZONE A, BED 0058 | 06/20/2021 00:00:00 | 12/20/2021 21:31:00 |
| UNIT 29, BLD A, ZONE A, BED 0033 | 12/20/2021 21:31:00 | 12/20/2021 23:14:00 |
| UNIT 29, BLD A, ZONE A, BED 0034 | 12/20/2021 23:14:00 | 02/04/2022 07:45:00 |

**Facility:** NORTH CC

| Housing Location: | Housing Start Date: | Housing End Date: |
| --- | --- | --- |
| WASHINGTON CC | 02/04/2022 07:45:00 | 04/26/2022 00:00:00 |

**Facility:** NORTH MISSISSIPPI COUNTY JAIL

| Housing Location: | Housing Start Date: | Housing End Date: |
| --- | --- | --- |
| WASHINGTON CJ | 04/26/2022 00:00:00 | 05/12/2022 12:07:00 |

**Facility:** CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
| --- | --- | --- |
| CMCF R&C, ZONE D, BED 075T | 05/12/2022 12:07:00 | 06/14/2022 11:36:00 |
| CMCF QB, BLD B, ZONE B, BED 0071 | 06/14/2022 11:36:00 | 10/25/2022 13:08:00 |
| CMCF QB, BLD B, ZONE A, BED 0069 | 10/25/2022 13:08:00 | [CURRENT] |

0DCCROFHZ0EPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Housing History
### January 11, 2023

---

**Date From:** 02/03/2019          **Date To:** 01/11/2023

**Offender Name:** BARDNEY, LARRY
**ID:** 27397
**SID:**

---

**Booking #:** A          **Booking Date:** 06/19/1995 00:00:00

Facility: MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| UNIT 29, BLD F, ZONE B, BED 0103 | 11/16/2018 16:07:00 | 12/03/2019 16:00:00 |
| UNIT 30, BLD A, ZONE B, BED 0110 | 12/03/2019 16:00:00 | 12/07/2019 16:57:00 |
| UNIT 30, BLD C, ZONE A, BED 0054 | 12/07/2019 16:57:00 | 08/21/2020 16:58:00 |
| UNIT 25, ZONE B, BED 0098 | 08/21/2020 16:58:00 | 12/02/2020 11:16:00 |
| UNIT 25, ZONE B, BED 0064 | 12/02/2020 11:16:00 | 04/27/2021 11:51:00 |

Facility: NOT APPLICABLE TEMPORARY MOVEMENT-BED HELD

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| DELTA REGIONAL MEDICAL CENTER | 04/27/2021 11:51:00 | 04/28/2021 17:11:00 |

Facility: MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 04/28/2021 17:11:00 | 04/28/2021 17:50:00 |
| HOSPITAL, WEST WARD, BED 219A | 04/28/2021 17:50:00 | 04/30/2021 13:37:00 |
| UNIT 25, ZONE B, BED 0064 | 04/30/2021 13:37:00 | 06/10/2021 21:06:00 |
| UNIT 26, BLD B, ZONE E | 06/10/2021 21:06:00 | 06/24/2021 18:59:00 |
| UNIT 25, ZONE B, BED 0064 | 06/24/2021 18:59:00 | 03/28/2022 15:57:00 |

Facility: SOUTH CAROLINA

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| SOUTH CAROLINA | 03/28/2022 15:57:00 | 07/20/2022 14:15:00 |
| SOUTH CAROLINA | 07/20/2022 14:15:00 | [CURRENT] |

ODCCROFHZ0EPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Housing History
### January 11, 2023

**Date From:** 02/03/2019          **Date To:** 01/11/2023

**Offender Name:** BOGAN, JOSHUA TYRONE
**ID:** 223071
**SID:**

**Booking #:** A          **Booking Date:** 05/14/2019 08:04:00

**Facility:** CENTRAL MISSISSIPPI COUNTY JAIL

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| HINDS CJ RAYMND | 05/14/2019 08:04:00 | 05/14/2019 16:22:00 |

**Facility:** CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF QB, BLD B, ZONE B, BED 0091 | 05/14/2019 16:22:00 | 08/13/2019 08:26:00 |

**Facility:** SMCI

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| SMCI | 08/13/2019 08:26:00 | 08/13/2019 13:33:00 |
| SMCI 2, BLD B2, ZONE A, BED 0032 | 08/13/2019 13:33:00 | 09/30/2019 13:55:00 |

**Facility:** CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF | 09/30/2019 13:55:00 | 09/30/2019 19:40:00 |
| CMCF R&C, ZONE E, BED 088T | 09/30/2019 19:40:00 | 10/03/2019 14:45:00 |

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 10/03/2019 14:45:00 | 10/03/2019 16:14:00 |
| UNIT 29, BLD C, ZONE A, BED 0005 | 10/03/2019 16:14:00 | 11/14/2019 07:19:00 |

**Facility:** CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF | 11/14/2019 07:19:00 | 11/14/2019 10:53:00 |
| CMCF R&C, ZONE H, BED 143T | 11/14/2019 10:53:00 | 12/10/2019 15:24:00 |

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 12/10/2019 15:24:00 | 12/10/2019 16:23:00 |
| UNIT 29, BLD L, ZONE A, BED 0045 | 12/10/2019 16:23:00 | 01/05/2020 00:00:00 |
| UNIT 29, BLD L, ZONE A, BED 0033 | 01/05/2020 00:00:00 | 01/17/2020 17:37:00 |
| UNIT 29, BLD K, ZONE B, BED 0114 | 01/17/2020 17:37:00 | 02/28/2020 09:15:00 |

**Facility:** TALLAHATCHIE CCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| TALLAHATCHIE CCF | 02/28/2020 09:15:00 | 02/28/2020 09:16:00 |
| TALLAHATCHIE CCF | 02/28/2020 09:16:00 | 08/31/2020 15:57:00 |

