## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**PITRELL BRISTER, et al.**                                                            **PLAINTIFFS**

**V.**                       **NO. 4:20-CV-7-SA-JMV**

**NATHAN BURL CAIN, et al.**                                         **DEFENDANTS**

### ORDER

Before the Court is the parties' Joint Motion to Dismiss the claims of 20 of the remaining 80 named Plaintiffs on the basis that the 20 Plaintiffs are not presently confined at the Mississippi State Penitentiary at Parchman ("MSP") because they have been paroled or have otherwise been transferred away from MSP. Having considered the matter, being notified that this is a Joint Motion, and finding that the Joint Motion is supported by the Court's previous Order [Doc. 363], the Court finds that the Joint Motion [394] is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the claims of the below-listed 20 Plaintiffs are hereby dismissed without prejudice, and the Clerk of Court is directed to terminate these Plaintiffs as parties on the docket in this case: Pitrell Brister, Tyree Ross, H.D. Alexander Scott, Phillip Webster, Larry Bardney, Joshua Bogan, Dwayne Bridget, Michael A. Dillard, Paul Evans, Jr., Ricky Joseph Gavin, William Golden, Jr., Jonathan Key Ivy, Michael Oliver, Xavier Phillips-Bowman, Gavin Pierson, Montrail Robinson, Jodon Slaughter, Netorrium Tyson, Jerry Vanwagner, and Eric Wayne Watkins.

**SO ORDERED**, this the 13th day of January, 2023.

                                                      /s/ Sharion Aycock
                                                      UNITED STATES DISTRICT JUDGE