IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**PITRELL BRISTER,** *et al.* **PLAINTIFFS**

**V.** **NO. 4:20-CV-7-SA-JMV**

**NATHAN BURL CAIN,** *et al.* **DEFENDANTS**

## STIPULATION OF DISMISSAL

Plaintiffs, through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby dismiss all claims in the above-styled action, which results from consolidation by the Court of *Amos v. Hall*, 4:20-cv-0007-DMB-JMV and *Lang v. Taylor*, 4:20-cv-00030-DMB-RP. This dismissal is without prejudice with each party to bear its own costs, fees, expenses. No party admits any liability or responsibility whatsoever to any other party. As indicated by the signatures below, all parties, through counsel, have agreed to this stipulation of dismissal.

Dated: January 13, 2023

Counsel for Defendants                                           Counsel for Plaintiffs


*/s/ Cody C. Bailey*                                                       */s/ Marcy B. Croft*
R. David Kaufman (MSB #3526)                          Marcy B. Croft (MSB #10864)
William Trey Jones, III (MSB #99185)                MJ LEGAL, P.A.
Karen E. Howell (MSB #102243)                         1501 Jacksonian Plaza 12159
Cody C. Bailey (MSB #103718)                           Jackson, MS 39206
Jacob A. Bradley (MSB #105541)                       marcy@mj-legal.com
Brunini, Grantham, Grower & Hewes, PLLC
The Pinnacle Building, Suite 100                       Charles M. Stam (MSB #106063)
190 East Capitol Street (39201)                          cstam@zehllaw.com
Post Office Drawer 119                                         ZEHL & ASSOCIATES, PC
Jackson, Mississippi 39205                                 2700 Post Oak Blvd., Suite 1000
                                                                              Houston, Texas 77056

## **CERTIFICATE OF SERVICE**

I, Marcy B. Croft, hereby certify that on January 13, 2023, I caused the foregoing pleading to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Marcy B. Croft*
Counsel for Plaintiffs