**Facility:** MCCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MCCF DORM D, POD 2, BED 201B | 08/31/2020 15:57:00 | 09/15/2020 15:33:00 |
| MCCF DORM B, POD 2, BED B249 | 09/15/2020 15:33:00 | 12/14/2020 12:37:00 |
| MCCF ADM SEG, BED 105A | 12/14/2020 12:37:00 | 12/15/2020 11:36:00 |
| MCCF ADM SEG, BED 104B | 12/15/2020 11:36:00 | 12/25/2020 20:00:00 |
| MCCF ADM SEG, BED 105A | 12/25/2020 20:00:00 | 12/28/2020 11:30:00 |
| MCCF DORM B, POD 4, BED B456 | 12/28/2020 11:30:00 | 12/30/2020 14:29:00 |
| MCCF DORM B, POD 3, BED B362 | 12/30/2020 14:29:00 | 03/18/2021 12:56:00 |
| MCCF DORM B, POD 3, BED B351 | 03/18/2021 12:56:00 | 08/21/2021 15:34:00 |
| MCCF ADM SEG, BED 210A | 08/21/2021 15:34:00 | 08/23/2021 13:02:00 |
| MCCF DORM B, POD 3, BED B351 | 08/23/2021 13:02:00 | 09/01/2021 13:13:00 |
| MCCF ADM SEG, BED 109A | 09/01/2021 13:13:00 | 09/09/2021 10:02:00 |
| MCCF DORM A, POD 4, BED A460 | 09/09/2021 10:02:00 | 09/10/2021 10:21:00 |

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 09/10/2021 10:21:00 | 09/10/2021 17:25:00 |
| UNIT 30, BLD C, ZONE A, BED 0043 | 09/10/2021 17:25:00 | 09/17/2021 17:58:00 |
| UNIT 29 | 09/17/2021 17:58:00 | 09/17/2021 18:30:00 |
| UNIT 29, BLD H, ZONE A, BED 0013 | 09/17/2021 18:30:00 | 01/18/2022 10:07:00 |

**Facility:** WILKINSON CCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| WILKINSON CCF | 01/18/2022 10:07:00 | 01/19/2022 08:30:00 |
| WCCF BUILDING E, POD F, BED 109L | 01/19/2022 08:30:00 | 02/28/2022 10:22:00 |
| WCCF BUILDING E, POD F, BED 106U | 02/28/2022 10:22:00 | 04/19/2022 14:49:00 |
| WCCF BUILDING E, POD F, BED 103L | 04/19/2022 14:49:00 | 08/24/2022 00:00:00 |

**Facility:** SMCI

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| SMCI | 08/24/2022 00:00:00 | 08/24/2022 18:20:00 |
| SMCI 1, BLD 09, ZONE B, BED 0135 | 08/24/2022 18:20:00 | 01/10/2023 11:00:00 |
| SMCI 2, BLD E1, ZONE B, BED 0135 | 01/10/2023 11:00:00 | [CURRENT] |

GDCCROFHZ0EPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Housing History
### January 11, 2023

---

**Date From:** 02/03/2019          **Date To:** 01/11/2023

---

**Offender Name:** BRIDGET, DWAYNE ROLAND
**ID:**          167410
**SID:**

---

**Booking #:** A          **Booking Date:** 05/18/2011 08:25:00

### Facility: MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| UNIT 29, BLD D, ZONE A, BED 0031 | 12/19/2018 17:12:00 | 05/17/2019 14:03:00 |
| UNIT 28, ZONE C, BED 0143 | 05/17/2019 14:03:00 | 09/03/2019 18:14:00 |
| HOSPITAL, EAST WARD, BED 225B | 09/03/2019 18:14:00 | 09/03/2019 19:27:00 |
| HOSPITAL, WEST WARD, BED 215B | 09/03/2019 19:27:00 | 09/04/2019 17:40:00 |
| UNIT 28, ZONE C, BED 0143 | 09/04/2019 17:40:00 | 06/24/2020 18:14:00 |
| UNIT 30, BLD B, ZONE A, BED 0008 | 06/24/2020 18:14:00 | 10/26/2020 16:29:00 |
| UNIT 30, BLD A, ZONE B, BED 0111 | 10/26/2020 16:29:00 | 12/08/2020 11:58:00 |
| UNIT 30, BLD C, ZONE B, BED 0147 | 12/08/2020 11:58:00 | 01/26/2021 14:47:00 |
| UNIT 29, BLD C, ZONE A, BED 0007 | 01/26/2021 14:47:00 | 02/23/2022 17:00:00 |
| UNIT 29, BLD L, ZONE A, BED 0002 | 02/23/2022 17:00:00 | 03/04/2022 19:11:00 |
| UNIT 29, BLD L, ZONE A, BED 0080 | 03/04/2022 19:11:00 | 03/13/2022 17:33:00 |
| HOSPITAL, EAST WARD, BED 221A | 03/13/2022 17:33:00 | 03/15/2022 17:00:00 |
| HOSPITAL, WEST WARD, BED 219B | 03/15/2022 17:00:00 | 03/17/2022 15:57:00 |
| UNIT 29 | 03/17/2022 15:57:00 | 03/17/2022 16:00:00 |
| UNIT 29, BLD L, ZONE A, BED 0080 | 03/17/2022 16:00:00 | 04/04/2022 09:51:00 |

### Facility: EAST MISS. CCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| EAST MISS. CCF | 04/04/2022 09:51:00 | 04/04/2022 15:17:00 |
| EMCF UNIT 1, POD A, BED 114L | 04/04/2022 15:17:00 | 04/26/2022 00:00:00 |
| EMCF UNIT 1, POD A, BED 113L | 04/26/2022 00:00:00 | 05/04/2022 00:00:00 |
| EMCF UNIT 1, POD A, BED 101T | 05/04/2022 00:00:00 | 05/05/2022 00:00:00 |
| EMCF UNIT 1, POD A, BED 113T | 05/05/2022 00:00:00 | 05/10/2022 00:00:00 |
| EMCF UNIT 1, POD A, BED 115T | 05/10/2022 00:00:00 | 05/24/2022 00:00:00 |
| EMCF UNIT 1, POD A, BED 209L | 05/24/2022 00:00:00 | 06/15/2022 05:49:00 |
| EMCF UNIT 4, POD A, BED 114T | 06/15/2022 05:49:00 | 09/21/2022 07:08:00 |
| EMCF UNIT 4, POD A, BED 109L | 09/21/2022 07:08:00 | 09/21/2022 07:08:00 |
| EMCF UNIT 4, POD B, BED 109L | 09/21/2022 07:08:00 | 09/22/2022 00:00:00 |
| EMCF UNIT 4, POD B, BED 103T | 09/22/2022 00:00:00 | 09/28/2022 00:00:00 |
| EMCF MEDICAL, BED 0519 | 09/28/2022 00:00:00 | 09/28/2022 13:46:00 |

| | | |
|---|---|---|
| EMCF UNIT 4, POD B, BED 103T | 09/28/2022 13:46:00 | 12/02/2022 15:06:00 |
| EMCF MEDICAL, BED 0522 | 12/02/2022 15:06:00 | 12/05/2022 08:42:00 |
| EMCF UNIT 4, POD B, BED 103T | 12/05/2022 08:42:00 | [CURRENT] |

0DCCROFHZ0EPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Housing History
### January 11, 2023

**Date From:** 02/03/2019      **Date To:** 01/11/2023

**Offender Name:** DILLARD, MICHAEL ALEX
**ID:** 21421
**SID:**

**Booking #:** D      **Booking Date:** 07/25/2013 13:15:00

**Facility:** BOLIVAR CCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| BCCF ST DORM 2, BED 0025 | 06/06/2018 16:30:00 | 02/24/2019 07:45:00 |
| BCCF ST DORM 5, BED 0031 | 02/24/2019 07:45:00 | 05/20/2019 16:44:00 |
| BCCF ST DORM 5 | 05/20/2019 16:44:00 | 05/20/2019 16:45:00 |
| BCCF ST DORM 5, BED 0012 | 05/20/2019 16:45:00 | 05/28/2019 11:15:00 |

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 05/28/2019 11:15:00 | 05/28/2019 17:07:00 |
| UNIT 30, BLD B, ZONE A, BED 0061 | 05/28/2019 17:07:00 | 06/13/2019 14:34:00 |

**Facility:** ISSAQUENA CCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| ISSAQUENA CCF | 06/13/2019 14:34:00 | 06/13/2019 15:30:00 |
| ICCF DORM C, BED 0019L | 06/13/2019 15:30:00 | 09/23/2019 10:31:00 |

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 09/23/2019 10:31:00 | 09/23/2019 12:00:00 |
| HOSPITAL, SOUTH WARD, BED 208 | 09/23/2019 12:00:00 | 09/26/2019 17:54:00 |
| UNIT 30, BLD A, ZONE A, BED 0018 | 09/26/2019 17:54:00 | 10/24/2019 10:34:00 |

**Facility:** CARROLL CCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CARROLL CCF | 10/24/2019 10:34:00 | 10/24/2019 14:20:00 |
| CARROLL CCF ZONE B, BED 0014 | 10/24/2019 14:20:00 | 11/07/2019 06:45:00 |

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP INTRANSIT | 11/07/2019 06:45:00 | 11/07/2019 10:09:00 |
| UNIT 30, BLD A, ZONE A, BED 0031 | 11/07/2019 10:09:00 | 11/07/2019 10:12:00 |
| UNIT 30, BLD B, ZONE A, BED 0031 | 11/07/2019 10:12:00 | 06/10/2020 14:00:00 |
| UNIT 30, BLD B, ZONE A, BED 0092 | 06/10/2020 14:00:00 | 08/04/2020 18:14:00 |

| | | |
|---|---|---|
| UNIT 30, BLD D, ZONE B, BED 0210 | 08/04/2020 18:14:00 | 10/07/2020 17:49:00 |
| UNIT 29, BLD A, ZONE A, BED 0025 | 10/07/2020 17:49:00 | 10/21/2020 13:57:00 |
| UNIT 30 | 10/21/2020 13:57:00 | 10/21/2020 15:11:00 |
| UNIT 30, BLD D, ZONE B, BED 0162 | 10/21/2020 15:11:00 | 01/24/2021 18:35:00 |
| UNIT 29, BLD L, ZONE A, BED 0014 | 01/24/2021 18:35:00 | 01/24/2021 18:36:00 |
| UNIT 29, BLD L, ZONE A, BED 0014 | 01/24/2021 18:36:00 | 02/08/2021 17:34:00 |
| UNIT 29, BLD C, ZONE B, BED 0082 | 02/08/2021 17:34:00 | 02/12/2021 12:55:00 |
| UNIT 29, BLD C, ZONE B, BED 0083 | 02/12/2021 12:55:00 | 02/02/2022 14:10:00 |

**Facility:** HOLMES CCF

| **Housing Location:** | **Housing Start Date:** | **Housing End Date:** |
|---|---|---|
| HOLMES CCF | 02/02/2022 14:10:00 | 02/02/2022 15:39:00 |
| HCCF ZONE B, BED 0005 | 02/02/2022 15:39:00 | 11/30/2022 16:08:00 |
| HCCF ZONE B, BED 0050 | 11/30/2022 16:08:00 | [CURRENT] |

ODCCROFHZ0EPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Housing History
### January 11, 2023

**Date From:** 02/03/2019          **Date To:** 01/11/2023

**Offender Name:** EVANS, PAUL  JR
**ID:**          K9280
**SID:**

**Booking #:** A          **Booking Date:** 12/13/2001 00:00:00

**Facility:** SMCI

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| SMCI 2, BLD A1, ZONE B, BED 0187 | 08/09/2018 18:50:00 | 05/14/2019 17:30:00 |
| SMCI 2, BLD B2, ZONE A, BED 0072 | 05/14/2019 17:30:00 | 06/05/2019 18:45:00 |
| SMCI 2, BLD A1, ZONE A, BED 0007 | 06/05/2019 18:45:00 | 06/07/2019 12:00:00 |
| SMCI 1, BLD 08, ZONE B, BED T409L | 06/07/2019 12:00:00 | 06/09/2019 17:00:00 |
| SMCI 1, BLD 11, ZONE B, BED 0112 | 06/09/2019 17:00:00 | 06/14/2019 11:30:00 |
| SMCI 2 MSU, ZONE T1, BED 0014 | 06/14/2019 11:30:00 | 07/17/2019 08:50:00 |

**Facility:** WILKINSON CCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| WILKINSON CCF | 07/17/2019 08:50:00 | 07/17/2019 19:14:00 |
| WCCF BUILDING D, POD C, BED 202L | 07/17/2019 19:14:00 | 07/18/2019 00:00:00 |
| WCCF BUILDING D, POD C, BED 105U | 07/18/2019 00:00:00 | 07/18/2019 18:51:00 |

**Facility:** NOT APPLICABLE TEMPORARY MOVEMENT-BED HELD

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| UNIV MED CENTER | 07/18/2019 18:51:00 | 07/21/2019 08:53:00 |

**Facility:** CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF 720 CLINIC, BED 0008 | 07/21/2019 08:53:00 | 07/22/2019 13:10:00 |
| CMCF 720, BLD A, ZONE B, BED 0060B | 07/22/2019 13:10:00 | 07/22/2019 14:36:00 |
| CMCF 720 CLINIC, BED 0008 | 07/22/2019 14:36:00 | 07/22/2019 14:56:00 |
| CMCF R&C, ZONE I, BED 0165 | 07/22/2019 14:56:00 | 07/22/2019 15:47:00 |
| CMCF 720, BLD A, ZONE B, BED F006 | 07/22/2019 15:47:00 | 07/22/2019 15:51:00 |
| CMCF 720, BLD A, ZONE B, BED F006 | 07/22/2019 15:51:00 | 07/22/2019 21:42:00 |
| CMCF R&C, ZONE I, BED 0165 | 07/22/2019 21:42:00 | 10/07/2019 11:29:00 |
| CMCF R&C, ZONE G, BED 137B | 10/07/2019 11:29:00 | 10/28/2019 00:00:00 |
| CMCF R&C, ZONE I, BED 0175 | 10/28/2019 00:00:00 | 11/18/2019 12:02:00 |

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 11/18/2019 12:02:00 | 11/18/2019 17:09:00 |

| | | |
|---|---|---|
| UNIT 29, BLD K, ZONE A, BED 0017 | 11/18/2019 17:09:00 | 11/18/2019 17:34:00 |
| UNIT 29, BLD K, ZONE B, BED 0151 | 11/18/2019 17:34:00 | 01/05/2020 02:00:00 |
| UNIT 29, BLD H, ZONE B, BED 0108 | 01/05/2020 02:00:00 | 02/20/2020 13:32:00 |
| UNIT 28, ZONE D, BED 0161 | 02/20/2020 13:32:00 | 10/29/2020 16:00:00 |
| UNIT 29, BLD L, ZONE A, BED 0050 | 10/29/2020 16:00:00 | 11/19/2020 15:44:00 |
| UNIT 28 | 11/19/2020 15:44:00 | 11/19/2020 16:39:00 |
| UNIT 28, ZONE D, BED 0161 | 11/19/2020 16:39:00 | 06/16/2022 09:15:00 |
| MSP | 06/16/2022 09:15:00 | 06/16/2022 09:18:00 |

**Facility: WGCF**

| **Housing Location:** | **Housing Start Date:** | **Housing End Date:** |
|---|---|---|
| WGCF | 06/16/2022 09:18:00 | 06/16/2022 12:28:00 |
| WGCF 6D, BED 023L | 06/16/2022 12:28:00 | 06/16/2022 16:22:00 |
| WGCF 6D, BED 022L | 06/16/2022 16:22:00 | 07/12/2022 14:30:00 |
| WGCF 6D, BED 007L | 07/12/2022 14:30:00 | 09/07/2022 11:21:00 |
| WGCF 6B, BED 016L | 09/07/2022 11:21:00 | 10/06/2022 12:00:00 |
| WGCF 5A, BED 014L | 10/06/2022 12:00:00 | 12/21/2022 14:11:00 |
| WGCF 5B, BED 008L | 12/21/2022 14:11:00 | 01/04/2023 16:30:00 |
| WGCF 4A, BED 015L | 01/04/2023 16:30:00 | [CURRENT] |

0DCCROFHZ0EPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Housing History
### January 11, 2023

---

**Date From:** 02/03/2019      **Date To:** 01/11/2023

**Offender Name:** GAVIN, RICKY JOSEPH JR
**ID:** 153557
**SID:**

---

**Booking #:** A      **Booking Date:** 11/06/2009 10:16:00

### Facility: MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| UNIT 30, BLD D, ZONE B, BED 0130 | 01/10/2019 13:54:00 | 07/02/2019 14:52:00 |
| UNIT 30, BLD B, ZONE B, BED 0109 | 07/02/2019 14:52:00 | 07/02/2019 15:59:00 |
| UNIT 30, BLD A, ZONE A, BED 0029 | 07/02/2019 15:59:00 | 08/21/2020 17:09:00 |
| UNIT 30, BLD C, ZONE B, BED 0201 | 08/21/2020 17:09:00 | 08/26/2020 11:33:00 |
| UNIT 30, BLD C, ZONE B, BED 0132 | 08/26/2020 11:33:00 | 09/03/2020 22:33:00 |
| UNIT 29 | 09/03/2020 22:33:00 | 09/08/2020 18:22:00 |
| UNIT 29, BLD L, ZONE A, BED 0078 | 09/08/2020 18:22:00 | 10/30/2020 17:55:00 |
| UNIT 29, BLD L, ZONE B, BED 0082 | 10/30/2020 17:55:00 | 10/30/2020 19:34:00 |
| UNIT 29, BLD G, ZONE A, BED 0044 | 10/30/2020 19:34:00 | 04/27/2021 17:25:00 |
| UNIT 29, BLD H, ZONE B, BED 0107 | 04/27/2021 17:25:00 | 04/27/2021 19:03:00 |
| UNIT 29, BLD H, ZONE B, BED 0093 | 04/27/2021 19:03:00 | 10/06/2021 18:30:00 |
| UNIT 29, BLD H, ZONE B, BED 0151 | 10/06/2021 18:30:00 | 10/28/2021 19:30:00 |
| UNIT 29, BLD C, ZONE A, BED 0048 | 10/28/2021 19:30:00 | 03/24/2022 19:06:00 |
| UNIT 29, BLD C, ZONE A, BED 0059 | 03/24/2022 19:06:00 | 04/28/2022 13:14:00 |
| MSP | 04/28/2022 13:14:00 | 04/28/2022 15:37:00 |

### Facility: MCCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MCCF DORM A, POD 3, BED A307 | 04/28/2022 15:37:00 | 05/16/2022 14:30:00 |
| MCCF DORM A, POD 3, BED A326 | 05/16/2022 14:30:00 | [CURRENT] |

CDCCROFHZ0EPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Housing History
### January 11, 2023

**Date From:** 02/03/2019      **Date To:** 01/11/2023

**Offender Name:** GOLDEN, WILLIAM JR
**ID:** K3957
**SID:**

**Booking #:** B      **Booking Date:** 04/21/2006 13:49:00

### Facility: MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| UNIT 29, BLD F, ZONE B, BED 0124 | 10/26/2018 12:05:00 | 07/18/2019 09:37:00 |
| UNIT 29, BLD F, ZONE B, BED 0073 | 07/18/2019 09:37:00 | 01/03/2020 00:00:00 |
| UNIT 32, BLD B, ZONE A1, BED 0001 | 01/03/2020 00:00:00 | 01/07/2020 16:04:00 |
| UNIT 29, BLD F, ZONE B, BED 0073 | 01/07/2020 16:04:00 | 08/28/2020 19:40:00 |
| MSP | 08/28/2020 19:40:00 | 08/28/2020 22:00:00 |
| UNIT 29 | 08/28/2020 22:00:00 | 09/01/2020 10:07:00 |
| UNIT 29, BLD C, ZONE B, BED 0140 | 09/01/2020 10:07:00 | 09/03/2020 20:48:00 |
| UNIT 30, BLD D, ZONE A, BED 0069 | 09/03/2020 20:48:00 | 02/05/2021 14:21:00 |
| UNIT 28, ZONE D, BED 0176 | 02/05/2021 14:21:00 | 03/22/2022 11:44:00 |

### Facility: CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF | 03/22/2022 11:44:00 | 03/22/2022 16:10:00 |
| CMCF 1A, BLD F, ZONE A, BED 012B | 03/22/2022 16:10:00 | 03/28/2022 14:03:00 |

### Facility: MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 03/28/2022 14:03:00 | 03/28/2022 19:14:00 |
| UNIT 28, ZONE D, BED 0176 | 03/28/2022 19:14:00 | 06/08/2022 05:39:00 |
| MSP | 06/08/2022 05:39:00 | 06/08/2022 06:37:00 |

### Facility: CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF | 06/08/2022 06:37:00 | 06/09/2022 12:50:00 |
| CMCF 1A, BLD F, ZONE A, BED 078B | 06/09/2022 12:50:00 | 06/13/2022 14:56:00 |

### Facility: MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 06/13/2022 14:56:00 | 06/13/2022 16:09:00 |
| UNIT 28, ZONE D, BED 0176 | 06/13/2022 16:09:00 | 08/01/2022 11:41:00 |

**Facility:** CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF | 08/01/2022 11:41:00 | 08/01/2022 17:22:00 |
| CMCF 1A, BLD F, ZONE A, BED 004B | 08/01/2022 17:22:00 | 08/03/2022 20:16:00 |

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 08/03/2022 20:16:00 | 08/03/2022 21:28:00 |
| UNIT 28, ZONE D, BED 0176 | 08/03/2022 21:28:00 | 09/08/2022 12:58:00 |

**Facility:** CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF 1A, BLD F, ZONE A, BED 067T | 09/08/2022 12:58:00 | 09/14/2022 20:00:00 |

**Facility:** SMCI

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| SMCI 2, BLD B1, ZONE B, BED 0137 | 09/14/2022 20:00:00 | 09/16/2022 13:50:00 |

**Facility:** CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF | 09/16/2022 13:50:00 | 09/16/2022 16:55:00 |
| CMCF 1A, BLD F, ZONE A, BED 092B | 09/16/2022 16:55:00 | [CURRENT] |

0DCCROFHZ0EPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Housing History
### January 11, 2023

---

**Date From:** 02/03/2019          **Date To:** 01/11/2023

---

**Offender Name:** IVY, JONATHAN KEY
**ID:** 103620
**SID:**

---

**Booking #:** B          **Booking Date:** 07/12/2017 11:23:00

   **Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
| --- | --- | --- |
| UNIT 30, BLD D, ZONE A, BED 0029 | 09/20/2017 16:12:00 | 02/25/2019 17:42:00 |
| UNIT 30, BLD C, ZONE B, BED 0143 | 02/25/2019 17:42:00 | 10/12/2020 14:01:00 |
| UNIT 26, BLD B, ZONE E, BED 0221 | 10/12/2020 14:01:00 | 01/05/2021 00:00:00 |
| UNIT 26, BLD B, ZONE E, BED 0266 | 01/05/2021 00:00:00 | 03/09/2021 19:42:00 |
| UNIT 26, BLD B, ZONE C, BED 0113 | 03/09/2021 19:42:00 | 03/09/2021 20:47:00 |
| UNIT 26, BLD A, ZONE C, BED 0113 | 03/09/2021 20:47:00 | 03/07/2022 06:57:00 |
| MSP | 03/07/2022 06:57:00 | 03/07/2022 07:19:00 |

   **Facility:** CENTRAL CC

| Housing Location: | Housing Start Date: | Housing End Date: |
| --- | --- | --- |
| MADISON CC | 03/07/2022 07:19:00 | 03/09/2022 23:14:48 |

   **Facility:** NORTH CC

| Housing Location: | Housing Start Date: | Housing End Date: |
| --- | --- | --- |
| ALCORN CC | 03/09/2022 23:14:48 | [CURRENT] |

0DCCROFHZ0EPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Housing History
### January 11, 2023

---

**Date From:** 02/03/2019          **Date To:** 01/11/2023

**Offender Name:** OLIVER, MICHAEL DUANE
**ID:** 197427
**SID:**

---

**Booking #:** A          **Booking Date:** 05/18/2015 15:45:00

**Facility:** CENTRAL MISSISSIPPI COUNTY JAIL

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| LOWNDES CJ | 01/30/2019 09:13:00 | 06/03/2019 13:05:00 |

**Facility:** CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF 720, BLD B, ZONE C, BED 0091T | 06/03/2019 13:05:00 | 09/26/2019 14:07:00 |

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 09/26/2019 14:07:00 | 09/26/2019 16:27:00 |
| UNIT 30, BLD B, ZONE A, BED 0063 | 09/26/2019 16:27:00 | 05/04/2020 18:42:00 |
| UNIT 30, BLD D, ZONE B, BED 0189 | 05/04/2020 18:42:00 | 08/21/2020 17:42:00 |
| UNIT 26, BLD B, ZONE C, BED 0097 | 08/21/2020 17:42:00 | 08/24/2020 20:15:00 |
| UNIT 26, BLD B, ZONE B, BED 0097 | 08/24/2020 20:15:00 | 04/15/2022 17:58:00 |
| UNIT 30, BLD D, ZONE A, BED 0100 | 04/15/2022 17:58:00 | 04/19/2022 12:26:00 |
| UNIT 26, BLD B, ZONE B, BED 0097 | 04/19/2022 12:26:00 | 05/02/2022 00:54:00 |
| UNIT 26, BLD B, ZONE B, BED 0106 | 05/02/2022 00:54:00 | 07/28/2022 15:28:00 |
| UNIT 29, BLD H, ZONE B, BED 0130 | 07/28/2022 15:28:00 | 11/17/2022 16:37:00 |

**Facility:** NORTH CC

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MONROE CC | 11/17/2022 16:37:00 | [CURRENT] |

0DCCROFH20EPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Housing History
### January 11, 2023

---

**Date From:** 02/03/2019        **Date To:** 01/11/2023

**Offender Name:** PHILLIPS-BOWMAN, XAVIER M
**ID:** 189860
**SID:**

---

**Booking #:** A        **Booking Date:** 04/01/2014 16:16:00

**Facility:** ISSAQUENA CCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| ICCF DORM B, BED 0022H | 11/08/2018 15:13:00 | 04/04/2019 10:02:00 |

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| HOSPITAL, SOUTH WARD, BED 211 | 04/04/2019 10:02:00 | 04/08/2019 12:16:00 |
| UNIT 26, BLD B, ZONE E, BED 0268 | 04/08/2019 12:16:00 | 05/23/2019 16:43:00 |
| UNIT 30, BLD C, ZONE A, BED 0013 | 05/23/2019 16:43:00 | 08/21/2020 17:36:00 |
| UNIT 26, BLD A, ZONE E, BED 0275 | 08/21/2020 17:36:00 | 03/08/2021 23:08:00 |
| UNIT 26, BLD A, ZONE A, BED 0048 | 03/08/2021 23:08:00 | 03/15/2022 07:01:00 |
| MSP | 03/15/2022 07:01:00 | 03/15/2022 07:25:00 |

**Facility:** NORTH CC

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MARSHALL CC | 03/15/2022 07:25:00 | 06/28/2022 00:00:00 |

**Facility:** TENNESSEE

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| TENNESSEE | 06/28/2022 00:00:00 | [CURRENT] |

0DCCROFHZ0EPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Housing History
### January 11, 2023

**Date From:** 02/03/2019          **Date To:** 01/11/2023

**Offender Name:** PIERSON, GAVIN ANDREW
**ID:** 141688
**SID:**

**Booking #:** B          **Booking Date:** 02/07/2011 09:16:00

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| UNIT 29, BLD H, ZONE B, BED 0143 | 11/28/2018 15:02:00 | 10/03/2019 17:14:00 |
| UNIT 29, BLD B, ZONE B, BED 0080 | 10/03/2019 17:14:00 | 10/29/2019 19:02:00 |
| UNIT 29, BLD D, ZONE B, BED 0120 | 10/29/2019 19:02:00 | 01/03/2020 11:26:00 |
| UNIT 29, BLD A, ZONE A, BED 0004 | 01/03/2020 11:26:00 | 02/27/2020 16:44:00 |
| UNIT 29, BLD L, ZONE A, BED 0012 | 02/27/2020 16:44:00 | 05/19/2020 21:00:00 |
| UNIT 29, BLD L, ZONE A, BED 0026 | 05/19/2020 21:00:00 | 05/19/2020 21:00:00 |
| UNIT 29, BLD L, ZONE A, BED 0012 | 05/19/2020 21:00:00 | 06/16/2020 19:15:00 |
| UNIT 29, BLD L, ZONE A, BED 0066 | 06/16/2020 19:15:00 | 07/10/2020 22:16:00 |
| UNIT 29, BLD G, ZONE A, BED 0060 | 07/10/2020 22:16:00 | 03/24/2021 18:52:00 |
| UNIT 29, BLD L, ZONE B, BED 0150 | 03/24/2021 18:52:00 | 07/21/2021 18:57:00 |
| UNIT 29, BLD H, ZONE A, BED 0026 | 07/21/2021 18:57:00 | 08/06/2021 19:20:00 |
| UNIT 29, BLD H, ZONE A, BED 0080 | 08/06/2021 19:20:00 | 03/03/2022 17:43:00 |

**Facility:** NORTH MISSISSIPPI COUNTY JAIL

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| LAFAYETTE CJ | 03/03/2022 17:43:00 | [CURRENT] |

0DCCROFH20EPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Housing History
### January 11, 2023

**Date From:** 02/03/2019          **Date To:** 01/11/2023

**Offender Name:** ROBINSON, MONTRAIL
**ID:**            L3977
**SID:**

**Booking #:** B          **Booking Date:** 04/21/2005 16:44:00

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
| --- | --- | --- |
| UNIT 29, BLD F, ZONE A, BED 0063 | 04/20/2018 01:52:00 | 01/03/2020 00:00:00 |
| UNIT 32, BLD B, ZONE B3, BED 0087 | 01/03/2020 00:00:00 | 01/07/2020 18:48:00 |
| UNIT 29, BLD F, ZONE A, BED 0064 | 01/07/2020 18:48:00 | 01/07/2020 18:48:00 |
| UNIT 29, BLD F, ZONE A, BED 0063 | 01/07/2020 18:48:00 | 08/27/2020 21:14:00 |
| UNIT 29, BLD C, ZONE A, BED 0047 | 08/27/2020 21:14:00 | 03/25/2022 07:42:00 |

**Facility:** NORTH MISSISSIPPI EARNED RELEASE SUPERVISION

| Housing Location: | Housing Start Date: | Housing End Date: |
| --- | --- | --- |
| LEFLORE ERS | 03/25/2022 07:42:00 | 06/22/2022 13:18:00 |

**Facility:** CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
| --- | --- | --- |
| CMCF QB, BLD C, ZONE B, BED 0093 | 06/22/2022 13:18:00 | 07/27/2022 14:27:00 |
| CMCF QB, BLD B, ZONE B, BED 0094 | 07/27/2022 14:27:00 | 08/18/2022 13:34:00 |

**Facility:** YAZOO CCF

| Housing Location: | Housing Start Date: | Housing End Date: |
| --- | --- | --- |
| YAZOO CCF | 08/18/2022 13:34:00 | 08/18/2022 15:03:24 |
| YAZOO CCF B ZONE, BED B040 | 08/18/2022 15:03:24 | [CURRENT] |

0DCCROFHZOEPI816

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Housing History
### January 11, 2023

**Date From:** 02/03/2019        **Date To:** 01/11/2023

**Offender Name:** SLAUGHTER, JODON ANTON
**ID:** K1780
**SID:**

**Booking #:** A        **Booking Date:** 02/11/2000 00:00:00

### Facility: MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| UNIT 29, BLD F, ZONE A, BED 0046 | 01/31/2019 17:47:00 | 04/17/2019 11:52:00 |
| UNIT 29, BLD F, ZONE A, BED 0055 | 04/17/2019 11:52:00 | 01/03/2020 00:00:00 |
| UNIT 32, BLD B, ZONE A5, BED 0218 | 01/03/2020 00:00:00 | 01/07/2020 18:39:00 |
| UNIT 29, BLD F, ZONE A, BED 0055 | 01/07/2020 18:39:00 | 08/27/2020 18:48:00 |
| UNIT 29, BLD C, ZONE A, BED 0026 | 08/27/2020 18:48:00 | 08/29/2020 16:39:00 |
| UNIT 29, BLD C, ZONE A, BED 0044 | 08/29/2020 16:39:00 | 04/06/2021 15:02:00 |
| UNIT 26, BLD B, ZONE C, BED 0125 | 04/06/2021 15:02:00 | 04/07/2021 20:29:00 |
| UNIT 26, BLD B, ZONE C, BED 0156 | 04/07/2021 20:29:00 | 05/18/2021 10:06:00 |
| UNIT 26, BLD B, ZONE A, BED 0045 | 05/18/2021 10:06:00 | 03/03/2022 17:58:00 |
| UNIT 29, BLD C, ZONE A, BED 0002 | 03/03/2022 17:58:00 | 03/09/2022 20:00:00 |
| UNIT 29, BLD C, ZONE A, BED 0061 | 03/09/2022 20:00:00 | 03/21/2022 12:33:00 |

### Facility: MCCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MCCF | 03/21/2022 12:33:00 | 03/21/2022 15:31:00 |
| MCCF DORM C, POD 4, BED C421 | 03/21/2022 15:31:00 | 04/19/2022 10:10:00 |
| MCCF DORM C, POD 4, BED C455 | 04/19/2022 10:10:00 | 06/09/2022 08:24:00 |
| MCCF DORM C, POD 2, BED C225 | 06/09/2022 08:24:00 | 06/09/2022 08:55:00 |
| MCCF DORM C, POD 2, BED C266 | 06/09/2022 08:55:00 | 06/16/2022 20:00:00 |
| MCCF DORM C, POD 2, BED C225 | 06/16/2022 20:00:00 | [CURRENT] |

0DCCROFHZ0EPI816

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Housing History
### January 11, 2023

**Date From:** 02/03/2019      **Date To:** 01/11/2023

**Offender Name:** TYSON, NETORRIUM ASJUAN-JEK'IL
**ID:** 200796
**SID:**

**Booking #:** A      **Booking Date:** 09/14/2016 11:37:00

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| UNIT 29, BLD G, ZONE A, BED 0073 | 06/22/2018 18:42:00 | 03/11/2019 19:01:00 |
| UNIT 29, BLD E, ZONE A, BED 0062 | 03/11/2019 19:01:00 | 07/03/2019 17:01:00 |
| UNIT 29, BLD B, ZONE B, BED 0084 | 07/03/2019 17:01:00 | 02/28/2020 13:29:00 |

**Facility:** TALLAHATCHIE CCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| TALLAHATCHIE CCF | 02/28/2020 13:29:00 | 08/25/2020 10:51:00 |

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 08/25/2020 10:51:00 | 08/25/2020 11:16:00 |
| UNIT 29, BLD A, ZONE B, BED 0059 | 08/25/2020 11:16:00 | 09/11/2020 16:28:00 |
| UNIT 29, BLD L, ZONE A, BED 0030 | 09/11/2020 16:28:00 | 10/08/2020 20:42:00 |
| UNIT 29, BLD G, ZONE A, BED 0068 | 10/08/2020 20:42:00 | 10/20/2020 12:38:00 |
| UNIT 29, BLD J, ZONE B, BED 0098 | 10/20/2020 12:38:00 | 10/27/2020 11:54:00 |

**Facility:** MCCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MCCF DORM D, POD 4, BED 208A | 10/27/2020 11:54:00 | 10/28/2020 14:16:00 |
| MCCF DORM D, POD 4, BED 206A | 10/28/2020 14:16:00 | 05/27/2021 11:51:00 |

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 05/27/2021 11:51:00 | 05/27/2021 17:18:00 |
| UNIT 29, BLD A, ZONE B, BED 0045 | 05/27/2021 17:18:00 | 07/11/2021 22:54:00 |
| UNIT 29, BLD G, ZONE A, BED 0014 | 07/11/2021 22:54:00 | 08/17/2021 19:05:00 |
| UNIT 29, BLD A, ZONE B, BED 0059 | 08/17/2021 19:05:00 | 08/17/2021 21:18:00 |
| HOSPITAL, SOUTH WARD, BED 208 | 08/17/2021 21:18:00 | 08/18/2021 16:51:00 |
| UNIT 29, BLD G, ZONE A, BED 0020 | 08/18/2021 16:51:00 | 08/22/2021 12:45:00 |
| UNIT 29, BLD G, ZONE A, BED 0014 | 08/22/2021 12:45:00 | 09/03/2021 16:12:00 |
| HOSPITAL | 09/03/2021 16:12:00 | 09/04/2021 00:23:00 |
| HOSPITAL, SOUTH WARD, BED 214 | 09/04/2021 00:23:00 | 09/07/2021 14:22:00 |

| UNIT 29 | 09/07/2021 14:22:00 | 09/07/2021 15:00:00 |
| UNIT 29, BLD G, ZONE A, BED 0014 | 09/07/2021 15:00:00 | 11/22/2021 17:03:00 |
| UNIT 29, BLD A, ZONE B, BED 0050 | 11/22/2021 17:03:00 | 02/18/2022 14:32:00 |
| UNIT 29, BLD A, ZONE A, BED 0007 | 02/18/2022 14:32:00 | 05/10/2022 18:42:00 |
| UNIT 29, BLD A, ZONE B, BED 0046 | 05/10/2022 18:42:00 | 06/10/2022 08:53:00 |
| UNIT 29, BLD A, ZONE A, BED 0021 | 06/10/2022 08:53:00 | 06/14/2022 11:03:00 |

**Facility:** EAST MISS. CCF

| **Housing Location:** | **Housing Start Date:** | **Housing End Date:** |
| --- | --- | --- |
| EAST MISS. CCF | 06/14/2022 11:03:00 | 06/14/2022 13:08:00 |
| EMCF UNIT 5, POD A, BED 215L | 06/14/2022 13:08:00 | 08/03/2022 14:05:00 |
| EMCF UNIT 5, POD D, BED 107L | 08/03/2022 14:05:00 | [CURRENT] |

0DCCROFHZ0EPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Housing History
### January 11, 2023

**Date From:** 02/03/2019          **Date To:** 01/11/2023

**Offender Name:** VANWAGNER, JERRY
**ID:** 161751
**SID:**

**Booking #:** A          **Booking Date:** 09/29/2010 11:13:00

**Facility: MSP**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| UNIT 30, BLD C, ZONE B, BED 0146 | 01/25/2019 18:56:00 | 02/12/2019 11:28:00 |
| UNIT 30, BLD C, ZONE A, BED 0029 | 02/12/2019 11:28:00 | 03/12/2019 15:44:00 |
| UNIT 30, BLD C, ZONE A, BED 0028 | 03/12/2019 15:44:00 | 08/14/2019 06:57:00 |
| MSP | 08/14/2019 06:57:00 | 08/14/2019 07:29:00 |

**Facility: CMCF**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF | 08/14/2019 07:29:00 | 08/14/2019 10:30:00 |
| CMCF 720, BLD A, ZONE A, BED 0031T | 08/14/2019 10:30:00 | 09/17/2019 14:02:00 |

**Facility: MSP**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 09/17/2019 14:02:00 | 09/17/2019 17:15:00 |
| UNIT 30, BLD C, ZONE B, BED 0144 | 09/17/2019 17:15:00 | 06/24/2020 15:54:00 |
| UNIT 29, BLD A, ZONE A, BED 0001 | 06/24/2020 15:54:00 | 07/08/2020 17:20:00 |
| UNIT 30, BLD C, ZONE A, BED 0021 | 07/08/2020 17:20:00 | 07/21/2020 08:37:00 |
| UNIT 30, BLD C, ZONE B, BED 0202 | 07/21/2020 08:37:00 | 01/14/2021 18:04:00 |
| UNIT 25, ZONE C, BED 0121 | 01/14/2021 18:04:00 | 01/14/2021 18:50:00 |
| UNIT 30, BLD C, ZONE B, BED 0202 | 01/14/2021 18:50:00 | 01/15/2021 14:41:00 |
| UNIT 28, ZONE C, BED 0131 | 01/15/2021 14:41:00 | 04/01/2021 19:03:00 |
| UNIT 29, BLD A, ZONE A, BED 0018 | 04/01/2021 19:03:00 | 04/15/2021 18:08:00 |
| UNIT 28, ZONE C, BED 0130 | 04/15/2021 18:08:00 | 04/15/2022 13:09:00 |
| UNIT 30, BLD D, ZONE A, BED 0010 | 04/15/2022 13:09:00 | 04/19/2022 13:49:00 |
| UNIT 28, ZONE C, BED 0106 | 04/19/2022 13:49:00 | 10/28/2022 09:41:00 |

**Facility: SMCI**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| SMCI | 10/28/2022 09:41:00 | 10/28/2022 16:00:00 |
| SMCI 1, BLD 08, ZONE B, BED T410L | 10/28/2022 16:00:00 | 12/09/2022 15:00:00 |
| SMCI 1, BLD 08, ZONE B, BED T406L | 12/09/2022 15:00:00 | [CURRENT] |

0DCCROFHZ0EPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Housing History
### January 11, 2023

**Date From:** 02/03/2019      **Date To:** 01/11/2023

**Offender Name:** WATKINS, ERIC WAYNE
**ID:** 35738
**SID:**

**Booking #:** E      **Booking Date:** 11/06/2013 09:26:00

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| UNIT 30, BLD D, ZONE B, BED 0192 | 06/07/2018 16:03:00 | 02/11/2019 14:35:00 |
| UNIT 30, BLD C, ZONE A, BED 0010 | 02/11/2019 14:35:00 | 08/21/2019 19:12:00 |
| UNIT 30, BLD A, ZONE B, BED 0158 | 08/21/2019 19:12:00 | 09/13/2019 15:47:00 |
| UNIT 29, BLD F, ZONE A, BED 0041 | 09/13/2019 15:47:00 | 10/15/2019 18:26:00 |
| UNIT 29, BLD F, ZONE A, BED 0031 | 10/15/2019 18:26:00 | 01/03/2020 00:00:00 |
| UNIT 32, BLD B, ZONE A5, BED 0224 | 01/03/2020 00:00:00 | 01/07/2020 18:16:00 |
| UNIT 29, BLD F, ZONE A, BED 0031 | 01/07/2020 18:16:00 | 03/12/2020 18:10:00 |
| UNIT 29, BLD F, ZONE B, BED 0082 | 03/12/2020 18:10:00 | 03/20/2020 16:54:00 |
| UNIT 29, BLD L, ZONE A, BED 0030 | 03/20/2020 16:54:00 | 04/04/2020 20:19:00 |
| UNIT 29, BLD L, ZONE A, BED 0064 | 04/04/2020 20:19:00 | 05/11/2020 18:09:00 |
| UNIT 26 | 05/11/2020 18:09:00 | 05/11/2020 18:17:00 |
| UNIT 26, BLD B, ZONE A, BED 0043 | 05/11/2020 18:17:00 | 05/23/2020 14:36:00 |
| UNIT 26, BLD B, ZONE D, BED 0207 | 05/23/2020 14:36:00 | 07/03/2021 08:11:00 |
| UNIT 26, BLD A, ZONE A, BED 0017 | 07/03/2021 08:11:00 | 07/03/2021 08:31:00 |
| UNIT 26, BLD A, ZONE A, BED 0019 | 07/03/2021 08:31:00 | 07/27/2021 17:16:00 |
| UNIT 25, ZONE D, BED 0196 | 07/27/2021 17:16:00 | 04/04/2022 06:37:00 |
| MSP | 04/04/2022 06:37:00 | 04/04/2022 07:20:00 |

**Facility:** CENTRAL CC

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| SCOTT CC | 04/04/2022 07:20:00 | [CURRENT] |

Page 1 of 1